# EXHIBIT 2



U.S. Department of Homeland Security
## UNITED STATES SECRET SERVICE

## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| PERSON INTERVIEWED | : Peter Grimm |
| DATE OF INTERVIEW | : 4/20/2017 |
| PLACE OF INTERVIEW | : Los Angeles Field Office<br>725 S. Figueroa ST Los Angeles CA 90017 |
| CASE NUMBER | : 403-771-176436 |
| INTERVIEWED BY | : SA Kenneth Henderson (USSS) |

On 4/20/2017, Peter Grimm, Bank Investigator for American Express, was interviewed at the Los Angeles Field Office.

Mr. Grimm stated to me that American Express has reimbursed the victim E.G., with a combination of statement credits and a check. The total reimbursement was $787,117.88.

Mr. Grimm also stated that American Express has multiple server locations that handle credit card transactions. All transactions made in the western half of the United States are sent to servers located in Phoenix, Arizona.

-END OF INTERVIEW-


SA Kenneth Henderson                                          4/21/2017

United States Secret Service                                    Date




PSAILA_00000077   **Ex. 2**