# EXHIBIT 3



U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| PERSON INTERVIEWED | : Erika Girardi |
| | Laia Ribatallada |
| DATE OF INTERVIEW | : 4/27/2017 |
| PLACE OF INTERVIEW | : Telephonically |
| CASE NUMBER | : 403-771-176436 |
| INTERVIEWED BY | : SA Kenneth Henderson (USSS), |
| | AUSA George Pence (USAO) |

On 4/27/2017, AUSA George Pence and I spoke with Erika Girardi and Laia Ribatallada via 3-way phone conference discussing the case.

Both Mrs. Girardi and Ms. Ribatallada reviewed the 7 unauthorized charges AUSA Pence identified via email. Neither Mrs. Girardi nor Ms. Ribatallada could find any emails, text messages, or invoices to support the charges.

AUSA Pence also reiterated that he would only be handling the case through grand jury indictment. Another AUSA would be assigned the case and may be contacting her in the future.

-END OF INTERVIEW-

SA Kenneth Henderson                                              4/27/2017

United States Secret Service                                      Date