# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Christopher Psaila | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | 2:23-cv-07120-HDV |
| v. | |
| Erika Girardi et al. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Recusal is appropriate under Canon 3C.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

August 31, 2023
Date

_United States District Judge/Magistrate Judge_

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Michael W. Fitzgerald**. On all documents subsequently filed in this case, please substitute the initials **MWF** after the case number in place of the initials of the prior judge so that the case number will read: **2:23-cv-07120 MWF(SKx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*