# EXHIBIT 1

EXHIBIT 1
18

| | |
|---|---|
| From: | **American Express** AmericanExpress@welcome.aexp.com |
| Subject: | **Your Recent Enrollment for Online Access** |
| Date: | September 19, 2016 at 6:48:44 PM |
| To: | **Baddest Bitch On The Planet** erikaprincess@mac.com |



Account Servicing: Confirmation

**Welcome to your online account**





Dear Erika C Girardi,

Thank you for choosing to manage your account online. Now that you have access to your account, we wanted to tell you more about what you can do online:

- See your recent activity
- Sort your online statement by date, merchant, or amount
- Download transactions to your financial planning or accounting software
- Make or schedule your American Express® payment
- Update your email and billing address

We value your relationship with us. Thank you for your Card Membership.

Sincerely,

American Express Customer Care

Contact Customer Service    |    View Our Privacy Statement    |    Add Us to Your Address Book

This is a customer service e-mail from American Express. Using the spam/junk mail function may not block servicing messages from being sent to your email account. To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply to this e-mail but instead contact us securely via customer service.

EXHIBIT 1

19

Copyright 2016 American Express. All rights reserved.

AGNEUBBK0006001

EXHIBIT 1
20