# EXHIBIT 2

EXHIBIT 2
21

**From:** Erika Jayne <erika@erikajayne.com>
**Date:** December 9, 2016 at 6:48:34 PM PST
**To:** Steven Scarince <Steven.scarince@usss.dhs.gov>, Blair Brown <Blair.Brown@usss.dhs.gov>, Kenneth.Henderson@usss.dhs.gov
**Subject: Fwd: Marco Marco**


FYI

V/R Erika Girardi

Begin forwarded message:

> **From:** Erika Jayne <erika@erikajayne.com>
> **Date:** December 9, 2016 at 6:42:51 PM PST
> **To:** Chris Psaila <chris@marcomarco.net>
> **Subject: Re: Marco Marco**
>
>
> Ok I'm available on Wednesday. I can swing by at noon .
>
> V/R Erika Girardi
>
> On Dec 8, 2016, at 8:37 AM, Chris Psaila <chris@marcomarco.net> wrote:
>
>> Hi Erika,
>>    I have been going through orders and credit card statements over and over and am clearly seeing mistakes. I know your schedule is very busy but if you have time coming up I would like to go through and come up with a plan to get this sorted.

EXHIBIT 2

22

Chris

--
**Chris Psaila**
*Marco Marco*
www.marcomarco.net
www.marcomarcounderwear.com
O: 323.462.2304
M: 310.499.3400

CONFIDENTIALITY NOTICE: This message is the property of MARCO MARCO. This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at Marco@marcomarco.net, and destroy the original transmission and its attachments without reading them or saving them.

MarcoMarco 1641 Las Palmas Ave Hollywood, Ca 90028

EXHIBIT 2
23