# EXHIBIT 3

EXHIBIT 3
24



**From:** Erika Jayne <erika@erikajayne.com>
**Date:** December 9, 2016 at 5:53:42 PM PST
**To:** "STEVEN SCARINCE (LAX)" <steven.scarince@usss.dhs.gov>
**Cc:** "BLAIR BROWN (LAX)" <Blair.Brown@usss.dhs.gov>, "KENNETH HENDERSON (LAX)" <Kenneth.Henderson@usss.dhs.gov>
**Subject: Re: AMEX 13 / 14 Statements**

Enjoy your weekend! 😊

V/R Erika Girardi

On Dec 9, 2016, at 5:49 PM, STEVEN SCARINCE (LAX) <steven.scarince@usss.dhs.gov> wrote:

> Thx Erika, well coordinate with you regarding Wednesdays meet with Chris after the weekend.
>
> Sent from my Windows Phone
>
> **From:** Erika Jayne
> **Sent:** 12/9/2016 4:40 PM
> **To:** STEVEN SCARINCE (LAX); BLAIR BROWN (LAX); KENNETH HENDERSON (LAX)
> **Subject:** AMEX 13 / 14 Statements
>
> We've reviewed both years and have found nothing that doesn't make sense. All the crazy charges begin April 2015 till now.
>
> V/R Erika Girardi
>
> All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the

EXHIBIT 3
25

permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

EXHIBIT 3

26