# EXHIBIT 4

EXHIBIT 4
27



**From:** Erika Jayne <erika@erikajayne.com>
**Date:** April 27, 2017 at 5:09:01 AM PDT
**To:** "KENNETH HENDERSON (LAX)" <Kenneth.Henderson@usss.dhs.gov>
**Subject: Re: Marco Marco**

Call me at 10. I'm free

V/R Erika Girardi

On Apr 26, 2017, at 11:03 PM, KENNETH HENDERSON (LAX) <Kenneth.Henderson@usss.dhs.gov> wrote:

> Erika, when tomorrow is the best time tomorrow to discuss. I know you were available in the morning. Any time after 10am EST works for George and I.
>
> Thanks,
> Ken
>
> ---
>
> **From:** Erika Jayne
> **Sent:** 4/26/2017 7:50 PM
> **To:** Pence, George (USACAC)
> **Cc:** KENNETH HENDERSON (LAX)
> **Subject:** Re: Marco Marco
>
> Hi!
> We reviewed these charges and we have no invoices, no emails, and no texts that can support these transactions. I would like to speak to you again to make SURE we're not missing anything.
>
> V/R Erika Girardi
>
> On Apr 26, 2017, at 6:56 PM, Pence, George (USACAC) <George.Pence@usdoj.gov> wrote:
>
>> It was a pleasure speaking with you this afternoon.  The transactions we discussed are identified below.  After you have had the

EXHIBIT 4
28

opportunity to review them, please call Special Agent Henderson and let him know your thoughts.

| DATE | AMOUNT CHARGED |
|---|---|
| October 21, 2015 | $7,500 |
| December 28, 2015 | $8,500 |
| March 29, 2016 | $7,600 |
| April 14, 2016 | $9,156 |
| May 23, 2016 | $9,256.37 |
| June 8, 2016 | $10,300.50 |
| August 10, 2016 | $10,355 |

Regards,
George

**George E. Pence | Assistant United States Attorney**
1200 United States Courthouse| 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.2253 | F: 213.894.6269 | george.pence@usdoj.gov

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

EXHIBIT 4
29