# EXHIBIT 6

EXHIBIT 6
39

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2092
**DATE** 10/17/2014
**DUE DATE** 10/17/2014
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** <br> red fishnet bodysuit with elastic bondage | 1 | 2,200.00 | 2,200.00 |
| **custom** <br> versace printed bodysuit to match shorts with embellishments | 1 | 1,150.00 | 1,150.00 |

PAYMENT  3,350.00
BALANCE DUE  **$0.00**

*PAID*

EXHIBIT 6
40

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2147
**DATE** 01/15/2015
**DUE DATE** 01/15/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>add elastic straps on white button downs, cut off sleeved | 4 | 90.00 | 360.00 |
| service<br>patch hole in crotch on black pants | 1 | 0.00 | 0.00 |
| service<br>replace gussets on Nick's blazer | 1 | 110.00 | 110.00 |
| service<br>narrow sleeves and torso on Christian's blazer | 1 | 220.00 | 220.00 |

PAYMENT                   690.00
BALANCE DUE            **$0.00**

*PAID*

EXHIBIT 6
41

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2152
**DATE** 01/22/2015
**DUE DATE** 01/22/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>alter mens white button downs and add tear away elastic | 4 | 90.00 | 360.00 |

PAYMENT    360.00
BALANCE DUE    $0.00

PAID

EXHIBIT 6
42

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2153
**DATE** 01/26/2015
**DUE DATE** 01/26/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>Black elastic catsuit replica | 1 | 1,300.00 | 1,300.00 |
| PAYMENT | | | 1,300.00 |
| BALANCE DUE | | | **$0.00** |

PAID

EXHIBIT 6
43

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2156
**DATE** 01/27/2015
**DUE DATE** 01/27/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>clean up and replace AB crystals on catsuit | 1 | 400.00 | 400.00 |
| service<br>add jet hematite crystals to new elastic catsuit | 1 | 1,900.00 | 1,900.00 |

PAYMENT                                  2,300.00
BALANCE DUE                              $0.00

PAID

EXHIBIT 6
44

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2185
**DATE** 03/23/2015
**DUE DATE** 03/23/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **service**<br>mens buttondowns sleeves cut off and elastic crotch added with velcro | 5 | 90.00 | 450.00 |

PAYMENT 450.00
BALANCE DUE $0.00

*PAID*

EXHIBIT 6
45

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2188
**DATE** 04/01/2015
**DUE DATE** 04/01/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** <br> boy short cut long sleeve bodysuit with mesh cutouts, embellishments and hi neck | 1 | 3,800.00 | 3,800.00 |
| **custom** <br> full mesh leg bodysuit with hi neck, no sleeves and embellishments | 1 | 3,100.00 | 3,100.00 |
| **custom** <br> Full mesh bodysuit with black elastic bondage, completely embellished | 1 | 3,500.00 | 3,500.00 |

PAYMENT    10,400.00
BALANCE DUE   **$0.00**

EXHIBIT 6
46

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2191
**DATE** 04/03/2015
**DUE DATE** 04/03/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>crystal ab embellished catsuit with black mesh | 1 | 3,600.00 | 3,600.00 |
| service<br>Dancer - add red trim to blk blazers | 4 | 100.00 | 400.00 |
| service<br>Dancer - red false tie | 4 | 25.00 | 100.00 |
| service<br>Dancer - add black trim to collar of white button down with elastic crotch | 8 | 110.00 | 880.00 |
| custom<br>Dancer - drop crotch pants with leather flap panel | 4 | 575.00 | 2,300.00 |
| | | PAYMENT | 7,280.00 |
| | | BALANCE DUE | **$0.00** |

*PAID*

EXHIBIT 6
47

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2196
**DATE** 04/07/2015
**DUE DATE** 04/07/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom**<br>double black drop crotch dancer pant with leather panel | 4 | 600.00 | 2,400.00 |

PAYMENT  2,400.00
BALANCE DUE  $0.00

PAID

EXHIBIT 6
48

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2199
**DATE** 04/09/2015
**DUE DATE** 04/09/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>white on black mesh bodysuit with ab crystal detailing | 1 | 3,200.00 | 3,200.00 |

PAYMENT  3,200.00
BALANCE DUE  $0.00

PAID

EXHIBIT 6
49

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2204
**DATE** 04/14/2015
**DUE DATE** 04/14/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>versace gold printed jumpsuit with crystral embellishments | 1 | 2,900.00 | 2,900.00 |

PAYMENT 2,900.00
BALANCE DUE $0.00

PAID

EXHIBIT 6
50

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2207
**DATE** 04/16/2015
**DUE DATE** 04/16/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom**<br>Female Dancer- black bodysuit with fishnet and spandex | 2 | 950.00 | 1,900.00 |

PAYMENT　　　　1,900.00
BALANCE DUE　　$0.00

**PAID**

EXHIBIT 6
51

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2208
**DATE** 04/17/2015
**DUE DATE** 04/17/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **service**<br>sleeves hemmed and tear away elastic added to button down shirts and velcro down front | 8 | 95.00 | 760.00 |

PAYMENT  760.00
BALANCE DUE  **$0.00**

PAID

EXHIBIT 6
52

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2210
**DATE** 04/21/2015
**DUE DATE** 04/21/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** <br> new - crystalized bodysuit with mesh and new color | 1 | 3,400.00 | 3,400.00 |
| **service** <br> white buttondown alterations and elastic addition | 8 | 90.00 | 720.00 |

PAYMENT   4,120.00
BALANCE DUE   $0.00

PAID

EXHIBIT 6
53

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2314
**DATE** 09/16/2015
**DUE DATE** 09/16/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** <br> fully embellished rhinestone catsuit | 1 | 7,300.00 | 7,300.00 |
| | | PAYMENT | 7,300.00 |
| | | BALANCE DUE | **$0.00** |

PAID

EXHIBIT 6
54

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2319
**DATE** 09/17/2015
**DUE DATE** 09/17/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom**<br>crsytal ab bodysuit | 1 | 5,700.00 | 5,700.00 |
| PAYMENT | | | 5,700.00 |
| BALANCE DUE | | | **$0.00** |

PAID

EXHIBIT 6
55

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2320
**DATE** 09/21/2015
**DUE DATE** 09/21/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>embellished cat suit ab duplicate with alt pattern | 1 | 7,200.00 | 7,200.00 |

PAYMENT  7,200.00
BALANCE DUE  $0.00

PAID

EXHIBIT 6
56

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# Packing Slip

**BILL TO**
Erika Jayne

**INVOICE #** 2388
**DATE** 03/16/2016

| SERVICE | ACTIVITY | QTY |
|---|---|---|
| **custom** | crystalized bodysuit with reveal | 1 |
| **custom** | dancer money looks | 4 |

EXHIBIT 6
57

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2390
**DATE** 03/28/2016
**DUE DATE** 03/28/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** stoning on previous look and new out fit | 1 | 8,700.00 | 8,700.00T |

| | |
|---|---|
| SUBTOTAL | 8,700.00 |
| TAX (9%) | 783.00 |
| TOTAL | 9,483.00 |
| PAYMENT | 9,483.00 |
| BALANCE DUE | **$0.00** |

PAID

EXHIBIT 6
58