1   EVAN C. BORGES, State Bar No. 128706
      *EBorges@GGTrialLaw.com*
2   HEEJIN H. HWANG, State Bar No. 349455
      *HHwang@GGTrialLaw.com*
3   GREENBERG GROSS LLP
    650 Town Center Drive, Suite 1700
4   Costa Mesa, California 92626
    Telephone: (949) 383-2800
5   Facsimile: (949) 383-2801

6   Attorneys for Defendants Erika Girardi,
    Laia Ribatallada, and Michael Minden
7

8

9                 **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CHRISTOPHER PSAILA,                        Case No. 2:23-cv-07120-MWF (SKx)

13            Plaintiff,                       **DECLARATION OF EVAN C.
                                               BORGES AND REQUEST FOR
14       v.                                    JUDICIAL NOTICE IN SUPPORT
                                               OF DEFENDANTS' SPECIAL
15  ERIKA GIRARDI aka ERIKA JAYNE,             MOTION TO STRIKE
    AMERICAN EXPRESS COMPANY,                  PLAINTIFF'S COMPLAINT
16  ROBERT SAVAGE, KENNETH                     PURSUANT TO CODE OF CIVIL
    HENDERSON, STEVE SCARINCE,                 PROCEDURE SECTION 425.16
17  PETER GRIMM, LAIA
    RIBATALLADA, MICHAEL                       Filed Concurrently with Defendants'
18  MINDEN, and DOES 1 TO 10,                  Special Motion to Strike, Request for
    Inclusive,                                 Judicial Notice, Declarations of Laia
19                                             Ribatallada, Michael Minden, Erika
              Defendants.                      Girardi, and [Proposed Order]
20
                                               **Hearing**:
21                                             Date:    December 18, 2023
                                               Time:    10:00 a.m.
22                                             Crtrm.:  5A
23                                             Action Filed:  August 29, 2023
                                               Trial Date:  Not Assigned
24

25

26

27

28
                                               Case No. 2:23-cv-07120-MWF (SKx)

DECLARATION OF EVAN C. BORGES IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE
PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

1  **DECLARATION OF EVAN C. BORGES AND REQUEST FOR JUDICIAL**

2  **NOTICE**

3      I, Evan C. Borges, declare as follows:

4      1.    I am an attorney, duly licensed to practice law in the State of

5  California.  I am an attorney with the law firm of  Greenberg Gross LLP, counsel of

6  record for Defendants Erika Girardi, Laia Ribatallada, and Michael Minden ("EG

7  Defendants") in this action.  The facts stated herein are within my personal

8  knowledge and if called upon to testify, I can truthfully and competently do so as to

9  all matters herein.

10      2.    The documents attached herein are relevant to Plaintiff Christopher

11  Psaila's ("Plaintiff" or "Psaila") claims and are proper subjects of judicial notice.

12      3.    On April 28, 2017, a grand jury indicted Plaintiff Christopher Psaila

13  ("Mr. Psaila") for various crimes, including wire fraud in violation of 18 U.S.C. §

14  1343 in *United States of America v. Christopher Psaila*, Case No. 2:17-cr-00257-

15  FMO (C.D. Cal.).  A true and correct copy of the indictment ("Indictment") is

16  attached hereto as **Exhibit 1**.

17      4.    On September 28, 2021, the federal government filed a Motion to

18  Dismiss Indictment Pursuant to Federal Rule of Criminal Procedure 48(a) ("Motion

19  to Dismiss") in *United States of America v. Christopher Psaila*, Case No. 2:17-cr-

20  00257-FMO (C.D. Cal.).  A true and correct copy of the Motion to Dismiss is

21  attached hereto as **Exhibit 2**.

22      5.    On September 29, 2021, the Honorable Fernando M. Olguin issued an

23  order dismissing the Indictment without prejudice ("Order") in *United States of*

24  *America v. Christopher Psaila*, Case No. 2:17-cr-00257-FMO (C.D. Cal.).  A true

25  and correct copy of the Order is attached hereto as **Exhibit 3**.

26      6.    Judicial notice of the Indictment, Motion to Dismiss, and Order is

27  proper.  A court may consider certain materials, including documents incorporated

28  by reference in the complaint.  *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir.

-2-    Case No. 2:23-cv-07120-MWF (SKx)

DECLARATION OF EVAN C. BORGES IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE
PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16

1    2003).   All three documents have been incorporated by reference into the

2    Complaint and are central to Mr. Psaila's claims against EG Defendants.  (Compl.

3    ¶¶ 6–7, 12.)

4         7.     In addition, orders and filings in other court proceedings are the proper

5    subject of judicial notice when directly related to the case.  *See United States ex rel.*

6    *Robinson Rancheria Citizens Council*, 971 F.2d at 248 (noting that courts "may take

7    notice of proceedings in other courts, both within and without the federal judicial

8    system, if those proceedings have a direct relation to matters at issue"); *Neilson v.*

9    *Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) ("Court

10   orders and filings are the type of documents that are properly noticed under the

11   rule.").  The Indictment, Motion to Dismiss, and Order are all from a federal court

12   proceeding.  Moreover, the crux of Mr. Psaila's malicious prosecution and

13   conspiracy claims against the EG Defendants is that the EG Defendants made false

14   reports in connection with Mr. Psaila's prosecution.  Accordingly, the Court may

15   take judicial notice of all three documents.

16        I declare under penalty of perjury under the laws of the United States of

17   America that the foregoing is true and correct.

18        Dated October 20, 2023.

19

20   _____
     Evan C. Borges

21

22

23

24

25

26

27

28

DECLARATION OF EVAN C. BORGES IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE
PLAINTIFF'S COMPLAINT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 425.16