BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

BRUCE BERNARD BEALKE
(pro hac vice)
(Illinois SBN 6200543)
77 West Wacker Drive, Ste. 45001
Chicago, IL 60601
Tel: (312) 216-7177
Fax: (312) 741-1010
Email: bealkelaw@protonmail.com

STANLEY I. GREENBERG, SBN 53649
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel: (424) 248-6600
Fax: (424) 248-6601
Email: Stanmanlaw@aol.com

*Attorneys for Plaintiff* CHRISTOPHER PSAILA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>            Plaintiff,<br>     v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>            Defendants. | Case no.: 2:23-cv-07120-MWF (SKx)<br><br>**DECLARATION OF STANLEY I. GREENBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR RELEASE OF GRAND JURY TESTIMONY TRANSCRIPTS & EXHIBITS IN CR 17-00257 -FMO AND FOR MOTION FOR DISCOVERY RELEVANT TO ANTI-SLAPP MOTION; EXHIBITS**<br><br>**Requested Hrg. Date: 11/13/2023**<br>**Time: 10:00 a.m.**<br>**Crtrm: 5A** |

# DECLARATION OF STANLEY GREENBERG

I, Stanley Greenberg, hereby declare the following:

1. I am an attorney licensed to practice in the State of California. I am solo practitioner and along with the firm McLane, Bednarski & Litt, LLP and Bruce Bernard Bealke, am one of the attorneys of record for Plaintiff in this action. This declaration is submitted in support of Plaintiff's Motion for Release of Grand Jury Testimony, Transcripts & Exhibits in U.S. v. Psaila, CR 17-00257-FMO and Motion for Discovery Relevant to Anti-SLAPP Motion. The facts set forth herein are within my personal knowledge or knowledge gained from review of the pertinent documents. If called upon, I could and would testify competently thereto.

2. In the summer of 2021, Plaintiff Psaila retained me as his criminal counsel to represent him in the case. I substituted into the case on July 6, 2021, replacing his former criminal counsel who had represented Psaila since the inception of the case approximately four years before. The file stamp on the indictment in the case reflects that it was filed April 28, 2017. When I took over the case it appeared that very little work had been done on the defense and that the case had been continued for trial several times.

3. The case was dismissed upon voluntary motion of the government approximately 2 ½ months before the December 7, 2021 trial date. The prosecutor never disclosed the grand jury transcript to me, and to the best of my knowledge and recollection, the prosecutor also never disclosed any grand jury exhibits to me.

4. After the dismissal and pursuant to the terms of the protective order imposed in the criminal case, I returned the hard drive with discovery materials

//

//

provided to me under that protective order to the government and did not maintain a copy of that hard drive.

    I declare under penalty of perjury that the foregoing is true and correct and was executed November 3, 2023, at Pasadena, California.

_____
Stanley I. Greenberg

DECLARATION OF STANLEY GREENBERG ISO MOTION FOR RELEASE OF GRAND JURY TESTIMONY & EXHIBITS AND MOTION FOR DISCOVERY RELEVANT TO ANTI-SLAPP MOTION

2