# EXHIBIT 1B - Part 1 of 2

# Table of Contents

1. Introduction...............................................................................02

2. Custom Clothing Production and Billing Process....................................03

3. Key Information Glossary…………………………………………………05

4. 2015 Girardi American Express Transactions.........................................10

5. Indictment Count 2…………………………………………………..126

6. Indictment Count 3…………………………………………….....174

7. 2016 Girardi American Express Transactions.........................................179

8. Indictment Count 4…………………………………………………247

9. Indictment Count 5………………………………………..……………..268

10. Indictment Count 6……………………………………………………308

11. Indictment Count 7……………………………………………………319

12. Indictment Count 8……………………………………………………368

13. Custom Garments Prior to 2015..........................................................407

14. Custom Garments After 2016……………………….........................412

**Ex. 1B-1**

## Introduction

**Erika Girardi**
**American Express**
**Order Transaction History**
**2015-2016**

The following documents show an accounting and evidentiary support for all 132
Transactions processed on Erika Girardi's American Express Card in 2015 and 2016.

This document is based on my personal knowledge of each of the 132 transactions in
2015 and 2016.

**Ex. 1B-2**

# Custom Clothing Production and Billing Process

## Our Commitment to Exceptional Customer Service and Quick Turnaround

Our company is known for consistently delivering high-quality bespoke garments, accessories, and props that meet or exceed customer expectations. Our well-documented enduring relationships with our clients are indicative of a high level of customer loyalty and retention. We pride ourselves on our dedication to understanding our clients' needs and preferences. We value our clients' experience above all, making their satisfaction and convenience our top priority. We make ourselves available year-round and are often employed as crisis management for stylists, costumers, and performers who find themselves in need of something that requires a skilled team more time than is available. We are often asked to make garments overnight, although anything within 3 weeks of the deadline should be considered a rush job.

We provide a guarantee of delivery on ordered items, regardless of timeline, we invest ourselves completely and will work around the clock to ensure the best possible product within the available parameters.

## Consultation and Design Approval Process

Orders typically come to Marco Marco first as a request from a stylist, creative director, choreographer, or artist directly. Before accepting the job, we ask about what type of garment they have in mind, the due date, and any relevant information that might pertain to the specific job. At this point, if there is time, and often even when there is not, we provide a sketch of the design based on our discussion. This process will last until the client approves the sketch.

With Ms. Girardi, we often presented several dozen variations on a theme, several times over, until the design had been revised to her liking. This could take a dedicated illustrator at our studio between 2 and 5 days, working 8-10 hour days to complete.

## Approach to Project Planning and Billing Process

After the design is approved, Marco walks Chris through it, pointing out his estimated material quantities and hours of labor, as well as determining which specialists would be needed to complete the project. Chris will then use this information to generate an invoice based on this information. That invoice is then sent to the client for review and approval before we begin. At this point, we require a 50% deposit to start the project.

Mikey would request one as a leotard, then one variation of that leotard as a catsuit, one with hematite crystal embellishments, another with black crystal, one that would ombre from black to clear, one with nude fishnet, and one with black fishnet. This way, he could expedite the design process in order to have enough pieces made for her in a time frame that worked for their schedule while simultaneously having contingency plans that were functionally different but aesthetically the same.

3

**Ex. 1B-3**

# Custom Clothing Production and Billing Process

## Approach to Project Planning and Billing Process

Regarding final selections, Mikey and Marco would often say to each other 'if it ain't broke..." Even though it would often require multiple pages with up to 20 design variations per page, Mikey knew that once Ms Girardi finally landed on a design, he would order slightly different versions of that item.

## Resource Allocation

Once the deposit is received, materials are purchased, a pattern is drafted, and the garment is cut for assembly. This process invariably takes as long as it's going to take to be completed. While Marco and his team pride themselves on their ability to produce quickly, one can only sew so fast. So, it stands to say that if there are 10 hours allotted for 2 people to create a piece that requires 30 hours, then the way to get it done is to hire 6 people.

Drawing from our own experience, when designing a popular Residency in Las Vegas, our company was commissioned to make 7 costumes for Ultimately, we made close to 40. This is common in our industry. There are a myriad of reasons why an artist will end up wearing another designer's look when it comes down to the moment.

## Production Process

Throughout the process, we provide pictures and videos to show progress and confirm at integral moments that the garment is to the client's satisfaction. At any point throughout this process, the client is able to make changes to the fit, finish, and time permitting, even the color. We do our best to anticipate the client's needs and are more than happy to honor any requests. Changes to fit and finish are almost always completed at no additional cost to the client. However, significant changes like the color of the garment or embellishment, silhouette, or a change in fabric type will typically incur an additional charge equivalent to the cost of new/re-purchases and labor. If these changes are made within 48 hours of delivery, a rush fee may be added to compensate for overtime/extra labor. This overage is expected to be paid prior to beginning any new materials purchases.

## Delivery and Billing

On the date of delivery, garments are handed off to the stylist or a messenger, and at that point, Chris will send off the second invoice to client and charge the second half of the deposit.

4

**Ex. 1B-4**

# Costing Process Specific to Ms. Girardi

## Cost Breakdown for Ms. Girardi Crystal Embellishment



LEOTARD APPROX. 331" SQ.

CATSUIT APPROX. 805" SQ.

SLEEVE APPROX. 126" SQ.

This page attempts to demonstrate the way one might calculate the qty and cost of crystal for any upcoming project.

These estimates are based on Ms. Girardi measurements at time of purchase.

Overall design varies from garment to garment. Wherever possible, Ms. Girardi and her team demand full pave crystal.

Cost estimates reflect full coverage as a base unit per sq. inch.

We employ the interlace set pattern to achieve this type of coverage.

The cost of crystal per gross varies based on color.

Swarovski Crystal can run between $15-25 per gross.

There are 144 crystals per gross.




interlace set    square set

### LEOTARD:
APPROX:
331" sq. (662" Total)
126" Per Sleeve (252" Total)
Total Surface Area:
936" (added 12" for back)

APPROX: 237 Gross
34,128 Total Hand Placed Crystals
10 Gross Per Packet = 24 Packet
Total Cost Crystal = $1200=2800



1. Enter Area to Cover

| Length | 31 |
| Width | 30 |

2. Select Rhinestone size from List:
Stone Size in SS
20

Approx. Gross Needed:
Interlaced Set    237.66

### CATSUIT:
APPROX:
805" sq. (1610" Total)
126" Per Sleeve (252" Total)
Total Surface Area:
1874" (added 12" for back)

APPROX: 475 Gross
68400 Total Hand Placed Crystals
10 Gross Per Packet = 47.5 Packet
Total Cost Crystal = $2375-5700



1. Enter Area to Cover

| Length | 57 |
| Width | 32.6 |

2. Select Rhinestone size from List:
Stone Size in SS
20

Approx. Gross Needed:
Interlaced Set    474.87

*The costs incurred in addition to the cost of crystal included but was not limited to*

1 Full Day Patternmaker 8-16hr @$45/hr = $360-720

2-4 Full Days Assembly w 2 sewing tech @35/hr ea = $1040-2080

8 hr 2 Crystal Tech (Total 16 hr) @$25/hr =$400

17 hr w 1-2 Crystal Tech (Total 34 hr) @$50/hr (overtime pay) = $1700-3400

OFTEN DONE OVERNIGHT
AT OVERTIME 2X RATE

5

## Key Information Glossary

To facilitate a clear understanding of the alterations, upkeep, repairs, and cleaning performed by Marco Marco for Ms. Girardi and her dancers, a glossary of technical sewing terms has been compiled for terms used within this document. These specialized sewing techniques necessitate a high level of skill for successful execution, and they are essential for ensuring the longevity and durability of costumes intended for prolonged use on tour.



### Pant Gusset

A pant gusset is a triangular or diamond-shaped piece of fabric that is inserted into the crotch area of pants, precisely where the legs meet. Its primary purpose is to reinforce and enhance the durability and comfort of the pants.



UNDERARM GUSSET
• Eliminates underarm tightness seen in other dress shirts.
• Allows minimal pulling of shirt with overhead and reaching movements.

### Shirt Gusset

A shirt gusset is a small, triangular or diamond-shaped piece of fabric inserted into the underarm area of a shirt, typically at the point where the sleeve attaches to the shirt's body. The primary purpose of a gusset is to reinforce this high-stress area, enhancing the durability and longevity of the shirt.

Ex. 1B-6

## Key Information Glossary

### Quick Release/Tear Away



snap tape

magnets sewn into tubing

sew in magnets

Quick release (tear away) techniques and materials in theatrical stage productions refer to specialized clothing or props designed to be easily and quickly removed or torn apart during a performance. These techniques are used to create dramatic effects or facilitate swift costume changes on stage.

### Pattern Creation



Pattern making is a skilled technique fashion designers, dressmakers, and tailors employ to transform a concept or design into a tangible template used to cut and assemble fabric pieces into a garment. It serves as the blueprint for constructing clothing and is the initial step in the garment production process. Patterns are created for every part of a garment.

7

# Key Information Glossary



Embellishments and Crystal

**Embellishments** in costume refer to decorative elements added to clothing and accessories to enhance the piece's visual appeal. One embellishment method involves the use of crystal rhinestones, which can elevate the overall aesthetics of a garment.

**Here's a brief description of embellishments, particularly focusing on crystal rhinestones, their application processes, and the laborious and lengthy process of this craft:**

**Crystal Rhinestones**: These are faceted, transparent or colored glass or crystal pieces that mimic the appearance of gemstones. They are highly sought after for their dazzling shine and ability to catch and reflect light.

**Application Processes**: The application of crystal rhinestones to garments or accessories is a meticulous and specialized craft. It typically involves the following steps:

**Design Planning**: A design concept is developed, outlining the placement and arrangement of rhinestones on the item. This step allows for creative expression and customization.

**Selection of Rhinestones**: Different sizes, colors, and shapes of rhinestones are chosen to achieve the desired effect. Swarovski and other high-quality brands are often preferred for their brilliance, although they are the most premium and expensive brand.

**Attachment Methods**: Rhinestones can be affixed using various methods, including hand-sewing, heat-setting, or adhesive gluing. Marco Marco typically uses adhesives individually laid to then place the stone.

**Precision Application**: Each rhinestone is carefully placed on the fabric according to the design plan. Precision is vital to ensure a uniform and aesthetically pleasing result.

**Finishing Touches**: Once all rhinestones are applied, any excess adhesive is removed, and the item is thoroughly inspected for any imperfections.

8

## Key Information Glossary



**Swarovski**

Swarovski rhinestones are high-quality, precision-cut crystals renowned for their exceptional brilliance and clarity. These rhinestones are crafted by Swarovski, an Austrian company with a long history of creating crystal products.

They are commonly used in jewelry, fashion, accessories, and various decorative applications to add a touch of luxury and sparkle.

Swarovski rhinestones are made from lead glass, which is cut and faceted with extraordinary precision to create facets that capture and reflect light in a radiant manner. Their exceptional quality and consistency in size, shape, and color make them a popular choice for designers seeking to incorporate genuine crystal elements into their designs.

9

**Transaction 1**

**Date: 1/8/2015**

**Invoice # 2137**

**Amount: $480.00**

**Dancer Order**

Wardrobe Alteration Service

**Invoice Items**

1. White button-down shirts with tear-away crotch and sleeves, elasticized collar
2. Black leather pant repair by designer "Rough Trade"

**Invoice Notes:**

- The invoice pertains to alterations made to clothing items provided by the customer.
- Documentation of the altered items was captured via images taken on the designer's cell phone at the Marco Marco Studio, located in Hollywood.
- The fitting session, conducted by Marco Marco, utilized the clothing items supplied by the customer for the purpose of alterations.



**Ex. 1B-10**

## Transaction 1
## Continued

The photograph below on left are referred to as "fitting images." They were taken by the staff at Marco Marco during dancer fittings conducted at the Marco Marco Studio in Hollywood. These images were subsequently shared with Mikey and Laia to seek their official approval.

Additionally, as detailed on Invoice 2137, alterations were made to the dancer button-down shirts to enable easy tear-away functionality while on stage.



These images were shared to Erika's Instagram profile @Theprettymess on January 23, 2015 and December 23, 2014 of Erika's dancers wearing the aforementioned white buttondown shirts detailed in Invoice 2137.





11

**Ex. 1B-11**

## Transaction 1
## Continued

The text message exchanges referenced below are communications that transpired between Laia, who functions as the daily assistant to Erika, and Chris, whose role pertained to the coordination pertaining to the delivery of the aforementioned Dancer wardrobe.

> January 8, 2015
> Laia tells Chris she'll be dropping off Dancer Shirts for altering



**Ex. 1B-12**

## Transaction 2
## Date: 1/15/2015
## Invoice # 2140
## Amount: $690.00

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**

1. Dancer repairs and alterations on customer provided clothing

**Invoice Notes:**

The document below constitutes an invoice for the professional service of modifying garments specifically utilized on Erika's male dancers, detailed here as "Dancer wardrobe alterations." This invoice represents a periodic financial obligation, a fact consistently evidenced throughout this document.

For all live performances in 2015, it was customary for Erika's male dancers to engage in a dramatic display wherein their button-down shirts are torn off and propelled into the audience, a spectacle resulting in the routine expense of wardrobe assets for the sake of a theatrical effect.

To mitigate the financial impact of such performances and to facilitate the aforementioned theatrical effect, Laia, acting in her capacity as assistant to Erika, established the protocol of providing a fresh collection of said dancers' button-down shirts on an ongoing basis for Marco Marco to incorporate quick change fasteners and to ensure the ease of the tear away feature.



13

**Ex. 1B-13**

**Transaction 2
Continued**

### Dancer's featuring wardrobe by Marco Marco

The images below show Erika's male dancers wearing the suit blazers and button down shirts that were altered and detailed in Invoice No. 2140. These images were posted on Erika Jayne's official Instagram account @Theprettymess, bearing the timestamp of January 31, 2015 and January 23, 2015.





14

**Transaction 2
Continued**

## Confirmation of delivery and Fitting Coordination:

The text message exchange documented below between Laia, in her capacity as a personal assistant, and Chris acts as confirmation of a successful delivery of the dancer wardrobe referenced on invoice # 2140.

Marco Marco's studio provided the venue for and was responsible for, the execution of and arrangement of all dancer fittings.



15

**Transaction 2**
**Continued**

### Dancer's featuring wardrobe by Marco Marco

The backup dancers' garments were designed to be removed and discarded into the audience as part of the performance. Therefore, it was necessary to consistently re-purchase, tailor, and modify new outfits.

The frequent and consistent buying of dancers' shirts led to a shortage of those specific styles' availability in store inventories, which were purchased the week before a performance. Therefore, there were variations in the colors, designs, and additional elements of the dancers' outfits from one performance to another.



**Ex. 1B-16**

**Transaction 3**
**Date: 1/22/2015**
**Invoice # 2152**
**Amount: $360.00**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
1. Tailoring Services: Alterations of white button-down shirts into convertible tearaway leotards with fitted elastic legs suitable for dancers.

**Invoice Notes:**
As established by the procedures presented by Laia, in her role as Erika's assistant, invoices for alteration services are regularly created for the dancers' wardrobes.

Since these garments were designed to be removed and discarded into the audience as part of the performance, it was necessary to consistently replenish and tailor new outfits for each event.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

MARCOMARCO

INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2152
**DATE** 01/22/2015
**DUE DATE** 01/22/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service alter mens white button downs and add tear away elastic | 4 | 90.00 | 360.00 |

PAID

360.00
BALANCE DUE  **$0.00**

Invoice received by EG at December 14, 2016 meeting

17

**Ex. 1B-17**

**Transaction 3
Continued**

**Documentation and Approval of Fittings:**
The fitting images below were taken by the personnel at Marco Marco. These images were transmitted to Mikey and Laia to obtain their formal approval.

The fitting session for the male dancers' white button-down shirts was conducted at the Marco Marco studio under the guidance and oversight of Marco himself.

The images below showcase the dancers clad in the altered attire designated for performances, which have been shared on the Instagram platform. The dancers' ensembles sometimes varied from one week to the next, contingent on stock availability at retail stores.










18

**Ex. 1B-18**

## Transaction 3
## Continued

**Scheduling and Expedited Service Request:**

In line with routine protocol, Laia, as Erika's assistant, has undertaken text message correspondence with Chris to arrange fitting sessions for the dancers.

In addition, Laia has placed a "rush" order to guarantee that the alterations be done same day.

> January 21, 2015
> Lais tells Chris she'll be dropping dancer shirts for alterations
>
> Laia asks "Can I get em back same day?



19

**Ex. 1B-19**

## Transaction 4
## Date: 1/26/2015
## Invoice # 2153
## Amount: $1300.00

**Invoice Items:**
1. Catsuit featuring black elastic straps over black power mesh fabric

**Invoice Notes:**
This purchase replicates a catsuit previously commissioned in September 2014. It maintains the original shape and design yet omits the crystal adornments found on the earlier version.



Invoice received by EG at December 14, 2016 meeting

20

**Ex. 1B-20**

## Transaction 4
## Continued

**Ordering Procedures and Replacement Policy:**
It was a routine procedure for Erika to place repeat orders with Marco Marco. The demanding nature of performance routines regularly led to the deterioration of costumes, prompting the need for consistent a replenishment of identical garments. Additionally, when a particular design garnered Erika's favor, it was her usual practice to request multiple versions of the design. Erika would have numerous versions made in different colors, then embellished with a diverse array of crystal embellishments.
For example, Erika often wanted long-sleeved, full-legged catsuits for stage performance; however, she would also want the same look but in a leotard cut for a music video.

**Design Development and Approval Process:**
After speaking with Erika's creative assistant, Mikey Minden, Marco would illustrate 3 to 5 design options. Mikey would review these preliminary sketches, ensuring they align with the initial creative vision, and then submit them to Erika for approval. Only designs that Erika had approved would proceed to the manufacturing phase.



21

**Ex. 1B-21**

**Transaction 4**
**Continued**

**Order Placement Communication:**
In a text exchange, Laia, Erika's designated assistant, coordinates with Chris a new order for a custom catsuit. This order is fashioned after a previously used design, showing a consistent preference in Erika's selection of performance attire.





**Laia:**

"Hey Chris! Im gonna stop by tmrw, Erika needs a replica of the diamond ab bodysuit but plain, just like the first she got back in september."

"I will bring the crystal one as reference"

**Ex. 1B-22**

**Transaction 5**

**Date: 1/27/2015**

**Invoice # 2156**

**Amount: $2300.00**

Wardrobe Alteration Service

**Invoice Items:**
1. Repair and reapplication of crystals on the Swarovski Crystal AB catsuit (maintenance due to performance-related wear and tear).
2. Addition of Jet Hematite Swarovski crystals to the elastic catsuit from a recent order.

**Invoice Notes:**
Given the dynamic and physically demanding nature of Erika's performances, which involve vigorous dance routines, routine restoration and upkeep services are frequently necessary. It is not uncommon for crystals to become detached and require reattachment or the mesh fabric to experience slight damage, especially on dancers performing choreographed lifts involving Erika. These standard care measures are crucial for preserving the visual and functional standards of the performance costumes.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

**INVOICE**

BILL TO
Erika Jayne

INVOICE # 2156
DATE 01/27/2015
DUE DATE 01/27/2015
TERMS Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>clean up and replace AB crystals on catsuit | 1 | 400.00 | 400.00 |
| service<br>add jet hematite crystals to new elastic catsuit | 1 | 1,900.00 | 1,900.00 |

PAYMENT                                                          2,300.00
BALANCE DUE                                                      **$0.00**

Invoice received by EG at December 14, 2016 meeting

23

**Ex. 1B-23**

## Transaction 5
## Continued



Custom elastic catsuit embellished with Swarovski Hematite crystals, meticulously arranged in an interlacing setting, utilizing stones in sizes SS16 and SS20.

The application of the Swarovski crystals, on average, required an employee of Marco Marco approx. 30 hours to achieve completion.

This catsuit has undergone necessary repairs, including replacing Swarovski clear crystal stones. The image below was posted to Erika's Instagram profile @Theprettymess on January 24th, 2015, and features Erika in a Marco Marco elastic strapped catsuit covered in crystal.



24

**Ex. 1B-24**

## Transaction 5
## Continued

**Scheduling Communication:**
In this text message exchange, Laia, serving in her official capacity, requests a same day fitting with Erika at the Marco Marco studio in Hollywood. Laia further asserts the she will pick up the garment the following day January 29, 2015 at 5:00pm.

> January 29, 2015
> Laia asks if Erika can come in for a fitting



**Ex. 1B-25**

**Transaction 6**
**Date: 3/23/2015**
**Invoice # 2185**
**Amount: $450.00**

**Dancer Order**

Wardrobe Alteration Service

**Invoice Items:**
1. Alterations to men's button-down shirts, including the addition of elasticated legs and the removal of sleeves for use by dancers.

**Invoice Notes:**
This invoice reflects recurring alterations for dancers' wardrobes.

The selection of dancers used for each performance is subject to their availability. Typically, Erika would employ 4 to 8 male dancers and, on occasion, an additional contingent of 4 female dancers for her performances.



**Ex. 1B-26**

**Transaction 6**
**Continued**



On March 13, 2015, a post on Instagram captured a moment from Erika's nightclub performance. The visual content displayed dancers while utilizing the "quick change" functionality of their suits and button-down shirts, which Marco Marco had altered with a tear-away feature.

Erika is wearing a custom Marco Marco catsuit not relating to this Invoice



27

**Ex. 1B-27**

## Transaction 7
## Date: 4/1/2015
## Invoice # 2188
## Amount: $9000.00

**Invoice Items:**
1.  Long-sleeved bodysuit featuring mesh cutouts and a high neckline, adorned with Swarovski crystals.
2.  Sleeveless full mesh legged bodysuit with a high neckline, embellished with Swarovski crystals.
3.  Full mesh bodysuit with black elastic detailing, fully embellished with Swarovski crystal adornments.

**Invoice Notes:**
Invoice number 2188 was settled through two separate payment transaction due to an amended order. The original order was placed on April 1, 2015. Subsequently, Mikey requested that Marco augment the scope of crystal embellishments on the long-sleeved bodysuit to accentuate the torso, a detail which requires a high level eye skill to measure crystal spacing for a gradient.



**Payment Records:**
1.  Transaction #7 dated April 1, 2015, in the amount of $9,000.00.

2.  Transaction #8 dated April 2, 2015, in the amount of $1,400.00.

**Ex. 1B-28**

## Transaction 7
## Continued



Left, Erika is wearing a custom Marco Marco full mesh bodysuit with black elastic detailing, accentuated with Swarovski crystal embellishments in an interlacing pattern.

On March 28, 2015, below, Erika posted a photo of herself in a different Marco Marco bodysuit, embellished with a Crystal to Black gradient on @theprettymess, capturing a moment before her performance in Dallas, as detailed in Invoice #2188.



29

**Ex. 1B-29**

## Transaction 8
## Date: 4/2/2015
## Invoice # 2188
## Amount: $1400.00

**Invoice Items:**
1.  Long-sleeved bodysuit featuring mesh cutouts and a high neckline, adorned with Swarovski crystals.
2.  Sleeveless full mesh legged bodysuit with a high neckline, embellished with Swarovski crystals.
3.  Full mesh bodysuit with black elastic detailing, fully embellished with Swarovski crystal adornments.

**Invoice Notes:**

Invoice number 2188 was settled through two separate payment transaction due to an amended order. The original order was placed on April 1, 2015. Subsequently, Mikey requested that Marco augment the scope of crystal embellishments on the long-sleeved bodysuit to accentuate the torso, a detail which requires a high level eye skill to measure crystal spacing for a gradient.



**Payment Records:**
1.  Transaction #7 dated April 1, 2015, in the amount of $9,000.00.
2.  Transaction #8 dated April 2, 2015, in the amount of $1,400.00.

30

**Ex. 1B-30**

## Transaction 8
## Continued

The image below shows Erika wearing a custom Marco Marco full mesh bodysuit with black elastic detailing, intricately accentuated with Swarovski crystal embellishments.

On March 25, 2015, Erika showcased this particular costume on her Instagram, capturing a moment from her performance in Dallas, as detailed in Invoice #2188.



31

**Ex. 1B-31**

**Transaction 9**
**Date: 4/3/2015**
**Invoice # 2191**
**Amount: $6840.00**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
1. A duplicate of the Crystal AB (aurora borealis) embellished catsuit with black mesh.
2. For dancers: Addition of red trim to client-supplied black blazers.
3. For dancers: Creation of a red faux tie, designed for removable functionality during stage performances.
4. For dancers: Enhancement of a white button-down shirt with black trim at the collar and modification to include elasticized legs.
5. For dancers: Fabrication of a custom Marco Marco drop crotch pants featuring a leather flap panel at the front.

**Invoice Notes:**
This invoice was settled over two different payments:
1. Transaction #9 dated April 3, 2015, in the amount of $6,840, corresponds to the original service order.
2. Transaction #10, dated April 6, 2015, in the amount of $440, is associated with an adjusted order due to the addition of one male dancer to the performance ensemble.



32

Ex. 1B-32

**Transaction 9**
**Continued**

On April 12th, 2015, Erika performed onstage in Miami, Florida, clad in a custom Marco Marco crystal AB embellished catsuit featuring black mesh, a garment detailed in Invoice #2191. Simultaneously, the dancers are shown on stage wearing custom Marco Marco garments itemized within the same Invoice.



## Transaction 10
## Date: 4/6/2015
## Invoice # 2191
## Amount: $440.00

**Dancer Order**

Wardrobe Alteration Service

**Invoice Items:**
1. One custom crystal AB embellished catsuit, featuring black mesh detailing.
2. Tailoring services for dancer apparel, which includes the addition of red trim to black blazers provided by the customer.
3. One removable red false tie, designed for stage performance use by a dancer.
4. Custom alterations to a white button-down shirt belonging to a dancer, specifically adding black trim to the collar and adapting the legs for elasticization.
5. One custom-designed pair of Marco Marco drop crotch pants, featuring a distinctive leather flap panel on the front.

**Invoice Notes:**
The total payment for the above wardrobe items and services was processed through two separate transactions. The initial transaction, denoted as Transaction #9, dated April 3, 2015, amounted to $6,840. This payment was allocated to the original order of goods and services. A subsequent transaction, identified as Transaction #10 on April 6, 2015, for the amount of $440, was made to cover the costs associated with a change order, which included the addition of attire for one male dancer.



34

**Ex. 1B-34**

## Transaction 10
## Continued

On April 11, 2015, an image was uploaded to the official Instagram profile of Erika Jayne @theprettymess, depicting her between her dancers. In this image, Erika is dressed in a custom Marco Marco costume. Erika's dancers are also dressed in custom Marco Marco pieces that correspond with those listed in Invoice 2191.



35

**Ex. 1B-35**

**Transaction 11**

**Date: 4/7/2015**

**Invoice # 2196**

**Amount: $2400.00**

**Dancer Order**

**Invoice Items:**
- Four custom-designed pairs of Marco Marco drop crotch pants, featuring a distinctive leather flap panel on the front.

**Invoice Notes:**
This Invoice confirms a repeat order, specifically for Erika's dancers.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

**INVOICE**

BILL TO
Erika Jayne

INVOICE # 2196
DATE 04/07/2015
DUE DATE 04/07/2015
TERMS Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>double black drop crotch dancer pant with leather panel | 4 | 600.00 | 2,400.00 |

PAYMENT 2,400.00
BALANCE DUE **$0.00**

Invoice received by EG at December 14, 2016 meeting

36

**Ex. 1B-36**

**Transaction 11**
**Continued**

On April 11, 2015, an image was uploaded to the official Instagram profile of Erika Jayne @theprettymess, which depicts her between her dancers. In this image, Erika is dressed in a custom Marco Marco costume. Erika's dancers are also dressed in custom Marco Marco pieces that correspond with those listed in Invoice 2196.





37

**Ex. 1B-37**

## Transaction 12
## Date: 4/9/2015
## Invoice # 2199
## Amount: $3200.00

**Invoice Items:**
   1.    Deposit Payment - White on black mesh with hematite crystal embellishments
**Invoice Notes:**
The bodysuit listed in Invoice #2199 is a variation of the original in Black with white and ab crystal detail.

Because Marco Marco created the pattern and cut style with the original order, a reduced price was afforded to Mikey and Erika for a duplicate.

After Marco Marco began the production build on the second garment, Mikey asked Marco to change the crystal stone color to a gunmetal color called Hematite.



38

**Ex. 1B-38**

## Transaction 12
## Continued

The images below document Erika's performances in May 2016 and feature Erika wearing a leotard with hematite crystal detail resembling the same cut as a previous order.

They were posted to Erika Jayne's official Instagram account, @Theprettymess, which showcases her in Miami wearing the custom wardrobe as detailed in Invoice #2199.





39

**Ex. 1B-39**

**Transaction 13**

**Date: 4/14/2015**

**Invoice # 2204**

**Amount: $2900.00**

**Invoice Items:**
1.  Custom Versace-Inspired printed gold jumpsuit with crystal embellishments

**Invoice Notes:**
Shortly after Marco completed the graphic artwork and illustrations, Mikey put the order on hold and communicated that the photoshoot it was intended to be worn for had been rescheduled to a future date.



**Ex. 1B-40**

## Transaction 13
## Continued

**Description of Services:**
Digital Illustrations and Graphic Design by Marco

This invoice documents the professional service provided by Marco, which includes creating digital illustrations, pattern artwork plotting, and graphic design. Marco worked diligently to create them to meet Mikey and Erika's specified design objectives.
The services listed above were executed to a professional standard, consistent with industry practices, and were delivered according to Erika's requirements.







41

**Ex. 1B-41**

**Transaction 13
Continued**

**Documentation of Correspondence:**
This email confirms an exchange between Marco's assistant, Marco, and Michael "Mikey" Minden. During this interaction, multiple print options pertaining to a "Versace" design were presented for Erika's consideration. In response, Mikey stated they liked the first option.



42

**Ex. 1B-42**

**Transaction 14**

**Date: 4/16/2015**

**Invoice # 2207**

**Amount: $1900.00**

**Dancer Order**

**Invoice Items:**
1.   Female Dancer, black bodysuit made of fishnet and spandex

**Invoice Notes:**
Order placed by text message message with Chris by Laia.

Only on occasion were female dancers included in Erika's performances. Marco presented illustrations as was standard, with options for Erika and dancers. Approval was given to advance the dancer bodysuits but the team would hold off on making Erika's for some time later.



**Ex. 1B-43**

## Transaction 14
## Continued

**Record of Text Message Communication:**
The text below from Laia, Erika's assistant, to Chris is informing him she is sending two female dancers to the Marco Marco studio the next day.



**Ex. 1B-44**

## Transaction 14
## Continued

**Text Confirmation from Laia on dancer wardrobe order**
On April 16th, Laia sent a text message to Chris stating her plan to send two female dancers to the Marco Marco studio the next day to have their measurements taken for the purpose of tailoring custom bodysuits.



Received from Leah Mikey Minden Assist on Apr 16, 2015 10:38:28 AM

We might have two girls come in tmrw, doing one show with girls and they wanna make them a catsuit, simple, easy...
See ya at noon tmrw!
Xx

**Laia:**

**"We might have two girls come in tomorrow, doing one show with girls and they wanna make them a catsuit, simple. easy….See you at noon tmrw!"**

Erika on stage performing with two female dancers in custom black bodysuits with mesh cutout detailing.





**Ex. 1B-45**

**Transaction 14
Continued**

**Female Dancers wearing Marco Marco**
On April 26, 2015, Erika shared the below photographs on her Instagram profile @Theprettymess that capture her performance on stage accompanied by two female dancers. The dancers wear black bodysuits made from spandex and fishnet fabrics, as itemized in Invoice 2207.





46

**Ex. 1B-46**

**Transaction 15**

**Date: 4/17/2015**

**Invoice # 2208**

**Amount: $760.00**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**

1.  Male dancer alterations on button down shirts. Making them tear away by adding velcro, releasing the neck and elasticizing the legs holes.

**Invoice Notes:**

This invoice reflects a repeat service to alter dancers' costumes that Laia purchased and delivered to the Marco Marco studio. This service was necessary because the performers had previously discarded their shirts into the audience during the finale of their last performance, as was done on many occasions.



**Ex. 1B-47**

## Transaction 15
## Continued

**Laia confirms order by delivery of garments to be altered:**

Below is a text message sent on April 16, 2016, by Laia to Chris, informing him that she plans to visit the following morning to deliver shirts to have alterations by Marco Marco, intended for the dancers. Laia humorously remarks, "story of my life," reflecting on her frequent, recurring task of bringing to Marco Marco, dancer clothing for alterations.



Laia:
April 16, 2015
"I'll swing by in the morning to drop off shirts! Story of my life… lol"

48

**Ex. 1B-48**

**Transaction 16**
**Date: 4/21/2015**
**Invoice # 2210**
**Amount: $4120.00**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
1. Custom Marco Marco Swarovski crystal-covered bodysuit with mesh in new color variant (duplicate silhouette)
2. Dancer white button-down alterations and elasticized leg holes for tear away

**Invoice Notes:**
Erika really liked how the diamond mesh front cutout bodysuit looked on her, so she requested we make another and add beaded fringe. The style selected for this order was a silhouette and cut that Erika and the team felt worked really on Erika's bodysuit. It was very normal for an order for additional colorways to be placed during Erika's fitting if she liked how it looked.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

**INVOICE**

BILL TO
Erika Jayne

INVOICE # 2210
DATE 04/21/2015
DUE DATE 04/21/2015
TERMS Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>new - crystalized bodysuit with mesh and new color | 1 | 3,400.00 | 3,400.00 |
| service<br>white buttondown alterations and elastic addition | 8 | 90.00 | 720.00 |
| PAYMENT | | | 4,120.00 |
| BALANCE DUE | | | **$0.00** |

PAID

Invoice received by EG at December 14, 2016 meeting

49

**Ex. 1B-49**

## Transaction 16
## Continued

The text message exchange between Erika's assistant, Laia Ribatella, and Chris pertains to coordinating a fitting scheduled for April 20, 2015. In the messages, Laia informs Chris that a new male dancer will require a fitting for his suit jacket. She emphasizes the need to finish all fitting activities promptly as they have a show to attend the following day emphasizing the "rush" needed on this order.



Laia:
April 20, 2015
"I'll have the new boy try on the suit and I'll send him over tomorrow."

**Transaction 16
Continued**

**Erika and dancers performing in custom
designed and produced Marco Marco pieces.**

The long-sleeved bodysuit Erika is wearing is the outfit she fit at Marco Marco Studio on April 21, 2015. The bodysuit consists of black fishnet legs, a black Sportivo body, and black mesh arms. It features a diamond cutout in nude fishnet on the center front and has a high-cut turtleneck. The torso, or body, is completely covered in Swarovski SS16 (referring to their size) Jet black and silk color crystals, while the legs and arms are sprinkled with SS12 (smaller than the SS16's) Jet black crystals.







51

**Ex. 1B-51**

**Transaction 17**

**Date: 4/22/2015**

**Invoice # 2214**

**Amount: $480.00**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
- Alterations for dancers' men's button-down shirts with black trim and quick-release ties

**Invoice Notes:**
This invoice pertains to a recurring order for alterations to the dancers' wardrobe. It is noteworthy that Marco Marco repeatedly alters the same shirts for the dancers because their choreographed routine includes ripping the pieces off and throwing them into the crowd.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2214
**DATE** 04/22/2015
**DUE DATE** 04/22/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom blk trim and ties on button down shirts | 4 | 120.00 | 480.00 |

PAYMENT 480.00
BALANCE DUE **$0.00**

Invoice received by EG at December 14, 2016 meeting

52

**Ex. 1B-52**

**Transaction 17
Continued**

On April 25th, Erika shared a photograph on her Instagram profile, @Theprettymess, featuring her on stage in New York, accompanied by her male dancers. In the image, the dancers are attired in the garments specified in Invoice 2214.



**Ex. 1B-53**

**Transaction 17**
**Continued**

**Text message exchange between Laia, Erika's Assistant, and Chris confirming trim alterations for dancers**

The following text messages between Laia, Erika's assistant, and Chris confirm the alterations involving trim on the dancers' wardrobe. It is important to note that these alterations must be accomplished by the following morning, which would customarily be accompanied by an additional charge as a rush order.



Laia:
April 22, 2015
I have to pick everything up at 3:00pm"

**Ex. 1B-54**

**Transaction 18**

**Date: 4/29/2015**

**Invoice # 2216**

**Amount: $6400.00**

**Invoice Items:**
1.  Balance Payment Elastic strapped bodysuit with Swarovski crystals in Hematite color.
2.  Balance Payment Bodysuit with Swarovski crystals in Jet and Nude Silk color.

**Invoice Notes:**
Both items listed in this invoice are repetitions of a silhouette previously customized for Erika in various color variations. Invoice 2216 is a balance payment of 2199 and 2191.

Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

MARCO MARCO

INVOICE

BILL TO                                  INVOICE # 2216
Erika Jayne                                  DATE 04/29/2015
                                         DUE DATE 04/29/2015
                                         TERMS Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>hematite bodysuit on elastic | 1 | 3,200.00 | 3,200.00 |
| custom<br>jet and nude bodysuit | 1 | 3,200.00 | 3,200.00 |
| PAYMENT | | | 6,400.00 |
| BALANCE DUE | | | **$0.00** |

PAID

Invoice received by EG at December 14, 2016 meeting

**Ex. 1B-55**

**Transaction 18
Continued**

The images shared on Erika's Instagram account @Theprettymess on May 9th and 10th, 2015, prominently showcase her wearing the custom Marco Marco Hematite elastic strapped bodysuit, described in detail in Invoice 2216. It is worth noting that Erika's caption acknowledges @Marcosquared (Marco Marco) as the costume designer responsible for this particular outfit.



Caption Credit:
Costume @Marcosquared
(Marco Marco)



56

**Ex. 1B-56**

**Transaction 19**

**Date: 5/4/2015**

**Invoice # 2219**

**Amount: $6475.00**

**Invoice Items:**
1.  Custom crystal bodysuit in swim cut bottom

**Invoice Notes:**
Solid Swarovski crystal leotard with elastic strapping interlacing design pattern



**Ex. 1B-57**

**Transaction 19**
**Continued**

Below is an image of Erika and Dancer. Erika is wearing a custom Marco Marco crystal leotard, embellished with crystal listed in Invoice 2219.



## Transaction 19
## Continued

Text message correspondence between Laia, Erika's assistant and Chris coordinating the pick up of wardrobe on May 6th, 2015.

Items picked up by Laia on May 6, 2015, include:
- Dancer button-down shirts
- Dancer Removable red ties
- Dancer blazers
- Erika crystal leotard with side mesh panel inserts and crystal embellishment addition



**Transaction 20**

**Date: 7/13/2015**

**Invoice # 2277**

**Amount: $5600.00**

**Wardrobe Alteration Service**

**Invoice Items:**
1. Rework (including touch-up, alterations, or repairs) on crystal bodysuit.
2. Touch-up on crystal bodysuit (crystal replacement).
3. Custom crystal bodysuit.

**Invoice Notes:**

This invoice outlines the charges for various services related to bodysuits, including alterations, repairs, and crystal replacement. These services were frequently required when their team returned from tours. Marco Marco would restore the items to show-ready condition and address the general wear and tear they had sustained.

Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

MARCOMARCO

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2277
**DATE** 07/13/2015
**DUE DATE** 07/13/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>rework on crytsal bodysuit | 1 | 750.00 | 750.00 |
| service<br>touch up on crstal suit | 1 | 350.00 | 350.00 |
| custom<br>crystal bodysuit | 1 | 4,500.00 | 4,500.00 |

PAID

| | |
|---|---|
| PAYMENT | 5,600.00 |
| BALANCE DUE | **$0.00** |

Invoice received by EG at December 14, 2016 meeting

60

**Ex. 1B-60**

**Transaction 20**
**Continued**

**Services Rendered:**
- Repair of mesh holes.
- Replacement of crystals.
- Replacement or reinforcement of zippers.
- Addition or removal of bra cups or waist cincher.
- These services encompass the range of work performed.

On July 24, 2015, Erika shared the following image on her Instagram profile, @theprettymess, in which she is wearing a Marco Marco crystal catsuit originally ordered in transaction 19 on May 4, 2015. The garment Erika is wearing in this image is detailed in Invoice 2277.



## Transaction 20
## Continued

**Text message exchange between Laia, Erika's Assistant, and Chris confirming bodysuit fitting on July 9, 2015:**

Laia:

July 9, 2015
"Lets shoot for Monday! Prob around 4-5."

July 13, 2015
"Yes. Around 4 ish"

Chris:

July 9, 2015
"Any idea when EJ wants to come in?"

July 13, 2015
"Just want to confirm EJ for today."



62

## Transaction 21
## Date: 7/14/2015
## Invoice # 2278
## Amount: $2800.00

**Invoice Items:**
1.  Deposit Payment - Mesh bodysuit in red and black with crystal detailing

**Invoice Notes:**
This invoice reflects the deposit payment for designing and creating the red bodysuit,
initially requested by Mikey Minden and designed and illustrated by Marco. Following the
creation of this piece, Erika subsequently commissioned additional bodysuits in the same
silhouette in various colors.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

# INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2278
**DATE** 07/14/2015
**DUE DATE** 07/14/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>red and black mesh bodysuit with crystal detailing | 1 | 2,800.00 | 2,800.00 |

PAYMENT 2,800.00
BALANCE DUE **$0.00**

PAID

Invoice received by EG at
December 14, 2016 meeting

63

**Ex. 1B-63**

## Transaction 21
## Continued

The below photograph represents a fitting session featuring Erika wearing a custom Marco Marco red and black mesh, long-sleeved leotard before embellishments were applied. This fitting occurred on July 22nd, 2015, at Center Staging rehearsal studios in Burbank, CA, as indicated by the date displayed in the image.





The illustration on the right was drafted by Marco upon Mikey's request. It was chosen from a selection of leotards with similar silhouettes. Erika gave her approval for the red and black ensemble.

Both images reflect the garment detailed in Invoice 2278.

64

**Ex. 1B-64**

## Transaction 21
## Continued

The leotard specified in Invoice 2278 was temporarily placed on hold by Erika and Mikey following a fitting session on July 22nd, 2015. Erika expressed discomfort with the original design, which exposed her legs. In response, Mikey requested the creation of a full-legged version of the same style in addition to the initial leotard.

Subsequently, the original leotard remained unaddressed and in Marco Marco's possession without further modifications.

The photograph below, depicting the Red leotard, was taken at the Marco Marco studio in 2023. It's worth noting that this leotard has been in Marco Marco's possession since the fitting mentioned above in July 2015. This fact contradicts any claim by Erika and Laia that they identified or connected it to any transaction during their "investigation" with the United States Secret Service.



Ex. 1B-65

**Transaction 21**
**Continued**

Below is a design illustration by Marco submitted to Mikey Minden for his and Erika's consideration. Erika initially approved the red leotard design per the specifications in Invoice 2278. After the fitting of the red leotard, she proceeded to order an identical outfit, sharing the same cut, color, and style, but with the addition of full-length legs. This style is referred to as a "bodysuit" or a "catsuit."



66

**Ex. 1B-66**

## Transaction 22
## Date: 7/16/2015
## Invoice # 2280
## Amount: $3600.00

**Invoice Items:**
1. Balance Payment - Crystal Red Bodysuit

**Invoice Notes:**
This invoice pertains to A balance payment for the garment outlined in Invoice 2278, transaction 21. The balance payment reflected upgraded crystal quality.



**Ex. 1B-67**

## Transaction 22
## Continued

The photograph below represents a fitting session featuring Erika wearing a custom Marco Marco red and black mesh, long-sleeved leotard before embellishments were applied. This fitting occurred on July 22nd, 2015, at CenterStaging rehearsal studios in Burbank, CA, as indicated by the date displayed in the image.





Marco drafted the illustration on the right upon Mikey's request. It was chosen from a selection of leotards with similar silhouettes. Erika gave her approval for the red and black ensemble.

Both images reflect the garment detailed in Invoice 2278.

## Transaction 22
## Continued

The leotard specified in Invoice 2278 was temporarily placed on hold by Erika and Mikey following a fitting session on July 22nd, 2015. Erika expressed discomfort with the original design, which exposed her legs. In response, Mikey requested the creation of a full-legged version of the same style in addition to the initial leotard.

Subsequently, the original leotard remained unaddressed and in Marco Marco's possession without further modifications.

The photograph below, depicting the Red leotard, was taken at the Marco Marco studio in 2023. It's worth noting that this leotard has been in Marco Marco's possession since the fitting mentioned above in July 2015. This fact contradicts any claim by Erika and Laia that they identified or connected it to any transaction during their "investigation" with the United States Secret Service.



69

**Ex. 1B-69**

**Transaction 22
Continued**

Below is a design illustration by Marco submitted to Mikey Minden for his and Erika's
consideration. Erika initially approved the red leotard design per the specifications in
Invoice 2278. After the fitting of the red leotard, she proceeded to order an identical outfit,
sharing the same cut, color, and style, but with the addition of full-length legs. This style is
referred to as a "bodysuit" or a "catsuit."



**Transaction 23**

**Date: 7/17/2015**

**Invoice # 2281**

**Amount: $3200.00**

**Invoice Items:**
1.   Crystal Black bodysuit full leg

**Invoice Notes:**
At the beginning of July 2015, Mikey asked Marco to design and illustrate a new full-legged, see-through mesh catsuit that gave the illusion of only Swarovski crystal covering her genitals.



**Ex. 1B-71**

## Transaction 23
## Continued

The below bodysuit on the left was the second approved custom garment from the set of three garments presented by Marco and outlined within transactions 21 and 22.  Marco Marco eventually created this same piece in blue crystals, red crystals, and a Jet Black with hematite-colored Swarovski crystals.

The illustration on the left, designed by Marco, is a modification of the illustration on the right, which was initially conceived as a leotard but subsequently was requested to be modified into a catsuit style with full-length legs.




**Ex. 1B-72**

**Transaction 23**
**Continued**

Erika shared both images below on her Instagram profile @theprettymess on August 8, 2015, and again on August 23, 2015, showcasing Erika's on-stage performance in a custom Marco Marco black, crystal-adorned, full-legged catsuit, the specifics of which are outlined in Invoice 2281.





73

**Ex. 1B-73**

## Transaction 24
## Date: 7/21/2015
## Invoice # 2283
## Amount: $4550.00

**Invoice Items:**
1. Crystal embellished bodysuit.
2. Crystal retouches on all suits (an assortment of Tour bodysuits requiring repair).
3. Offsite fitting conducted at Centerstaging Studios in Burbank, CA.

**Invoice Notes:**
During this period of Erika's active tour engagements, Laia and Chris maintained regular communication regarding their Los Angeles visits, during which wardrobe repairs and maintenance were needed.



Invoice received by EG at December 14, 2016 meeting

74

**Ex. 1B-74**

**Transaction 24
Continued**

**Coordination of Erika's fitting at Centerstaging Studios:**

On July 20th, 2015, Laia, acting as Erika's assistant, sent a message to Chris inquiring about the possibility of Marco conducting a fitting session at the offsite location of CenterStaging rehearsal studios in Burbank, California. Laia also made note of BRAVO TV's intention to film the fitting, framing it as an episode showcasing "a day in the life of Erika." Subsequent images on the following slide confirm Marco's presence during the fitting session.

In her message, Laia requested Marco bring all three designated outfits to the fitting with Erika, which took place at CenterStaging rehearsal studios on July 22nd, 2015.

On the morning of July 22nd, 2015, Chris communicated with Laia to verify Marco's attendance at the fitting with Erika.

> **Laia:**
> **July 20, 2015**
> **"Schedule marco to come by Centerstaging Wednesday at 11:00am"**

Received from Leah Mikey Minden Assist on Jul 20, 2015 3:26:06 PM

If you can schedule Marco to come by Centerstaging Wednesday at 11:45 Studio 6.

Won't be any longer than 45min.
She's filming a day in the life or Erika Jayne for TV network.

Bring all three looks.

Thanks!
xx

Sent to Leah Mikey Minden Assist on Jul 20, 2015 3:29:12 PM

Ok cool

Sent to Leah Mikey Minden Assist on Jul 22, 2015 9:15:49 AM

Good morning! Just confirming Marco at center staging for 1145

Received from Leah Mikey Minden Assist on Jul 22, 2015 9:17:15 AM

Yes sir

Received from Leah Mikey Minden Assist on Jul 28, 2015 11:10:40 AM

Hey there! Wondering if we can come in this week with EJ for a fitting? :)

**Ex. 1B-75**

## Transaction 24
## Continued

**RHOBH SSN 6/EP 3 - HORSING AROUND**

December 16, 2015

On December 16th, 2015, Bravo broadcasted an episode of "The Real Housewives of Beverly Hills" (RHOBH) featuring the fitting session conducted by Marco for Erika at CenterStaging Studios. To the right is a photograph showing Marco present.

A widely circulated GIF captured the moment when Marco accompanied Erika into the Bravo-filmed fitting, turning into a popular and widely recognized meme across the globe. There is unequivocal evidence confirming the occurrence of this fitting, leaving no room to dispute the creation of this bodysuit



**Ex. 1B-76**

**Transaction 24**
**Continued**

Photographs captured by Marco during a fitting session with Erika at Centerstaging Studios in Burbank, California, on July 22nd, 2015, showcase Erika wearing a catsuit in a fitting state. This catsuit is outlined in Invoice 2283 and is shown in its pre-embellished state.

 

**Ex. 1B-77**

**Transaction 25**

**Date: 7/23/2015**

**Invoice # 2287**

**Amount: $2450.00**

**Invoice Items:**
1.  Crystal addition to the Black Black bodysuit

**Invoice Notes:**
This invoice serves as a change order to Invoice 2281. Erika specifically requested the inclusion of an extra border of Swarovski crystals along the existing design lines of the current bodysuit. It is important to note that the original bodysuit, as initially detailed in Invoice 2281 and subsequently fitted in Invoice 2283, consisted entirely of Jet Black crystals.



**Ex. 1B-78**

**Transaction 25**
**Continued**

The image below shows Erika wearing the bodysuit specified in Invoice 2287, showcasing the notable addition of a Swarovski crystal border along the design lines.



Below, an Instagram post on Erika's account @theprettymess on August 8th, 2015 prominently displays the crystal color addition referred to in Invoice 2287, providing clear visual confirmation of the enhancement.



79

## Transaction 26
## Date: 7/27/2015
## Invoice # 2288
## Amount: $2800.00

**Invoice Items:**
1.   Black embellished catsuit with additional crystals

**Invoice Notes:**
The black embellished catsuit with crystals referenced in Invoice 2288 was initially fit on July 22nd 2015 at CenterStaging studios in Burbank, CA.



80

**Ex. 1B-80**

## Transaction 26
## Continued

The photograph below on the left is from the fitting session that occurred at CenterStaging Studios.

A modification request was made by Erika for the leotard, as indicated in Invoice 2292, subsequently. During the fitting, Erika conveyed her discomfort with the idea of having her legs and breasts exposed without the inclusion of fishnet or mesh coverings.

The lower right image side is of the same leotard, with a mesh addition across the chest – a specific request by Erika. Additionally, it showcases the added crystal embellishment coverage over the newly incorporated mesh panel. Laia presented this particular image as Exhibit 10 in her declaration, although it was erroneously associated with Invoice 2191.





**Transaction 27**

**Date: 8/3/2015**

**Invoice # 2292**

**Amount: $8700.00**

**Invoice Items:**
1. Change order for a fully embellished bodysuit.
2. Replacement of the top portion of the bodysuit, substituting red for black.
3. Replacement and repair of crystals on existing Tour outfits.

**Invoice Notes:**
Erika and her team returned from their tour during the initial week of August, promptly returning 3 catsuits to Marco Marco for repairs, alterations, and change orders. Laia was responsible for delivering the items in need of repair to Chris. These wardrobe maintenance tasks were carried out in preparation for their upcoming performance at Market Days in Chicago, Illinois.



**Ex. 1B-82**

**Transaction 27**
**Continued**

On August 12th, 2015, Erika appeared at Market Days in Chicago, Illinois. During her performance, she wore a custom Marco Marco bodysuit featuring intricate crystal embellishments. It is worth noting that Invoice 2292 provides evidence that Marco Marco had recently performed routine maintenance and repairs on this particular outfit. Below is a screenshot of a video recording of that performance found on YouTube and an approved sketch of the piece.



83

**Ex. 1B-83**

**Transaction 27**
**Continued**



Erika's glam team's shared calendar indicates that Erika had a fitting at Marco Marco on August 3rd, 2015.

The text messages exchanged between Laia and Erika's assistant, Chris, confirm a fitting appointment with Erika on August 3rd, 2015, and the subsequent pickup of a catsuit on August 6th, 2015.

Received from Leah Mikey Minden Assist on Aug 3, 2015 8:15:25 AM

**LA** — Confirming Erika today at 11. Will be on time ;) xx

Sent to Marco Morante, Leah Mikey Minden Assist on Aug 3, 2015 8:16:06 AM

See you then!

Received from Leah Mikey Minden Assist on Aug 6, 2015 4:43:56 PM

**LA** — Checking in the catsuit status :)
We will b there in an hour

Sent to Leah Mikey Minden Assist on Aug 6, 2015 4:44:42 PM

Ok sounds good!

Received from Leah Mikey Minden Assist on Aug 6, 2015 5:34:31 PM

**LA** — On my way

Received from Leah Mikey Minden Assist on Aug 6, 2015 6:15:10 PM

**LA** — I would love you forever if you could bring the catsuit outside! Parking and traffic is bananas!! 😩😩😩😩

Sent to Leah Mikey Minden Assist on Aug 6, 2015 6:15:28 PM

Ok you here?

Received from Leah Mikey Minden Assist on Aug 6, 2015 6:15:35 PM

**LA** — Yes!

Received from Leah Mikey Minden Assist on Aug 6, 2015 6:15:38 PM

**LA** — By arena

Sent to Leah Mikey Minden Assist on Aug 6, 2015 6:16:10 PM

Ok, gimme a second. Gotta take it off mannequin

Received from Leah Mikey Minden Assist on Aug 6, 2015 6:16:17 PM

**LA** — Ok :)

84

**Transaction 27
Continued**

On August 7th, 2015, a photo posted to Instagram by @davisrahal with Erika and her dancers depicts the performers boarding her private jet en route to Chicago. The hashtags utilized by the dancer appear to emphasize a lavish lifestyle as the team traveled to their performances.



**Ex. 1B-85**

**Transaction 27**
**Continued**

The photograph below on the left is from the fitting session that occurred at CenterStaging Studios.

A modification request was made by Erika for the leotard, as indicated in Invoice 2292, subsequently. During the fitting, Erika conveyed her discomfort with the idea of having her legs and breasts exposed without the inclusion of fishnet or mesh coverings.

The lower right image side is of the same leotard, with a mesh addition across the chest – a specific request by Erika. Additionally, it showcases the added crystal embellishment coverage over the newly incorporated mesh panel. Laia presented this particular image as Exhibit 10 in her declaration, although it was erroneously associated with Invoice 2191.




## Transaction 28
## Date: 8/17/2015
## Invoice # 2300
## Amount: $9000.00

**Invoice Items:**
1. Crystal-adorned white bodysuit with clear and crystal ab crystals
2. Crystal-adorned bodysuit with red and crystal ab crystals
3. Crystal-adorned black bodysuit
4. Crystal repair touring kit

**Invoice Notes:**
Marco Marco produced duplicate outfits for this invoice, all sharing the same design but featuring varying crystal color schemes.

**This invoice was settled in two separate transactions:**
- $9,000 on August 17th, 2015
- $6,435.75 on August 18th, 2015



**Ex. 1B-87**

## Transaction 28
## Continued

The images below were shared on Erika Jayne's Instagram profile @theprettymess in August 2015 showcase the two custom catsuits in distinct color variations, as mentioned in Invoice 2300.

**White Crystal Colorway**

**Red Crystal Colorway**



**Ex. 1B-88**

## Transaction 29
## Date: 8/18/2015
## Invoice # 2300
## Amount: $6435.75

**Invoice Items:**
1. Crystal-adorned white bodysuit with clear and crystal ab crystals
2. Crystal-adorned bodysuit with red and crystal ab crystals
3. Crystal-adorned black bodysuit
4. Crystal repair touring kit

**Invoice Notes:**
Marco Marco produced duplicate outfits for this invoice, all sharing the same design but featuring varying crystal color schemes.

**This invoice was settled in two separate transactions:**
- $9,000 on August 17th, 2015
- $6,435.75 on August 18th, 2015



89

**Ex. 1B-89**

## Transaction 29
## Continued

The images below were shared on Erika Jayne's Instagram profile @theprettymess in August 2015 showcase the two custom catsuits in distinct color variations, as mentioned in Invoice 2300.

**White Crystal Colorway**



**Red Crystal Colorway**

**Ex. 1B-90**

**Transaction 30**

**Date: 8/19/2015**

**Invoice # 2303**

**Amount: $9000.00**

**Invoice Items:**

1. Customized bodysuit tailored for use during the filming of the Real Housewives of Beverly Hills

**Invoice Notes:**

This invoice pertains to fitting the custom bodysuit for Season 6, Episode 4 of The Real Housewives of Beverly Hills. The fitting occurred at Marco Marco Studio in Hollywood, California, situated at 1641 N. Las Palmas Ave. It's worth noting that Marco's involvement was featured in the episode and captured in a photograph.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA 90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

**INVOICE**

**BILL TO**
Erika Jayne

**INVOICE #** 2303
**DATE** 08/19/2015
**DUE DATE** 08/19/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom bodysuits for RHOBH fitting | 1 | 9,000.00 | 9,000.00 |

PAYMENT 9,000.00
BALANCE DUE **$0.00**

Invoice received by EG at December 14, 2016 meeting

## Transaction 30
## Continued

Illustrations designed by Marco. These 3 looks are featured on **Season 6, Episode 4** of RHOBH.

Marco initially presented Mikey and Erika with 6 options to choose from for her upcoming performances. Option 1 and Option 4 were approved by Erika, first detailed in Invoice 2300, and Option 6 was ordered last for the purpose of having a full rack of clothing present for her on-camera fitting.

Option 6, detailed within invoice 2303, was used several times and brought back to Marco Marco for repair. In November 2016, it was at Marco Marco for embellishment repairs and touch-ups. Erika or her team never retrieved this garment, which is still in Marco Marco's possession.



OPTION 6

OPTION 1                                    OPTION 4

92

Ex. 1B-92

**Transaction 30**
**Continued**

The image below is of the bodysuit referenced in Invoice 2303 and as illustration option 6. This image was taken at the Marco Marco studio in 2023, as this garment is still in Marco Marco's possession.

This bodysuit was brought to Marco Marco for repairs in August 2016 and was never claimed. It is worth noting that this garment was not present when Laia and Erika conducted their "investigation" in coordination with the United States Secret Service.



**Ex. 1B-93**

**Transaction 30
Continued**

**RHOBH SS 6 - Ep. 4**

Footage from Season 6, Episode 4 of the Real Housewives of Beverly Hills (RHOBH SS 6 - Ep. 4) showcases four tailored outfits by Marco Marco, all of which were commissioned by Erika. The item detailed in Invoice 2292 is shown in the top-left image and featured in this episode. This garment remains unworn by Erika.

The remaining garments include a red and crystal bodysuit, a red and black mesh leotard, and a crystal-adorned bodysuit sharing the same silhouette as the red and crystal version. All are referenced in Invoice 2300.



Marco is featured on camera in the filming of Erika's wardrobe fitting for Real Housewives of beverly Hills.



94

Ex. 1B-94

**Transaction 30
Continued**

**Marco Marco Fitting with Erika featured on Real Housewives of Beverly Hills, Season 6, Episode 4**

The Marco Marco studio storefront, located at 1641 N Las Palmas Ave in Hollywood, is prominently featured in a segment from Season 6, Episode 4 of the Real Housewives of Beverly Hills (RHOBH SS 6 - Ep. 4). The image below is a freeze frame of the storefront from that episode. This is the location where Erika's fitting for her performance costume was filmed.



**Ex. 1B-95**

**Transaction 31**

**Date: 8/20/2015**

**Invoice # 2304**

**Amount: $6000.00**

**Invoice Items:**
1. Sketch service
2. Offsite fitting at Centerstaging
3. San Diego Fitting
4. Additional embellishment (which included a travel kit of crystals and applications)

**Invoice Notes:**

Mikey Minden asked Marco to sketch additional variations of the black mesh bodysuit we had been making for Erika. Mikey asked for tear-away skirt options as well.

This invoice also included a fitting at Centerstaging Studios in Burbank, CA, where Marco attended along with an assistant.

Mikey Minden asked Marco to add more crystal to the San Diego Pride looks because it was "Hometown adjacent," having mostly our peers from Los Angeles in attendance. In addition, the ladies of The Real Housewives of Beverly Hills would be in attendance because the performance would be filmed as part of an episode. Marco Marco obliged and added more Swarovski crystal to each of the 3 looks.

Laia requested a full-color spectrum of Swarovski crystals to have on hand as a repair kit on the road. Marco Marco included this kit and the "additional embellishment" noted on Invoice 2304.

Invoice received by EG at December 14, 2016 meeting

96

**Ex. 1B-96**

**Transaction 31
Continued**

**Commissioned illustrations by Marco with hand written notes by Mikey Minden:**
Illustration options created by Marco are accompanied by handwritten instructions from Mikey Minden on how to further refine these designs. Mikey's notes specify the need for elaboration, including the addition of red rhinestones to the black bottom, incorporating a gold outfit, and creating variations with a skirt and a hood.



**Ex. 1B-97**

## Transaction 31
## Continued

Marco created the illustrations below, incorporating the suggestions provided by Mikey Minden to enhance and refine the San Diego sketches. These illustrations feature the addition of a detachable flowing skirt.



Ex. 1B-98

**Transaction 32**

**Date: 8/22/2015**

**Invoice # 2305**

**Amount: $4700.00**

**Invoice Items:**

1. Replacement of crystals on an existing black mesh catsuit, involving the complete removal of Swarovski crystals and their replacement with Swarovski crystals in an alternative color scheme transitioning from red to black to crystal (this adjustment was made to align with the planned but unrealized flowing skirt)

**Invoice Notes:**

Erika experienced newfound fame through her participation in RHOBH and embraced it enthusiastically. Rather than waiting for creative direction before each photoshoot, live performance, or public appearance, Erika instructed her creative assistant, Mikey Minden, to collaborate with Marco on an ongoing basis to design outfits for her. This arrangement ensured a continuous supply of designs and illustrations for Erika to choose from, with Marco Marco constantly creating new pieces for her.

Marco accommodated this demand to the best of his abilities and without neglecting the brand's other clients.



99

**Ex. 1B-99**

**Transaction 32**
**Continued**

According to Erika's glam team's shared calendar, a fitting was scheduled at Marco Marco on August 22nd, 2015.

Erika tried on the look referenced in Invoice 2305 during this fitting session. Additionally, she discussed concepts for new outfit designs with Marco.



**Ex. 1B-100**

## Transaction 33
## Date: 8/25/2015
## Invoice # 2306
## Amount: $4800.00

**Invoice Items:**
1.    Masquerade Look, crystalized panty and bustier

**Invoice Notes:**

Masquerade Look for RHOBH episode - Season 6, Episode 10

The Masquerade Look, designed for the Real Housewives of Beverly Hills (RHOBH) in Season 6, Episode 10, consisted of a crystal-encrusted panty and bustier. This ensemble was commissioned for Erika to wear at a Masquerade party hosted by one of her fellow cast members. Erika and Mikey collaboratively consulted with Marco on the conceptualization of this outfit. Given its intended use on the TV show, Mikey advised Marco to spare no expense in its creation.

Marco subsequently presented Erika with several illustrated design options for her consideration. As the project progressed, Erika expanded the scope of the outfit, incorporating additional components, including props crafted by Marco Marco. It's important to note that Invoice #2306 is one of three invoices related to creating the Masquerade look.



Invoice received by EG at December 14, 2016 meeting

101

Ex: 1B-101

## Transaction 33
## Continued

Marco presented these sketches to Erika via Mikey Minden, her Creative assistant. Erika selected the look on the far right for approval.



Below is a screenshot of the illustration file, showing the timestamp on the computer belonging to Marco on August 25th, 2015.



102

## Transaction 34
## Date: 8/26/2015
## Invoice # 2307
## Amount: $6200.00

**Invoice Items:**
1. Masquerade Look
2. Crystalized Jacket and Catsuit

**Invoice Notes:**

**Masquerade Look for RHOBH episode - Season 6, Episode 10**

The Masquerade Look, designated for use in an episode of the Real Housewives of Beverly Hills (RHOBH) in Season 6, Episode 10, consists of a crystal-embellished jacket and catsuit. This ensemble was commissioned for Erika to wear at a Masquerade party hosted by one of her cast mates. Erika, Mikey, and Marco jointly developed the concept for this outfit through consultations. Given its intended use on the television show, Mikey advised Marco to create an extravagant and impressive design. Marco subsequently presented Erika with a selection of illustrated design options for her consideration. As the project progressed, Erika expanded the ensemble by adding new components, including props that Marco Marco skillfully crafted. It's important to note that Invoice #2307 is one of three invoices associated with creating the Masquerade look.



103

**Ex. 1B-103**

## Transaction 34
## Continued

Below, a still from an episode of the Real Housewives of Beverly Hills (RHOBH) - Showcasing the jacket detailed in Invoice 2307, part of the evolving Masquerade look.





Erika's approved sketch for the costume above, from invoice 2306, for reference.

104

**Transaction 35**

**Date: 8/27/2015**

**Invoice # 2309**

**Amount: $3300.00**

**Invoice Items:**
1.   Masquerade Look **Embellished Top Hat and Repair on Givenchy Thigh High Boots**

**Invoice Notes:**

**Masquerade Look for RHOBH episode - Season 6, Episode 10**

The Masquerade Look, intended for utilization in an episode of the Real Housewives of Beverly Hills (RHOBH) during Season 6, Episode 10, comprises an embellished top hat and includes a repair service for Givenchy thigh-high boots. This ensemble was put together to create Erika's costume for a Masquerade event hosted by one of her cast mates. Erika and Mikey collaborated with Marco to formulate the concept for this outfit. Mikey instructed Marco to create an exceptionally extravagant design in light of its intended use on the television program. Marco subsequently presented Erika with multiple illustrated design options for her consideration. As the project progressed, Erika augmented the ensemble with additional elements, including props handcrafted by Marco Marco. It's noteworthy that Invoice #2309 constitutes the third and final invoice for creating the Masquerade look.



**Ex. 1B-105**

## Transaction 35
## Continued

Screenshots of Erika on the Real Housewives of Beverly Hills (RHOBH) - These images provide a close-up view of the embellishments and showcase the top hat and boots detailed in Invoice 2309.

The bottom image is a post from Erika's Instagram account @theprettymess on August 30th, 2015.



106

**Transaction 36**

**Date: 9/1/2015**

**Invoice # 2310**

**Amount: $5400.00**

**Invoice Items:**
1. Bodysuit
2. Travel to San Diego for final fitting

**Invoice Notes:**

**San Diego Pride Performance - Filmed for RHOBH and aired on February 8, 2016.**
It was conveyed that this performance was a big deal and had to be perfect because it would be the first time the other Housewives were seeing Erika perform. Therefore, everything had to be perfect. All the castmates traveled to San Diego for the big event. Marco drove from Los Angeles to San Diego for Erika's final fitting. He attended the show with the RHOBH cast and stayed with Erika at the Grant Hotel.



**Ex. 1B-107**

## Transaction 36
## Continued

On August 23rd, 2015, via text message, Laia asks Chris if Erika can come into the studio to talk with Marco about a new project.

On August 29th, 2015, via text message, Laia asks Chris if Marco is on his way to San Diego for the fitting.



**Ex. 1B-108**

**Transaction 36**
**Continued**

The two performance images below were shared on Erika's Instagram profile, @theprettymess, on September 5th, 2015. These images prominently feature the outfit designed and depicted by Marco, as specified in Invoice 2305. Both images are geotagged with the location "US Grant Hotel," a renowned luxury hotel in San Diego, California.



**Ex. 1B-109**

## Transaction 36
## Continued

Erika and Dancers perform at Rich's Nightclub in San Diego for San Diego Pride, with RHOBH castmates in attendance on September 5, 2015.

**This performance was filmed for RHOBH Season 6, Episode 11**





110

## Transaction 36
## Continued

Erika's Glam Team shared calendar indicates that Erika had a fitting session with Marco on September 2nd, 2015, as part of her preparations for her upcoming performance in San Diego.



In text messages between Laia and Chris, Laia provides Marco hotel details in San Diego. Marco traveled to San Diego on September 2, 2015, to conduct a fitting at The US Grant Hotel.



**Transaction 36**
**Continued**



Entertainment Weekly coverage of the performance, televised on Real Housewives of Beverly Hills

Video recording of the performance on YouTube

Flyer for the performance by the club venue, Rich's San Diego





112

Ex. 1B-112

**Transaction 37**
**Date: 9/8/2015**
**Invoice # 2312**
**Amount: $7500.00**

**Invoice Items:**
1.    Deposit Payment Custom embellished bodysuit
**Invoice Notes:**
Sheer mesh catsuit in Black with black span detailing and Swarovski crystal embellishments. Intended for use in Erika's upcoming show in Las vegas.



**Ex. 1B-113**

**Transaction 37
Continued**

**Invoice Items:**
1.  Deposit Payment Custom embellished bodysuit

**Invoice Notes:**
Sheer mesh catsuit in Black with black span detailing and Swarovski crystal embellishments. Intended for use in Erika's upcoming show in Las vegas.

Erikas Glam Team shared calendar indicates she had a fitting with Marco on August 15th, 2015 for the new red look from Invoice #2312



The image below shared to Erika's instagram profile @theprettymess on September 19, 2015 features Erika in the Black catsuit referenced in Invoice #2321



114

**Transaction 38**

**Date: 9/16/2015**

**Invoice # 2314**

**Amount: $7300.00**

**Invoice Items:**
1.   Balance Payment Custom embellished bodysuit

**Invoice Notes:**
Sheer mesh catsuit in Black with black spandex detailing and Swarovski crystal embellishments. Intended for use in Erika's upcoming show in Las Vegas.
Upon request from Erika's creative assistant, Mikey Minden, Marco provided new design illustrations, following a silhouette similar to the recently crafted red crystal bodysuit.
Marco presented a range of design options in various styles, and Erika, through Mikey, selected one for approval.



**Ex. 1B-115**

## Transaction 38
## Continued

**Invoice Items:**
1. Balance Payment Custom embellished bodysuit

**Invoice Notes:**
Sheer mesh catsuit in Black with black span detailing and Swarovski crystal embellishments. Intended for use in Erika's upcoming show in Las vegas.

Erikas Glam Team shared calendar indicates she had a fitting with Marco on August 15th, 2015 for the new red look from Invoice #2312



The image below shared to Erika's instagram profile @theprettymess on September 19, 2015 features Erika in the Black catsuit referenced in Invoice #2321



116

## Transaction 38
## Continued

Text messages exchanged between Laia and Chris confirmed the receipt of a previous order and scheduled a fitting for a catsuit intended to be used in the Las Vegas performance.

Laia shifts Marco Marco's production priorities, asking them not to focus on the black catsuit from a previous order.



**Ex. 1B-117**

**Transaction 39**

**Date: 9/17/2015**

**Invoice # 2319**

**Amount: $5700.00**

**Invoice Items:**
1.  Deposit AB crystal embellished bodysuit

**Invoice Notes:**
Deposit for Bodysuit pattern in crystal ab colorway using the same style and cut as Erika's Palm Springs bodysuit from the September 5, 2015 performance. It is intended to be used for an upcoming tour.



**Ex. 1B-118**

## Transaction 39
## Continued

**Text exchange between Chris and Laia confirming
Pick up of garment detailed in Invoice # 2319**

Laia:
September 16, 2015
"Is it OK if I swing by in 10 minutes?"





**Ex. 1B-119**

## Transaction 40
## Date: 9/21/2015
## Invoice # 2320
## Amount: $7200.00

**Invoice Items:**
1.   AB crystal embellished bodysuit

**Invoice Notes:**



**Ex. 1B-120**

## Transaction 40
## Continued

The photograph displayed below was shared on Erika's Instagram account on September 19, 2015, and taken during a performance in Las Vegas. In this picture, Erika wears a black mesh bodysuit adorned with Swarovski AB crystals, documented in Invoice 2320.



**Ex. 1B-121**

**Transaction 41**

**Date: 9/22/2015**

**Invoice # 2322**

**Amount: $6500.00**

**Invoice Items:**
1.   Embellished crystal catsuit

**Invoice Notes:**
Using a mesh pattern that Erika strongly preferred, Marco Marco replicated the same garment silhouette and incorporated crystal-colored stones into its design.



## Transaction 41
## Continued

Laia texts Chris to inquire about the status of recent orders for performance garments.
Laia reassures Chris not to be concerned about the black bodysuit, indicating that
progress is being made on the Red one at the moment. Laia also mentions that the White
bodysuit will require some additional time because it will be entirely adorned with crystals.



**Transaction 41**
**Continued**

During a multi-night run of performances in Las Vegas in September 2015, a photograph of Erika on her Instagram profile @theprettymess shows her wearing a black fishnet mesh bodysuit embellished with Swarovski crystal.



**Ex. 1B-124**

**Transaction 42**

**Date: 10/5/2015**

**Invoice # 2327**

**Amount: $6200.00**

| Wardrobe Alteration Service |
| --- |

**Invoice Items:**
1.    Routine Costume repairs

**Invoice Notes:**
Given the wear and tear naturally incurred by tour clothing, whenever Erika's team returned home from their tour, even if just for a brief period, Laia would facilitate the delivery of all tour outfits to Marco Marco for swift repairs. These repair services encompassed activities such as crystal replacements, mending, adjustments to hems, zipper replacements, and restoration of color and dye.



**Ex. 1B-125**

**Indictment Count 2**

**Transaction 43**

**Date: 10/21/2015**

**Amount: $7500.00**

Multiple images shared to Erika's Instagram profile @theprettymess feature Erika in a Black Sportivo leotard with nude mesh diamond cutout embellished with Black Swarovski crystal and black beaded Fringe



Ex. 1B-126

## Indictment Count 2
## Transaction 43
## Continued

Aug 25, 2015, Marco and his team begin designing at the request of Michael Minden and Laia Ribatella, creating several styles for performances on Sep. 5 (filmed San Diego performance for RHOBH)
Sep. 19 (Las Vegas performance @ Bellagio)
**Oct. 31 (Miami Performance**
**Nov. 8 (Palm Springs Pride)**



A design is confirmed, and Marco and his team begin the process of creating the new garment. This approval is only a starting point. The design can change in any number of ways between ordering and delivery, including but not limited to cut, color, and style or fullness of embellishment. Quantity may vary as Laia generally would have duplicates made after final approval and throughout the year.



127

**Ex. 1B-127**

# Indictment Count 2
## Transaction 43
## Continued

**Oct 21, 2015** As is customary, Marco relays design confirmation to Chris, who in turn runs the card on file. Laia texts Chris to schedule fitting for the following Monday, Oct 26.

On Oct 25, 2015 Laia moves fitting to Tuesday, Oct 28.

On Oct 27, 2015 Laia moves fitting to Wednesday, Oct 29. She then requests to meet about a last-minute look. This would have been to revamp the black flame catsuit with crystal and to begin design on the gold and black leotard embellished with crystal and beaded fringe referenced in count 2.





Ex. 1B-128

**Indictment Count 2**

**Transaction 43**

**Continued**

Due to Erika being in Miami over the Halloween weekend for a performance on the Big E for Rock the Troops, the fitting is moved to Nov. 3, 2015. At Laia's request, the fitting is moved last minute to CenterStaging Studios in Burbank.

**Nov. 5, 2015**, Mikey Minden asks for beaded fringe, the beads used cost $60-120 per yard depending on length, and require several yards and hours of hand-sewing to be added to an already sewn and embellished garment.

On Nov. 6, Mikey Minden inquires about when Marco will be arriving in Palm Springs with the new garment. Marco drives there on Nov. 7th to conduct a fitting at Erika's hotel suite and makes all final adjustments on site. Nov 8th, Marco dresses Erika in her new costume and accompanies her to her performance.



**Ex. 1B-129**

**Transaction 44**

**Date: 11/3/2015**

**Invoice # 2334**

**Amount: $9500.00**

**Invoice Items:**
1. Beaded fringe leotard with crystal embellishment

**Invoice Notes:**

**Palm Springs Performance**

At Erika's request, conveyed through her creative assistant, Mikey Minden, Marco was commissioned to create an additional beaded fringe leotard in the identical style and cut but with a clear crystal to silver hematite crystal gradient and black beaded trim.

A decision made during the fitting that took place at Centerstaging Studios in Burbank, CA, the new order was to be created and intended use at a performance filmed for RHOBH.



130

## Transaction 44
## Continued

Text messages exchanged between Laia and Chris to coordinate the fitting scheduled for November 3rd at Marco Marco. It was at this scheduled fitting that Erika and Mikey requested the new leotard which was intended for a filming of RHOBH.



Erika's Glam Team's shared calendar indicates that Erika had a fitting session with Marco on November 3rd, 2015.

131

**Ex. 1B-131**

**Transaction 45**

**Date: 11/4/2015**

**Invoice # 2335**

**Amount: $7800.00**

**Invoice Items:**
1.   Embellished bodysuit for RHOBH performance in Palm Springs, CA

**Invoice Notes:**

**PALM SPRINGS PERFORMANCE - RHOBH**

The invoice below reflects the balance payment on a beaded fringe bodysuit. This invoice corresponds to the RHOBH performance in Palm Springs. The outfit consists of a black leotard with a mesh diamond front adorned with a black beaded fringe.



**Ex. 1B-132**

**Transaction 45**
**Continued**

The item referenced in Invoice #2335, was worn by Erika during her performance in Palm Springs on November 8th, 2015. Photos from the performance were shared on two different Instagram accounts of Erika's dancers on November 6th and 8th, 2015.



**Transaction 45**
**Continued**

Erika's Glam Team's shared calendar indicates that Erika conducted a fitting session for her Palm Springs ensemble at Marco Marco on November 4th, 2015.



**Ex. 1B-134**

## Transaction 46
## Date: 11/5/2015
## Invoice # 2336
## Amount: $8000.00

**Invoice Items:**
1. Embellishments on customer provided clothing

**Invoice Notes:**
Upon their return to LA from Palm Springs, Erika and her team entrusted Laia with the task of delivering various store-bought clothing items from Erika's wardrobe to the Marco Marco studio to be embellished with crystals in various colors. These embellished looks were intended for Erika to wear for pre-show meet-and-greet outfits, photoshoots, and performance ensembles.

During discussions, Laia explored the possibility of using beaded trims and charms to enhance the appearance of these outfits. The objective was to ensure that the embellishments crafted by Marco Marco would impart an opulent and distinctive quality to the attire, setting them apart from the typical Vegas-style garments.



**Ex. 1B-135**

## Transaction 46
## Continued

Text messages between Laia, Erika's assistant, and Marco. During this exchange, Laia requested to view various options for beaded trims and charms. Later in the conversation, she stressed the significance of ensuring that the outfits looked "Rich."



Laia:
November 5, 2015
In response to the bead selection Marco presented. "Is there more options?"

**Ex. 1B-136**

**Transaction 47**

**Date: 11/9/2015**

**Invoice # 2337**

**Amount: $8208.75**

**Invoice Items:**
1. On-site fitting in Palm Springs, CA
2. Tour wardrobe repair and Tour materials kit

**Invoice Notes:**

This is a service invoice. It encompasses Marco's provision of an on-site fitting service in Palm Springs, California, conducted before filming the Real Housewives of Beverly Hills (RHOBH) performance. The fitting rate listed encompasses expenses associated with transportation, time, and hotel accommodations.

Additionally, this invoice covers the provision of a tour wardrobe materials kit, which was assembled in response to Laia's request for a comprehensive supply of Swarovski crystals in all sizes and colors utilized in the construction of performance outfits. The purpose of this kit was to enable Erika's team to effectively manage costume repairs and maintenance while on tour.



137

**Ex. 1B-137**

## Transaction 47
## Continued

**Marco travels to conduct fitting with Erika in Palm Springs, CA**

In the text conversation provided below, Laia inquires about the anticipated arrival date of Marco in Palm Springs for a fitting, specifically inquiring if it should be scheduled for November 6th or 7th when Marco arrived.



In response to the trim options Marco shares with Laia,

Laia says, "make it look rich and fun, not the normal Vegas stuff."

**Ex. 1B-138**

## Transaction 47
## Continued

Below is a public exchange on Twitter that transpired between Erika and Marco, where they openly affirmed their friendship and confirmed Marco's presence in Palm Springs. This exchange is time-stamped November 8, 2015.



Below is an image posted to Instagram by one of Erika's dancers that captures Erika wearing a Marco Marco-designed outfit during her Palm Springs performance. The black beaded trim featured on this ensemble corresponds to the same trim shared with Laia in the text message documented in transaction 46. This image shows a timestamp of November 8, 2015.



**Ex. 1B-139**

**Transaction 48**

**Date: 11/10/2015**

**Invoice # 2338**

**Amount: 8200.00**

**Invoice Items:**
1.   Embellished bodysuit with fringe bead detailr (Marco Marco Showroom purchase)

**Invoice Notes:**

This particular ensemble is a Marco Marco collection piece. It was on loan from the Marco Marco showroom by Dani Michelle. It was not specifically tailored for Erika. The outfit was intended to be used in an upcoming photoshoot, where Dani Michelle was responsible for styling Erika.

The agreed-upon terms at the Marco Marco showroom required Dani to borrow collection pieces on memo (studio pull). Dani kept the items borrowed and requested they be kept and purchased rather than pay for the restocking fee typically associated with a studio pull.

The remaining collection pieces were returned to the Marco Marco showroom. It is important to note that these practices are common within the styling industry. This invoice, designated as #2338, represents one of three invoices linked to Dani Michelle's studio pull. Dani made a request for the charges to be billed to Erika's American Express card on record.



140

**Ex. 1B-140**

**Transaction 48
Continued**

## Marco Marco Showroom Studio Pull



Erika is prominently featured in the below editorial wearing a gold embellished leotard with chain and crystal detail, designed by Marco Marco and styled by Dani Michelle. The image also bears an on-page credit, acknowledging Marco Marco's contribution to the ensemble.



## Transaction 49
## Date: 11/16/2015
## Invoice # 2340
## Amount: 8900.00

**Invoice Items:**
1. Bodysuit, Stretch sequin crystalized romper (Marco Marco Showroom purchase)

**Invoice Notes:**
This particular ensemble is a Marco Marco collection piece. It was on loan from the Marco Marco showroom by Dani Michelle. It was not specifically tailored for Erika. The outfit was intended to be used in an upcoming photoshoot, where Dani Michelle was responsible for styling Erika.

The agreed-upon terms at the Marco Marco showroom required Dani to borrow collection pieces on memo (studio pull). Dani kept the items borrowed and requested they be kept and purchased rather than pay for the restocking fee typically associated with a studio pull.

The remaining collection pieces were returned to the Marco Marco showroom. It is important to note that these practices are common within the styling industry. This invoice, designated as #2340, represents one of three invoices linked to Dani Michelle's studio pull. Dani made a request for the charges to be billed to Erika's American Express card on record.



142

**Ex. 1B-142**

# Transaction 49
# Continued



**Transaction 50**
**Date: 11/30/2015**
**Invoice # 2343**
**Amount: 8600.00**

**Invoice Items:**
1.   Bodysuit, Stretch sequin crystalized romper (Marco Marco Showroom purchase)

**Invoice Notes:**

This particular ensemble is a Marco Marco collection piece. It was on loan from the Marco Marco showroom by Dani Michelle. It was not specifically tailored for Erika. The outfit was intended to be used in an upcoming photoshoot, where Dani Michelle was responsible for styling Erika.

The agreed-upon terms at the Marco Marco showroom required Dani to borrow collection pieces on memo (studio pull). Dani kept the items borrowed and requested they be kept and purchased rather than pay for the restocking fee typically associated with a studio pull.

The remaining collection pieces were returned to the Marco Marco showroom. It is important to note that these practices are common within the styling industry. This invoice, designated as #2343, represents one of three invoices linked to Dani Michelle's studio pull. Dani made a request for the charges to be billed to Erika's American Express card on record.



**Ex. 1B-144**

**Transaction 50**
**Continued**

In the images below, Erika is prominently featured in a magazine editorial, donning a Marco Marco Black waxed denim hip puff dress. It is important to note that Dani Michelle served as the stylist for this editorial. Furthermore, the editorial image includes an on-page credit acknowledging Marco Marco as the dress designer.



Ex. 1B-145

## Transaction 50
## Continued

On November 30th, 2015, a text message exchange transpired involving Laia, Erika's assistant, and Chris. In this exchange, Laia conveyed Erika's desire to create a new costume and requested that Marco initiate a conversation with Mikey regarding the creative aspects.

In response to Chris' inquiry about whether this pertained to the ongoing project with Dani, Laia clarified that it was intended for a show performance and not related to the current job with Dani.



Received from Leah Mikey Minden Assist on Nov 30, 2015 1:45:47 PM

Hii
Wanna make another costume for EJ!
Need it by dec 9-10th
Marco can give Mikey a call to talk creative ;)
Thanks!

Sent to Leah Mikey Minden Assist on Nov 30, 2015 1:48:54 PM

Ok sounds good. This is separate from the photoshoot that he is working on with dani right?

Received from Leah Mikey Minden Assist on Nov 30, 2015 1:54:09 PM

Yes, its for a show!

**Chris:**
**November 30, 2015**

**Chris mentions the photoshoot with Dani Michelle in a text message to Laia.**

146

**Transaction 51**
**Date: 12/2/2015**
**Invoice # 2346**
**Amount: 5400.00**

**Invoice Items:**
1.   Music Video looks (custom white bodysuit with woven fishnet and mesh)

**Invoice Notes:**
**Music Video: "HOW MANY FUCKS" - Release Date: April 19th, 2016**
**Styling by Dani Michelle**
Marco Marco created several outfits for a music video at the request of Dani Michelle, speaking on behalf of Erika. These costumes were prominently featured in the video and are characterized by design elements consistent with Marco Marco's signature aesthetic. It is noteworthy that Marco Marco also designed additional outfits for the music video per Dani Michelle's directives, although these particular items were either unused in the production or subsequently excluded during the final editing process. It is a prevailing industry practice to have backup wardrobe options or alternatives available on standby for music video productions.



147

**Ex. 1B-147**

**Transaction 51**
**Continued**

**Erika Jayne - Look 1**
Stills of Erika wearing a custom white bodysuit by Marco Marco, featuring woven fishnet and mesh inserts. Notably, the overlock stitch on the side seam of this bodysuit is a distinctive characteristic of Marco Marco's designs.






**Ex. 1B-148**

**Transaction 52**

**Date: 12/3/2015**

**Invoice # 2347**

**Amount: 7800.00**

**Invoice Items:**
1. High-neck nude mesh leotard
2. Custom mix lamé belted skirt

**Invoice Notes:**

**Music Video: "HOW MANY FUCKS"** - Release Date: April 19th, 2016

Styling by Dani Michelle

Marco Marco contributed multiple outfits for this music video, all commissioned by Dani Michelle on behalf of Erika. Prominently featured in the final edit, these outfits bear distinctive design elements consistent with other creations from Marco Marco's repertoire. Additionally, Marco Marco designed backup costumes for the music video at Dani Michelle's request; maintaining backup wardrobe options or alternative selections for music video productions is an industry standard.



**Ex. 1B-149**

**Transaction 52**
**Continued**

**Image taken from Erika's "How Many Fucks" music video.**
These stills from the music video prominently feature Erika in a custom high-neck nude mesh leotard complemented with a custom mix lamé belted skirt crafted and produced by Marco Marco.



## Transaction 52
## Continued

**Image taken from Erika's "How Many Fucks" music video.**
These stills from the music video prominently feature Erika in a custom high-neck nude mesh leotard complemented with a custom mix lamé belted skirt crafted and produced by Marco Marco.



Images taken from Erika's "How Many Fucks" music video.

In this scene, Erika is wearing a metallic gold lame leotard by Marco Marco.



## Transaction 52
## Continued

**A text message exchange took place involving Dani, Erika's stylist, Chris, and Marco:**

- Dani confirms the scheduled pick-up time for 7 am on December 9th, 2015.
- Additionally, Dani verifies that Marco Marco was responsible for crafting the gold train skirt.



**Transaction 52**
**Continued**

**A text message exchange occurred between Dani, Erika's stylist, and Marco:**
- Dani expresses gratitude to Marco for creating the gold belt designed to complement the gold lamé train.
- Dani places an order for a second white look as detailed in Invoice 2349
- Dani confirms the scheduled pick-up time with Marco, set for 7 am on December 9th, 2015.



**Ex. 1B-153**

## Transaction 53
## Date: 12/8/2015
## Invoice # 2348
## Amount: 4700.00

**Invoice Items:**
- Money print bodysuit with Swarovski crystals music video 2 day turnaround
- Rush charge Included

**Invoice Notes:**
**"HOW MANY FUCKS" MUSIC VIDEO - Release Date April 19th 2016**
- Styled by Dani Michelle

The money print featured on these garments was created using custom-printed fabric. This distinct print and various iterations of Erika's leotard became iconic elements associated with the music video. Subsequently, Marco Marco would produce multiple renditions of "the money look" in various styles in the ensuing period. This bodysuit was ordered with a two day turnaround, traditionally triggering an industry standard rush fee to complete.



154

**Transaction 53**
**Continued**

**Images taken from "How Many Fucks" music video**
Erika and her dancers are prominently featured donning bespoke long-sleeve leotards adorned with a custom money print, complete with skirts and tap panties as part of their ensemble.



## Transaction 53
## Continued

Below is a text message exchange between Dani, Erika's stylist for the "How Many Fucks" music video, and Marco on December 6th, 2015, regarding the wardrobe arrangements for the video. Marco, in response, shares with Dani a work-in-progress image of Erika's money-print-themed outfit.



**Ex. 1B-156**

**Transaction 53
Continued**

**"HOW MANY FUCKS DO I GIVE" Wardrobe
Interview for Fashion Gone Rogue**
https://www.fashiongonerogue.com/erika-jayn
e-interview-how-many-video/



To the right is a photograph of a
swatch of the money-print fabric,
the custom-printed fabric used to
produce these garments. It's
worth noting that Marco Marco
currently retains several yards of
this custom fabric from the
construction of these pieces.



157

**Ex. 1B-157**

**Transaction 53**
**Continued**

According to Erika's Glam Team shared calendar, it is documented that Erika had a fitting for the music video looks with both Marco and Dani at CenterStaging Studios in Burbank on December 7th, 2015, starting at 10:00 AM.



**Ex. 1B-158**

**Transaction 54**

**Date: 12/14/2015**

**Invoice # 2349**

**Amount: 9400.00**

**Invoice Items:**
- General performance costume Dec. Look 1 (White neoprene bodysuit with white mesh detail)
- General performance costume Dec. Look 2 ((White neoprene bodysuit with white mesh detail)

**Invoice Notes:**
Invoice #2349 contains a somewhat unconventional format for Marco Marco. It occurred when the studio was preparing to close for the holiday break. In this instance, Chris accepted the order for new performance costume looks from Laia while awaiting creative input from Mikey. Consequently, the itemized listings on the invoice lack specific and accurate descriptions.



**Ex. 1B-159**

## Transaction 54
## Continued

**In a text conversation between Mikey Minden, Erika's creative assistant, and Marco:**
- Marco confirms that he will be sending illustrations for the two new December looks shortly.
- Mikey confirms the addition of crystals to Erika's money suit from the music video. The expenses for the crystals were covered in Invoice #2348.



Marco:
December 14, 2015
"I'm gonna send you sketches today."



Dani:
"Did you get my message she wants a second white bodysuit?"

In this text message, Erika's stylist Dani Michelle, orders a 2nd white bodysuit for Erika, and then requests 2 additional.

**Transaction 54**
**Continued**

**In a text exchange between Laia, Erika's assistant, and Chris:**
- Laia schedules Erika's fitting with Marco for Friday, December 18th, 2015, at 11:30 am.
- Laia also informs Chris that Marco will appear on "The Real Housewives of Beverly Hills" (RHOBH) that night.



**Ex. 1B-161**

**Transaction 54**
**Continued**

According to Erika's Glam Team shared calendar, it is documented that Erika had a fitting appointment for the music video looks with both Marco and Dani at Center Staging studios in Burbank on December 7th, 2015, starting at 10:00 AM.



**Ex. 1B-162**

**Transaction 54**
**Continued**

On December 13th, 2015, one of Erika's dancers posted an image on his Instagram account featuring Erika wearing a Marco Marco bodysuit. The below newly revamped bodysuit embellished with crystal is outlined in Invoice 2349.



**Ex. 1B-163**

**Transaction 55**
**Date: 12/15/2015**
**Invoice # 2350**
**Amount: 8400.00**

**Invoice Items:**
- Two Gold Bodysuits with Gold Glass Beaded Fringe

**Invoice Notes:**
- **Balance payment on Laia's order request from 11/30/15**
- The items listed on this invoice are additional versions of a previously designed silhouette, created in a different color scheme.

**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

MARCO MARCO

## INVOICE

**BILL TO**
Erika Girardi
Erika Jayne Music video
Contact: Shirleen Fujimoto

**INVOICE #** 2350
**DATE** 12/15/2015
**DUE DATE** 12/15/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom** Gold bodysuits with gold glass beaded fringe | 2 | 4,200.00 | 8,400.00 |

PAID

PAYMENT 8,400.00
BALANCE DUE **$0.00**

Invoice received by EG at December 14, 2016 meeting

164

**Ex. 1B-164**

**Transaction 55
Continued**

Laia:
November 30, 2015
"Wanna make another costume for EJ!  Marco can give Mikey a call to talk creative ;)"



**December 15, 2015**, Michael Minden and Laia inform Marco and Chris, respectively, that Marco will appear on RHOBH with Erika in the following episode.



165

## Transaction 56
## Date: 12/16/2015
## Invoice # 2352
## Amount: $5300.00

**Invoice Items:**
1.    Deposit Payment - Gold Aurum crystal bodysuit with beaded fringe detail

**Invoice Notes:**
Deposit payment for Gold bodysuit for intended wear at Erika's New Years Performance in Denver, CO.

Invoice #2352 may appear unconventional for Marco Marco. As the studio was preparing to close for the holiday break, Chris processed the order for new looks based on input from Laia while awaiting creative direction from Mikey. Consequently, the invoice lacks specific item descriptions.
This invoice pertains to an additional light blue and black fringe leotard featuring the same silhouette as Invoice #2350. The creative concepts suggested by Mikey Minden led Marco Marco to submit a range of color options, which Erika expressed enthusiasm for, resulting in the placement of multiple orders. In total, Marco Marco produced five different color variations of the beaded fringe look.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2352
**DATE** 12/16/2015
**DUE DATE** 12/16/2015
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>Dec performance look | 1 | 5,300.00 | 5,300.00 |

PAYMENT   5,300.00
BALANCE DUE   **$0.00**

On November 30, 2015, Laia Ribatella contacts Chris asking for a new costume; Chris asks for clarification on whether or not this pertains to the photoshoot with Erika that Marco is prepping for stylist Dani Michelle. Marco is tasked with creating a new version of one of her favorites in gold crystal with black mesh side panels and gold fringe for a NYE live performance at Denver gay bar Tracks. They will also require four dancer looks.



Invoice received by EG at December 14, 2016 meeting

166

**Ex. 1B-166**