# EXHIBIT 1B - Part 2 of 2

## Transaction 56
## Continued

**Text message between Mikey and Marco discussing Design Illustrations by Marco**

- December 14, 2015, let Mikey know he'll be sending sketches
- Mikey tells Marco that Erika prefers the Gold Aurum bodysuit with more black and approves Marco Marco to begin production



On December 14, 2015, Michael Minden chooses a gold option with black side panel inserts of power mesh.

167

**Ex. 1B-167**

**Transaction 56
Continued**

**Erika performing on New Year's Eve at Tracks nightclub in Denver, CO, wearing the Gold Aurum leotard, posted on her Instagram account @theprettymess.**



**Ex. 1B-168**

## Transaction 56
## Continued

**Text message exchange between Laia (Erika's assistant) and Chris:**
Laia confirms a fitting with Erika at the Marco Marco studio on December 22nd, 2015 for the New Year's Eve performance.



Text message between Chris and Laia confirming fitting for 11:00 am on December 22, 2015

Erika's Glam Team shared calendar confirms Erika's attendance at a fitting at Marco Marco on December 22nd, 2015.

169

**Ex. 1B-169**

## Transaction 56
## Continued

On December 30th, 2015, Marco delivers costumes to Michael Minden's home at 12:25am. Below is a text message exchange between Michael and Marco to coordinate the delivery and Marco's confirmation that he has arrived at Michael's residence.



**Transaction 56**
**Continued**

On December 30, 2015, Erika, Michael, and Dancers board a private jet heading to Denver to perform at Tracks, as evidenced by posts on Tracks' facebook account, Erika's Twitter account, and others, below.





**Ex. 1B-171**

**Transaction 57**

**Date: 12/21/2015**

**Invoice # 2355**

**Amount: $6200.00**

**Invoice Items:**
1.   Swarovski crystal embellishment on Money Suit

**Invoice Notes:**
On December 14, 2015, in a message from Mikey to Marco, Mikey requests crystal embellishments additions for Erika's money suit in preparation for the upcoming New Years Performance. Erika decides to not use this look for the performance.



**Ex. 1B-172**

**Transaction 57**
**Continued**

**Text Confirmation of Crystal Change Order**

In the text message exchange between Marco Morante and Mikey Minden below, Marco asks Mikey if he wants Marco to "bling out the money suit." Mikey responds, "Yes!" and says, "Laia will drop it off."





"Money suit" for reference.

**Ex. 1B-173**

## INDICTMENT COUNT 3
## TRANSACTION #58
## Date: 12/28/2015
## Order Invoice #5-1208
## Amount: $8500

**Invoice Items:**
1. Deposit Payment for black Sportivo leotard with black mesh side panel cutouts and metallic gold lamé, embellished with Aurum Swarovski crystal and glass beaded trim

**Invoice Notes:**
**Order intended for use in at New years Eve performance at Tracks nightclub in Denver, CO**

**Text message between Mikey and Marco discussing Design Illustrations by Marco**
- On December 14, 2015, lets Mikey know he'll be sending sketches
- Mikey tells Marco Erika prefers the Gold Aurum bodysuit with more black and approves Marco Marco to begin production



On December 14, 2015, Michael Minden chooses a gold option with black side panel inserts of power mesh.

174

**Ex. 1B-174**

## INDICTMENT COUNT 3
## TRANSACTION #58
## CONTINUED

**Erika performing on New Year's Eve at Tracks nightclub in Denver, CO, wearing the Gold Aurum leotard, posted on her Instagram account @theprettymess.**



January 1, 2016

175

**Ex. 1B-175**

## INDICTMENT COUNT 3
## TRANSACTION #58
## CONTINUED

**Text message exchange between Laia (Erika's assistant) and Chris:**
Laia confirms a fitting with Erika at the Marco Marco studio on December 22nd, 2015 for the New Year's Eve performance.





Text message between Chris and Laia confirming fitting for 11:00 am on December 22, 2015

Erika's Glam Team shared calendar confirms Erika's attendance at a fitting at Marco Marco on December 22nd, 2015.

176

**Ex. 1B-176**

# INDICTMENT COUNT 3
# TRANSACTION #58
# CONTINUED

On December 30th, 2015, Marco delivers costumes to Michael Minden's home at 12:25am. Below is a text message exchange between Michael and Marco to coordinate the delivery and Marco's confirmation that he has arrived at Michael's residence.



Confirmed delivery of Costume by Marco December 30, 2015

**Ex. 1B-177**

## INDICTMENT COUNT 3
## TRANSACTION #58
## CONTINUED

On December 30, 2015, Erika, Michael, and Dancers board a private jet heading to Denver to perform at Tracks, as evidenced by posts on Tracks' facebook account, Erika's Twitter account, and others, below.





**Transaction 59**
**Date: 1/12/2016**
**Invoice # 2360**
**Amount: $7800.00**

**Invoice Items:**
1. Balance Payment Black Sportivo leotard with Black mesh side panel cutouts and metallic gold lame, embellished with Aurum Swarovski crystal and glass beaded trim

**Invoice Notes:**
**Order intended for use in at New years Eve performance at Tracks nightclub in Denver, CO**

Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net



## INVOICE

**BILL TO**                                        **INVOICE #** 2360
Erika Jayne                                        **DATE** 01/12/2016
                                              **DUE DATE** 01/12/2016
                                                **TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **custom**<br>gold and black fringe look | 1 | 7,800.00 | 7,800.00 |

|  | PAYMENT | 7,800.00 |
|---|---|---|
|  | BALANCE DUE | **$0.00** |

PAID

Invoice received by EG at
December 14, 2016 meeting

**Ex. 1B-179**

**Transaction 59**
**Date: 1/12/2016**
**Invoice # 2360**
**Amount: $7800.00**

**Erika performing on New Year's Eve at Tracks nightclub in Denver, CO, wearing the Gold Aurum leotard, posted on her Instagram account @theprettymess.**



**Ex. 1B-180**

## Transaction 60
## Date: 1/20/2016
## Invoice # 2362
## Amount: $9600.00

**Invoice Items:**
1. Deposit - Custom crystal bodysuit with Pink beaded fringe with Black torso
2. Deposit - Custom crystal bodysuit with Red beaded fringe with Black torso

**Invoice Notes:**
- Marco presented design illustrations to Erika through Mikey, who had requested them. Erika approved the two designs in this invoice from the options Marco gave.
- This invoice reflects the balance payment of the beaded fringe leotards outlined in Transaction 60, Invoice #2362 (deposit invoice) and Transaction 61, Invoice #2364 (balance invoice)



181

**Ex. 1B-181**

## Transaction 60
## Continued

**Laia ask Chris from progress update and expected delivery date:**

In a text message conversation, Laia requested the addition of more rhinestones to Erika's Palm Springs look. She also inquired about acquiring a new outfit for an upcoming show that Erika was scheduled to perform that upcoming weekend.

In response, Chris informed Laia that the fringe look from Invoice #2360, which was Erika's New Year's outfit, had been prepared for pickup. This particular invoice covered the additional embellishments on the Gold fringe suit and included a crystal supplies kit.



**Ex. 1B-182**

**Transaction 60**
**Continued**





Images featuring Erika wearing the custom Marco Marco leotard with pink beaded fringe, as listed in Invoice #2362.

The image above was shared to Erika's Instagram profile @Theprettymess, on May 7th, 2016.

**Ex. 1B-183**

**Transaction 60**
**Continued**

**Text message exchange on January 13, 2016, between Mikey Minden, Erika's creative assistant, and Marco, where Mikey requests design illustrations of the "pink and red sketches."**





184

**Ex. 1B-184**

## Transaction 60
## Continued

In the text message exchange below between Mikey Minden and Marco on January 26, Mikey shares the two looks for which Erika has given her approval. Marco Marco initiates the production process for the red and pink leotards adorned with beaded fringe.



**Ex. 1B-185**

## Transaction 61
## Date: 1/25/2016
## Invoice # 2364
## Amount: $9000.00

**Invoice Items:**

1. Balance -  Custom crystal bodysuit with pink beaded fringe with Black torso
2. Balance - Custom crystal bodysuit with Red beaded fringe with Black Torso

**Invoice Notes:**

- Marco presented design illustrations to Erika through Mikey, who had requested them. Erika approved the two designs in this invoice from the options Marco gave.
- This invoice reflects the balance payment of the beaded fringe leotards outlined in Transaction 60, Invoice #2362 (deposit invoice) and Transaction 61, Invoice #2364 (balance invoice)



186

**Ex. 1B-186**

## Transaction 61
## Continued

**Text message Correspondence between Mikey Minden and Marco**
Mikey tells Marco, "Let's start making these now" placing a new order and Invoice #2364



APPROVED DESIGNS

January 25, 2016, Mikey tells Marco "Let's start making these now"

## Transaction 61
## Continued



Images featuring Erika wearing the custom Marco Marco leotard with pink beaded fringe, as listed in Invoice #2362.

The image above was shared to Erika's Instagram profile @Theprettymess, on May 7th, 2016.

188

**Ex. 1B-188**

**Transaction 61**
**Continued**

The images below are photographs of Erika wearing the Marco Marco crystal black leotard adorned with red beaded fringe, as described in Invoice #2362. These images were shared on Erika's Instagram profile @theprettymess on February 17th, 2016.





**Transaction 62**

**Date: 1/28/2016**

**Invoice # 2366**

**Amount: $8400.00**

**Invoice Items:**
1.  Two sets of outfits for the month of February.

**Invoice Notes:**
When Mikey requested new outfits for Erika, Marco presented four options. Mikey chose two of them for further development. It's important to note that Marco and Mikey shared a close friendship, and many creative discussions about Erika's attire took place between them. As a result, invoice descriptions might be somewhat general.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2366
**DATE** 01/28/2016
**DUE DATE** 01/28/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>new looks for feb | 2 | 4,200.00 | 8,400.00 |
| PAYMENT | | | 8,400.00 |
| BALANCE DUE | | | **$0.00** |

Invoice received by EG at
December 14, 2016 meeting

190

**Ex. 1B-190**

**Transaction 62
Continued**

Marco presented the below four design illustrations to Mikey. On January 16th 2015, Mikey shared these designs with Erika  who shared with Erika clothing options to Erika and forwarded them to Mikey on January 20th, 2015.



Erika chose two of the presented options, and Mikey shared her approval with Marco to start production.



APPROVED DESIGNS

## Transaction 62
## Continued



**JANUARY 9, 2016**
**Texts between Mikey and Marco**

> Mikey:
> Let's talk tomorrow and get started on her [Erika's] new costumes."

**Text messages exchanged between Laia and Chris to arrange a fitting session for Erika at the Marco Marco studio.**



192

**Ex. 1B-192**

## Transaction 63
## Date: 2/3/2016
## Invoice # 2367
## Amount: $8600.00

**Invoice Items:**
1.  A customized crystal bodysuit featuring beaded fringe and elastic strapping.

**Invoice Notes:**
Marco Marco provided a full-service rehab on bodysuits before the tour. Erika's shared Glam team calendar denotes a fitting with Marco on February 3, 2016, before leaving for Vegas and New York. This invoice pertains to requests made within the February 3 fitting.



**Ex. 1B-193**

## Transaction 63
## Continued

**The Instagram post shared to Erika's account @theprettymess on February 5, 2016, promotes her appearance and performance on Valentine's Day, February 14, 2016, in Las Vegas.**



**Ex. 1B-194**

## Transaction 63
## Continued

Text message conversation between Chris and Laia in which Laia confirms Erika's fitting appointment for February 3rd.



Erika Girardi's Personal Calendar noting a February 3rd, 2016 fitting at 12 pm with Marco



195

## Transaction 64
## Date: 2/8/2016
## Invoice # 2368
## Amount: $6400.00

**Invoice Items:**
1.  Change Order Request - Crystal embellishment addition

**Invoice Notes:**
A request from Laia relaying Mikey's instruction to add more embellishments to the current order. Laia requests that the garment be completed on "Wednesday at 10:00a," just two days after the embellishment request. This type of change order request is billed at a rush surcharge as the materials need to be purchased, and employees would need to work overtime.



Marco Marco
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

MARCO MARCO

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2368
**DATE** 02/08/2016
**DUE DATE** 02/08/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| service<br>additional stone work | 1 | 6,400.00 | 6,400.00 |

PAYMENT    6,400.00
BALANCE DUE    **$0.00**

PAID

Invoice received by EG at December 14, 2016 meeting

196

**Ex. 1B-196**

## Transaction 64
## Continued

### Text messages between Laia and Chris:

Laia inquires about the status of the new costume and confirms the pickup arrangement for the upcoming week. She also mentions that Mikey has instructed them to "Go over the top with rhinestones," which means to acquire additional rhinestones and incorporate them into the outfit.



Laia tells Chris,

"Mikey said rhinestones over the top, extra extra!!"

**Ex. 1B-197**

## Transaction 64
## Continued

**Text Messages between Laiah Ribatella (EJ Assist) and Marco Morante:**

- Laia provides Marco with the priority for the garments being produced to meet the team's performance deadlines
- Laia confirms the scheduled day and time for pickup as Friday instead of her previous request of Wednesday
- Marco requests an additional day to complete the embellishment work, as it has taken longer than initially anticipated.



Laia again emphasizes the need for more crystal embellishment. This time with Marco.

"Just bedazzle those babies"

**Ex. 1B-198**

**Transaction 65**

**Date: 2/10/2016**

**Invoice # 2370**

**Amount: $9000.00**

**Invoice Items:**
1.    Service - Replacement of rhinestones on two existing bodysuits

**Invoice Notes:**
These two bodysuits were inadvertently omitted from Invoice #2368. Following a short nightclub engagement, Erika and her team returned to Los Angeles. During their stay in the city, Laia delivered various tour clothing items to Marco Marco for necessary repairs and upkeep.



**Ex. 1B-199**

**Transaction 65**
**Continued**

### Text messages between Laia and Chris:

Laia inquires about the status of the new costume and confirms the pickup arrangement for the upcoming week. She also mentions that Mikey has instructed them to "Go over the top with rhinestones," which means to acquire additional rhinestones and incorporate them into the outfit.

Laia tells Chris,

"Mikey said rhinestones over the top, extra extra!!"



200

**Ex. 1B-200**

## Transaction 65
## Continued

**Text Messages between Laiah Ribatella (EJ Assist) and Marco Morante:**

- Laia provides Marco with the priority for the garments being produced to meet the team's performance deadlines
- Laia confirms the scheduled day and time for pickup as Friday instead of her previous request of Wednesday
- Marco requests an additional day to complete the embellishment work, as it has taken longer than initially anticipated.



Laia again emphasizes the need for more crystal embellishment. This time with Marco.

"Just bedazzle those babies"

**Transaction 66**

**Date: 2/21/2016**

**Invoice # 2374**

**Amount: $9374.00**

**Invoice Items:**
1.    Two Beaded Fringe Bodysuits - Duplicates of tour outfits

**Invoice Notes:**
This invoice pertains to ordering two extra crystal leotards with beaded fringe and nude fishnet.  The garment is intended for use at a performance in Dallas, TX, at the nightclub Brick.

Mikey and Laia made this request to obtain duplicates of existing outfits for the tour. Because the pattern and style had been finalized with the original, the two additional bodysuits were billed at a reduced rate. A duplication order like this serves two purposes: reducing the need for daily cleaning and minimizing wear and tear on the outfits during the tour.



**Ex. 1B-202**

**Transaction 66 Continued**

Erika appears on stage for a performance at the Brick Nightclub in Dallas, Texas, on February 27th, 2016, dressed in a Marco Marco beaded fringe bodysuit. The performance is also advertised and promoted by the venue, Brick, as seen below.



203

**Ex. 1B-203**

## Transaction 66
## Continued

Erika performing in New York on February 22nd, 2016, while wearing a Marco Marco crystal leotard embellished with beaded fringe, posted on her Instagram account @theprettymess on February 22, 2016.

Erika performing on February 27th, 2016, wearing a Marco Marco crystal leotard adorned with beaded fringe, posted on Mikey Minden's Twitter account in March and May, 2016.







## Transaction 67
## Date: 2/22/2016
## Invoice # 2375
## Amount: $9000.00

**Invoice Items:**
1.  Deposit Payment - Two full-legged bodysuits featuring gradient embellishments

**Invoice Notes:**
Upon request from Mikey, Marco presented illustrations for Erika's upcoming performances. Mikey told Marco he just wanted the garment to stand out, with over-the-top embellishments to make it "look rich."

Marco presented six illustrated designs for Mikey to show Erika. Mike returned with a response by phone call to Marco, approving two of the six looks (for now). Mikey requested a leotard in black with white embellishments and a leotard in white with black embellishments. Both were requested with no legs, which Chris was unaware of at the time of creative Invoice 2375.

The leotards ordered in Invoice 2375 were intended to be potential options for Erika's April performance at White Party Palm Springs and/or Erika's upcoming mini nightclub tour.



**Ex. 1B-205**

**Transaction 67**
**Continued**

**Design illustrations by Marco, approved by Erika via Mikey and coordinated with Laia**



**Transaction 67**
**Continued**

Progress photos of the custom leotard in black with white embellishments sent to Mikey and Laia throughout the build process. Trim options proposed.

- Marco Marco employee individually placing each crystal embellishment on the garment
- With white beaded trim
- With black beaded trim







207

**Ex. 1B-207**

## Transaction 67
## Continued

Below is an image shared to Erika's Twitter account on March 31, 2016 from a performance in Dallas. Erika is wearing the black leotard with white embellishments detailed in Invoice #2375





**Transaction 67
Continued**

Erika wearing a white leotard with black and white Swarovski crystal embellishments at her White Party Palm Springs performance on April 11, 2016.





Real Housewives of Beverly Hills Erika Jayne was crowned WHITE PARTY PALM SPRINGS's Queen of White Party 2016 and she was one of the show stopping performers at the Sunday T-Dance. #WPPS2016

**Ex. 1B-209**

**Transaction 68**

**Date: 2/24/2016**

**Invoice # 2378**

**Amount: $4905.00**

Wardrobe Alteration service

**Invoice Items:**

1.  Invoice for the revamping service performed on a white and crystal catsuit.

**Invoice Notes:**

Per Erika's request, enhancements were made to the white and crystal bodysuit, adding smaller crystals down the legs. Mikey communicated this request to Marco, and Laia subsequently delivered the garment for additional embellishment work.



210

## Transaction 68
## Continued

**Invoice Items:**

1.    Invoice for a revamp and upgrade service performed on a white and crystal catsuit.

**Invoice Notes:**

Invoice is for Crystal purchase and labor only.



**Wardrobe Repair Service Includes:**
- Touch ups and repairs for all wear and tear on tour performance costumes
- Hand washing with specialty products and disinfectants

Laia:
February 8, 2016
"Mikey said rhinestones over the top, extra extra!!"

Laia asks Chris if she can pick up costume February 9, 2015



**Transaction 69**

**Date: 3/4/2016**

**Invoice # 2382**

**Amount: $9700.00**

**Invoice Items:**

1.   Pink and Black Bodysuit with mesh legs and Pink gradient Chevron pattern

**Invoice Notes:**

This bodysuit is a variation of a similar silhouette, created as a duplicate with an alternate crystal pattern design. Although maintenance is not denoted in the invoice detail, it is reflected in the communications between Chris and Laia.



**Ex. 1B-212**

**Transaction 69**
**Continued**



Design illustrations by Marco, approved by Erika via Mikey and coordinated with Laia

Mikey informs Marco that Erika has selected the Pink chevron bodysuit

The digital image file displays a timestamp indicating that it was last edited on March 8th, 2016.



213

**Transaction 69**
**Continued**

Text messages exchanged on March 3rd, 2016, wherein Laia places an order with Chris for three new designs for Erika after seeing the illustration options Marco provided.



Laia:
March 3, 2016
"We need more costumes! Like 3 more."

214

## Transaction 69
## Continued

**Text message conversation between Chris and Laia:**

- Laia confirms that Marco and Mikey are actively developing creative concepts for new looks.
- Chris requests updated American Express card details to maintain on file for Erika. Laia promptly responds with the American Express card information.



**Ex. 1B-215**

**Transaction 70**
**Date: 3/7/2016**
**Invoice # 2383**
**Amount: $9701**

**Invoice Items:**

1. A one-piece bodysuit featuring ab crystal embellishments, intended for use during the White Party in Palm Springs performance.

**Invoice Notes:**

This particular ensemble was explicitly requested by Laia, submitted for Mikey's approval, and subsequently endorsed by Erika. When the order was placed with Chris for the White Party event, it was emphasized that the outfit should be of exceptional quality, with the directive that it "needs to be the best thing ever."



**Ex. 1B-216**

**Transaction 70**
**Continued**

**Design illustrations by Marco, approved by Erika via Mikey and coordinated with Laia**



APPROVED LEOTARD

APPROVED LEOTARD

217

**Ex. 1B-217**

**Transaction 70**
**Continued**

Progress photos of the custom leotard in black with white embellishments sent to Mikey and Laia throughout the build process. Trim options proposed.

- Marco Marco employee individually placing each crystal embellishment on the garment
- With white beaded trim
- With black beaded trim







**Ex. 1B-218**

## Transaction 70
## Continued

Below is an image shared to Erika's Twitter account on March 31, 2016 from a performance in Dallas. Erika is wearing the black leotard with white embellishments detailed in Invoice #2375



219

**Transaction 71**

**Date: 3/8/2016**

**Invoice # 2384**

**Amount: $8502**

**Invoice Items:**

1. Backup outfit designated for the White Party event in Palm Springs consisting of White spandex on black mesh encrusted with Swarovski crystal

**Invoice Notes:**

This invoice represents an additional change order for the White Party Palm Springs Performance, specifically as an add-on to Invoice #2383. Notably, Marco participated in the fitting process and was present during the performance in Palm Springs alongside Erika.



**Ex. 1B-220**

## Transaction 71
## Continued

Real Housewives of Beverly Hills Erika Jayne was crowned WHITE PARTY PALM SPRINGS's Queen of White Party 2016 and she was one of the show stopping performers at the Sunday T-Dance. #WPPS2016

Erika wearing a white leotard with black and white Swarovski crystal embellishments at her White Party Palm Springs performance on April 11, 2016






221

**Transaction 71**
**Continued**

Below is one of the options considered for the White Party Palm Springs event that was presented to Mikey and Erika. Following their choice of the original outfit described in Invoice 2383, Mikey expressed a desire for an additional outfit for Erika. Subsequently, Mikey and Marco initiated creative discussions to incorporate a reveal element into Erika's performance attire.



## Transaction 71
## Continued

In a text message sent by Laia to Chris, Laia conveys that Erika has a specific desire for her White Party outfit to be exceptionally extravagant, characterized by an abundance of crystals and a "full crystal craziness" aesthetic.

Laia:
March 7, 2016
"Hey! For White Party we want to make the onesie [bodysuit] shes been rocking with crystal AB, over the top! Black n full crystal ab craziness!!"



Chris:
March 7, 2016
"Ok. We'll completely cover this one"

Ex. 1B-223

**Transaction 72**

**Date: 3/11/2016**

**Invoice # 2386**

**Amount: $9500**

**Invoice Items:**

1. Nude bodysuit featuring a grommet closure and detailing.
2. Black fishnet bodysuit with neon detailing.
3. Full coverage crystal bodysuit.
4. White turtleneck.
5. Tanks.
6. White party (original bodysuit intended for reuse at White Party)

**Invoice Notes:**

This invoice is incorrectly labeled as a music video in the BILL TO section, which is understandable because it was for the Nylon magazine photoshoot promoting the release of Erika's "Crazy" Music video, which was released in February 2015. Marco designed the looks Erika wore in the "Crazy" music video and requested variations on the original styles to be used in the photoshoot. The items detailed on Invoice #2386 were ordered Dani or Mikey.



Due to the ordering pattern of Erika, Mikey, and Laia, this invoice was processed in 3 transactions as "the team" asked for additional items.

The American Express transactions processed for Invoice 2386 are as follows:

- $9500 on 3/11/16
- $9500 on 3/13/16
- $4026.25 on 3/14/16

Invoice received by EG at December 14, 2016 meeting

224

**Ex. 1B-224**

**Transaction 72**

**Continued**



March 12, 2016

Chris mentions the photoshoot with Dani Michelle to Laia.

The image below was posted on Erika's Instagram account @theprettymess on March 16, 2015. In the caption, Erika mentions "One of my favorite shoots," referring to the Photoshoot with the custom-ordered Marco Marco wardrobe.



225

**Transaction 72**
**Continued**

## Illustrations submitted for Approval

Marco designed, illustrated, and submit options in white and black for approval.



Invoice received by EG at December 14, 2016 meeting

## Transaction 73
## Date: 3/13/2016
## Invoice # 2386
## Amount: $9500

**Invoice Items:**
1. Nude bodysuit featuring a grommet closure and detailing.
2. Black fishnet bodysuit with neon detailing.
3. Full coverage crystal bodysuit.
4. White turtleneck.
5. Tanks.
6. White party (original bodysuit intended for reuse at White Party)

**Due to the ordering pattern of Erika, Mikey, and Laia, this invoice was processed in 3 transactions as "the team" asked for additional items.**

**The American Express transactions processed for Invoice 2386 are as follows:**
- **$9500 on 3/11/16**
- **$9500 on 3/13/16**
- **$4026.25 on 3/14/16**



**Ex. 1B-227**

## Transaction 73
## Continued



March 12, 2016

Chris mentions the photoshoot with Dani Michelle to Laia.

The image below was posted on Erika's Instagram account @theprettymess on March 16, 2015. In the caption, Erika mentions "One of my favorite shoots," referring to the Photoshoot with the custom-ordered Marco Marco wardrobe.



228

**Transaction 73**
**Continued**

## Illustrations submitted for Approval

Marco designed, illustrated, and submit options in white and black for approval.



**Ex. 1B-229**

**Transaction 74**

**Date: 3/14/2016**

**Invoice # 2386**

**Amount: $4026.25**

**Invoice Items:**

1. Nude bodysuit featuring a grommet closure and detailing.
2. Black fishnet bodysuit with neon detailing.
3. Full coverage crystal bodysuit.
4. White turtleneck.
5. Tanks.
6. White party (original bodysuit intended for reuse at White Party)

**Invoice Notes:**

This invoice is incorrectly labeled as a music video in the BILL TO section, which is understandable because it was for the Nylon magazine photoshoot promoting the release of Erika's "Crazy" Music video, which was released in February 2015. Marco designed the looks Erika wore in the "Crazy" music video and requested variations on the original styles to be used in the photoshoot.



**Due to the ordering pattern of Erika, Mikey, and Laia, this invoice was processed in 3 transactions as "the team" asked for additional items.**

**The American Express transactions processed for Invoice 2386 are as follows:**

- **$9500 on 3/11/16**
- **$9500 on 3/13/16**
- **$4026.25 on 3/14/16**

230

**Ex. 1B-230**

# Transaction 74
# Continued





March 12, 2016

Chris mentions the photoshoot with Dani Michelle to Laia.

Illustrated options requested and presented to Mikey

231

**Ex. 1B-231**

**Transaction 74
Continued**

## Illustrations submitted for Approval

Marco designed, illustrated, and submit options in white and black for approval.



**Ex. 1B-232**

## Transaction 75
## Date: 3/16/2016
## Invoice # 2388
## Amount: $9400

**Dancer Order**

**Invoice Items:**
1. Custom Crystal Money print bodysuit
2. Female Dancer Money looks assorted

**Invoice Notes:**

The money print looks are emblematic of Erika's "How Many Fucks" music video. Multiple sets, including this one, were commissioned for tour and TV performances.

This invoice was paid in 2 increments (3/16/16-9400, 3/21/16-2263) as dancer looks were added on 3/21/2016.

**This Invoice was processed to Erika's American Express card in 2 transactions:**
- **3/16/16 - $9400,**
- **3/21/16 - $2263  (dancer looks added on 3/21/23)**



**Transaction 75**
**Continued**

The "Money print" looks were used consistently for Tour and TV. Although duplicates were created, Erika and dancers can be seen wearing them in shows on June 11, 2016, June 17, 2016, and July 26, 2016 to name a few.









234

**Ex. 1B-234**

## Transaction 75
## Continued

In a conversation via text message, Laia coordinates with Chris on the delivery of the "Money print" fabric.



**Ex. 1B-235**

## Transaction 75
## Continued

**Text message conversation between Laia, Erika's assistant and Chris:**
- Laia coordinates with Chris on the delivery of "Money print" fabric.
- Chris mentions that Dani, Erika's stylist keeps adding items to the order



**Ex. 1B-236**

**Transaction 76**

**Date: 3/21/2016**

**Invoice # 2388**

**Amount: $2263**

## Dancer Order

**Invoice Items:**
1. Custom Crystal Money print bodysuit
2. Female Dancer Money looks assorted

**Invoice Notes:**

The "money print" looks are emblematic of Erika's "How Many Fucks" music video. Multiple sets, including this one were commissioned for tour and TV performances.

**This Invoice was processed to Erika's American Express card in 2 transactions:**
- **3/16/16 - $9400,**
- **3/21/16 - $2263 (dancer looks added on 3/21/23)**



**Transaction 76**
**Continued**

The Money print looks were used consistently for Tour and TV. Although duplicates were created, Erika and dancers can be seen wearing them in shows on June 11, 2016, June 17, 2016, and July 26, 2016 to name a few.









238

**Ex. 1B-238**

## Transaction 76
## Continued

In a conversation via text message, Laia coordinates with Chris on the delivery of the "Money print" fabric.



## Transaction 76
## Continued

**Text message conversation between Laia, Erika's assistant and Chris:**
- Laia coordinates with Chris on the delivery of "Money print" fabric.
- Chris mentions that Dani, Erika's stylist keeps add items to the order



**Ex. 1B-240**

**Transaction 77**
**Date: 3/28/2016**
**Invoice # 2390**
**Amount: $9483**

Wardrobe Alteration Service

**Invoice Items:**
1. Repair and replace on tour wardrobe
2. Additional crystal detailing on Money print look from Invoice #2388

**Invoice Notes:**
Routine wardrobe maintenance of Erika's outfits



**Marco Marco**
1641 N. Las Palmas Ave.
Hollywood, CA  90028
(323)462-2304
contact@marcomarco.net
http://www.marcomarco.net

## INVOICE

**BILL TO**
Erika Jayne

**INVOICE #** 2390
**DATE** 03/28/2016
**DUE DATE** 03/28/2016
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| custom<br>stoning on previous look and new out fit | 1 | 8,700.00 | 8,700.00T |

| | | |
|---|---|---|
| SUBTOTAL | | 8,700.00 |
| TAX (9%) | | 783.00 |
| TOTAL | | 9,483.00 |
| PAYMENT | | 9,483.00 |
| BALANCE DUE | | **$0.00** |

PAID

Invoice received by EG at December 14, 2016 meeting

241

**Ex. 1B-241**

## Transaction 77
## Continued



Routine repairs, maintenance, and cleaning provided for tour clothing. This order included a pink and black crystal bodysuit with beaded fringe and a Red crystal and beaded trim on Black stretch vinyl.



242

## Transaction 77
## Continued

A text message exchange between Erika's assistant Laia, and Chris, coordinating a fitting for Erika at the Marco Marco Studio on March 28th, 2016.





**Ex. 1B-243**

**Transaction 78**

**Date: 3/28/2016**

**Invoice # 5-1200**

**Amount: $8500**

**Invoice Items:**
1.  Black and white crystal leotard with graduated crystal

**Invoice Notes:**

Alternate White Party design

**Ex. 1B-244**

**Transaction 78**
**Continued**

On March 31st, 2016, Erika posted this image to her Instagram account, @theprettymess, wearing a custom Marco Marco leotard with bead and crystal detail. An approved Illustration of the look is included below.



**Ex. 1B-245**

**Transaction 78
Continued**



Erika's Glam Team shared calendar indicates
Erika had a fitting at Marco Marco on March 28th, 2016.

Marco initially presented this style of leotard as a collection. Mikey and Marco would say, "If it ain't broke, don't fix it," which seemed to be the design standard with Erika; if she liked a particular style or silhouette, Mikey would order it in every color and embellishment option.



246

Ex. 1B-246

**INDICTMENT COUNT 4**
**TRANSACTION #79**
**DATE: 3/29/2016**
**ORDER #5-1201**
**AMOUNT: $7600**

**Invoice Items:**
- Swarovski Crystal AB Chevron gradient leotard on a white spandex and stretch velvet base, embellished with black and white beaded trim

**Invoice Notes:**

White Party Palm Springs Dancer and Erika Looks

Erika's largest performance to date, largest stage to date and largest audience to date. Erika employed 12 Male Backup dancers and 4 female backup dancers. Marco was in attendance for this performance and dressed her before the show.



#5-1201  Receipt #5-1201 - March 29, 2016 at 10:54 am from Point of Sale - Hollywo

| Fulfilled (1) #5-1201-F1 | | | Hollywood Flagship Store |
|---|---|---|---|
| Erika girardi wholesale | $7,600.00 × 1 | | $7,600.00 |
| Subtotal  1 Item | | | $7,600.00 |
| Tax    CA State Tax 7.5% | | | $0.00 |
|        Los Angeles County Tax 1.5% | | | $0.00 |
| **Total** | | | **$7,600.00** |
| Paid by customer | | | $7,600.00 |

MARCH 31, 2016

$7,428.70 USD was added to your Apr 1, 2016 payout.      12:58 am

MARCH 29, 2016

$7,428.70 USD will be added to your Apr 1, 2016 payout.      10:54 am

A $7,600.00 USD payment was processed on the American Express ending in 3516.      10:54 am

Shopify fulfilled 1 item from Hollywood Flagship Store.      10:54 am

Chris Psalla processed this order on Shopify POS.      10:54 am

247

**Ex. 1B-247**

## INDICTMENT COUNT 4
## TRANSACTION #79
## Continued

## Text exchange between Laia and Confirm
## Erika and Dancers for White Party Palm Springs



On March 3, 2016, Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs.

March 4, Chis informs Laia Ribatella that a new card needs to be put on file for the following order. When asked if the card expired, Chris explains that he does not keep the card information on file after the new year. She sends over new billing address and credit card information.



On March 7, After reviewing designs, Creative Assistant Michael Minden and Laia Ribatella inform Chris that they would like to move forward with the black and white chevron design but with the addition of AB (Aurora Borealis) crystal. Chris is instructed to "make it insane," and he complies, saying he will "completely cover this one," alluding to the extreme coverage that will be implemented.

# INDICTMENT COUNT 4
# TRANSACTION #79
# Continued



Laia establishes due dates with Chris:
Look 1 - March 25
Look 2 - April 8

On March 17, Laia requests that the white fringe be taken off and replaced with black.



On March 28, Erika, Michael, and Laia come to the Marco Marco studio for a final fitting on a newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered.

## INDICTMENT COUNT 4
## TRANSACTION #79
## Continued



Erika employed 12 Male Backup dancers and 4 female backup dancers.

Youtube Performance Video:
https://www.youtube.com/watch?v=nBDUv21zIOo





On April 11, 2016, Erika and 10 dancers perform live at White Party Palm Springs wearing custom Marco Marco. An Instagram post was shared to @Theprettymess on April 12, 2016.

250

**Ex. 1B-250**

## INDICTMENT COUNT 4
## TRANSACTION #79
## Continued

**The below images were shared to Erika's Instagram profile @theprettymess and feature Erika wearing the White Party look detailed in Invoice 5-1201**





**Transaction 80**

**Date: 4/1/2016**

**Invoice # 5-1202**

**Amount: $7500**

| Dancer Order |
| --- |

**Invoice Items:**

1.    Dancer - New variations on Money Print for new addition female dancers

**Invoice Notes:**

Duplicate order of Invoice #5-1021

Mikey requested a second set of the female dancer costumes to be created for tour.

#5-1202  Receipt #5-1202 - April 1, 2016 at 9:22 am from Point of Sale - Hollywood

Fulfilled (1) #5-1202-F1                                    Hollywood Flagship Store

Erika girardi wholesale dancer order          $7,500.00  × 1          $7,500.00

| Subtotal | 1 item | $7,500.00 |
| --- | --- | --- |
| Tax | CA State Tax 7.5% | $0.00 |
| | Los Angeles County Tax 1.5% | $0.00 |
| **Total** | | **$7,500.00** |

Paid by customer                                                        $7,500.00

APRIL 2, 2016

$7,330.95 USD was added to your Apr 4, 2016 payout.                    10:39 pm

APRIL 1, 2016

$7,330.95 USD will be added to your Apr 4, 2016 payout.                9:22 am

A $7,500.00 USD payment was processed on the American Express          9:22 am
ending in 3516.

Flagship Store.                                                        9:22 am

Invoice received by EG at
December 14, 2016 meeting                                opify POS.    9:22 am

**Ex. 1B-252**

**Transaction 80
Continued**

**Laia delivers Money Fabric to Chris for Custom Dancer Looks**



Laia confirms delivery of Money Print fabric for new dancer looks



Laia schedules dancers to have measurements taken at Marco Marco studio in Hollywood

253

**Ex. 1B-253**

**Transaction 81**

**Date: 4/2/2016**

**Invoice # 5-1203**

**Amount: $8400**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**

12 Dancer White Party Dancer Looks

1. 12 men's suit alterations
2. 12 men's tear away shirt alterations
3. 12 drop crotch pants with leather front panel
4. 12 black elastic harnesses
5. 4 female dancer money print variations
6. Erika crystal white and Black leotard with peplum skirt
7. Erika crystal Pink, White and Black leotard with reveal

**Invoice Notes:**

White Party Palm Springs Dancer and Erika Looks

Erika's largest performance to date, largest stage to date and largest audience to date. Erika employed 12 Male Backup dancers and 4 female backup dancers. Marco was in attendance for this performance and dressed her before the show.



This invoice was processed to Erika's American Express card in 4 transactions

- Transaction #81 - 4/2/16 - Order Invoice 5-1203 - $8400
  - Balance payment on Erika's performance looks
- Transaction #82 - 4/4/16 - $9500 - Order Invoice 5-1205
  - Final payment on Erika Performance looks, balance plus change order
- Transaction #86 - 4/18/16 - $8938 - Order Invoice 5-1209
  - Dancer 2nd look Deposit
- Transaction #87 - 4/19/16 Order Invoice 5-1211 $8938
  - Dancer 2nd look Balance

254

**Ex. 1B-254**

**Transaction 81
Continued**

## Text exchange between Laia and Confirm Erika and Dancers for White Party Palm Springs



On March 3, 2016, Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs.

On March 4, Chis informs Laia Ribatella that a new card needs to be put on file for the following order. When asked if the card expired, Chris explains that he does not keep the card information on file after the new year. She sends over new billing address and credit card information.

On March 7, After reviewing designs, Creative Assistant Michael Minden and Laia Ribatella inform Chris that they would like to move forward with a black and white chevron design but with the addition of AB (Aurora Borealis) crystal. Chris is instructed to **"make it insane"** and he complies saying he will **"completely cover this one,"** alluding to the extreme coverage that will be implemented.

## Transaction 81
## Continued



Laia establishes due dates with Chris:
Look 1 - March 25
Look 2 - April 8

On March 17, Laia requests that the white fringe be taken off and replaced with black.



On March 28, Erika, Michael, and Laia come to the Marco Marco studio for a final fitting on a newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered.

256

**Transaction 81**
**Continued**



Erika employed 12 Male Backup dancers and 4 female backup dancers.

Youtube Performance Video:
https://www.youtube.com/watch?v=nBDUv21zIOo





On April 11, 2016, Erika and 10 dancers perform live at White Party Palm Springs wearing custom Marco Marco. An Instagram post was shared to @Theprettymess on April 12, 2016.

257

**Ex. 1B-257**

**Transaction 82**

**Date: 4/4/2016**

**Invoice # 5-1205**

**Amount: $9500**

**Invoice Items:**
1. Balance Payment on Black leotard with white and ab crystal embellishments
2. Change Order - Trim and embellishment change

**Invoice Notes:**

White Party Palm Springs Dancer and Erika Looks

Erika's largest performance to date, largest stage to date and largest audience to date. Erika employed 12 Male Backup dancers and 4 female backup dancers. Marco was in attendance for this performance and dressed her before the show.



#5-1205  Receipt #5-1205 - April 4, 2016 at 7:04 pm from Point of Sale - Hollywood

| Fulfilled (1) #5-1205-F1 | | | Hollywood Flagship Store |
|---|---|---|---|
| Erika girardi | $9,500.00 | × 1 | $9,500.00 |
| Subtotal | 1 item | | $9,500.00 |
| Tax | CA State Tax 7.5% | | $0.00 |
| | Los Angeles County Tax 1.5% | | $0.00 |
| Total | | | $9,500.00 |
| Paid by customer | | | $9,500.00 |

APRIL 7, 2016

$9,285.95 USD was added to your Apr 8, 2016 payout.                    1:42 am

APRIL 4, 2016

$9,285.95 USD will be added to your Apr 8, 2016 payout.                7:04 pm

A $9,500.00 USD payment was processed on the American Express ending in 3516. ▸                                7:04 pm

Shopify fulfilled 1 item from Hollywood Flagship Store. ▸          7:04 pm

Chris Psaila processed this order on Shopify POS. ▸                7:04 pm

**This invoice was processed to Erika's American Express card in 4 transactions**

- Transaction #81 - 4/2/16 - Order Invoice 5-1203 - $8400
  - deposit payment on Erika's performance looks
- Transaction #82 - 4/4/16 - $9500 - Order Invoice 5-1205
  - Final payment on Erika Performance looks, balance plus change order
- Transaction #86 - 4/18/16 - $8938 - Order Invoice 5-1209
  - Dancer 2nd look Deposit
- Transaction #87 - 4/19/16 Order Invoice 5-1211 $8938
  - Dancer 2nd look Balance

**Ex. 1B-258**

**Transaction 82**
**Continued**

## Text exchange between Laia and Confirm Erika and Dancers for White Party Palm Springs



On March 3, 2016, Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs.

On March 4, Chis informs Laia Ribatella that a new card needs to be put on file for the following order. When asked if the card expired, Chris explains that he does not keep the card information on file after the new year. She sends over new billing address and credit card information.



On March 7, After reviewing designs, Creative Assistant Michael Minden and Laia Ribatella inform Chris that they would like to move forward with a black and white chevron design but with the addition of AB (Aurora Borealis) crystal. Chris is instructed to

**"make it insane"**

and he complies saying he will

**"completely cover this one,"** alluding to the extreme coverage that will be implemented.

## Transaction 82
## Continued





Laia establishes due dates with Chris:
Look 1 - March 25
Look 2 - April 8

On March 17, Laia requests that the white fringe be taken off and replaced with black.



On March 28, Erika, Michael, and Laia come to the Marco Marco studio for a final fitting on a newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered.

260

**Transaction 82**
**Continued**



Erika employed 12 Male Backup dancers and 4 female backup dancers.

Youtube Performance Video:
https://www.youtube.com/watch?v=nBDUv21zIOo



On April 11, 2016, Erika and 10 dancers perform live at White Party Palm Springs wearing custom Marco Marco. An Instagram post was shared to @Theprettymess on April 12, 2016.



261

**Transaction 83**

**Date: 4/12/2016**

**Amount: $4900**

**Invoice Items:**

1. Black fishnet and stretch lace long-sleeved romper with high-neck collar and hot short-cut bottom, embellished with metallic gold metal chain

**Invoice Notes:**

Deposit Payment

A selection of 3 options was presented to Mikey by Marco prior to April 12, 2016.

The creative discussions had already begun for the big White Party show in Palm Springs and Mikey wanted to get a jump start on the following months mini-tour.

Of the 3 illustrations Marco presented, Mikey gave approval to move forward with 1 garment.

Illustrations by Marco and presented to Mikey:





Approved Look

**Ex. 1B-262**

**Transaction 84**

**Date: 4/12/2016**

**Invoice # 5-1206**

**Amount: $8200**

**Invoice Items:**
1.   Black mesh bodysuit with hematite crystal detail

**Invoice Notes:**

**House Nightclub - Miami, Florida (Hosted by Marco Marco)**
Balance Payment - This was a unique event because the promoter had booked both Erika and Marco to appear. Because it was a special type of talent booking, all the dancers had new looks ordered, and Erika commissioned 2 new pieces for herself.

**The House Nightclub, Miami Performance was processed in 3 transactions**
-   **4/12/2016 Inv. #51206**
-   **4/14/2016 Inv. #51208**
-   **5/9/2016 Inv. #51293**



263

**Ex. 1B-263**

**Transaction 84
Continued**

## Text exchange between Laia and Chris discussing Rush Order, Fitting at Centerstaging Studios and hand delivery to Laia

Laia requests we hold hold the fitting at Centerstaging Studios in Burbank, CA on May 11, 2016.

Chris and Marco are in Miami in for Macy's activation, 2 Marco Marco Staff tailors attend in their place.



After fitting the marco Marco staff return to the studio to work into the night.

Marco Marco staff member hand deliver to Laia at 11:53pm, just in time for their private flight.

264

**Ex. 1B-264**

**Transaction 84**
**Continued**

**Work in progress images from the Marco Marco studio showing detail, quality and craftsmanship**



Final garment blended elements from both







**Ex. 1B-265**

## Transaction 84
## Continued

**House Nightclub Performance - Dancer and Erika custom outfits**
- Crystal and Black Bodysuit and Black harness looks for Dancers

> **Erika's Glam Team shared calendar indicates Erika had a fitting with Marco on May 11th, 2016.**



**Marco Marco co-hosted this event on May 14, 2016**

266

**Transaction 84
Continued**

## House Nightclub performance, Co-Hosted by Marco Marco Miami, Florida on May 14, 2016

The image below, shared to Erika's Instagram account @theprettymess, on May 14, 2016, features Erika in a Black long sleeve leotard with hematite crystal and black side mesh paneling.



267

**Ex. 1B-267**

**INDICTMENT COUNT 5**
**TRANSACTION #85**
**Date: 4/14/2016**
**Order Invoice #5-1208**
**Amount: $9156**

**Invoice Items:**
1. Black mesh bodysuit with hematite crystal detail

**Invoice Notes:**

**House Nightclub - Miami, Florida (Hosted by Marco Marco)**

Balance Payment - This was a unique event because the promoter had booked both Erika and Marco to appear. Because it was a special type of talent booking, all the dancers had new looks ordered, and Erika commissioned 2 new pieces for herself.





Final garment blended elements from both

**The House Nightclub, Miami Performance was processed in 3 transactions**
- **4/12/2016 Inv. #51206**
- **4/14/2016 Inv. #51208**
- **5/9/2016 Inv. #51293**

268

**Ex. 1B-268**

# INDICTMENT COUNT 5
# TRANSACTION #85
# Continued

**Text exchange between Laia and Chris discussing Rush Order, Fitting at Centerstaging and hand delivery to Laia**

Laia requests we hold hold the fitting at Centerstaging Studios in Burbank, CA on May 11, 2016.

Chris and Marco are in Miami in for Macy's activation, 2 Marco Marco Staff tailors attend in their place.



After fitting the marco Marco staff return to the studio to work into the night.

Marco Marco staff member hand deliver to Laia at 11:53pm, just in time for their private flight.

**Ex. 1B-269**

## INDICTMENT COUNT 5
## TRANSACTION #85
## Continued

**Work in progress images from the Marco Marco studio showing detail, quality and craftsmanship**







**Ex. 1B-270**

# INDICTMENT COUNT 5
# TRANSACTION #85
# Continued

**House Nightclub Performance - Dancer and Erika custom outfits**
- Crystal and Black Bodysuit and Black harness looks for Dancers

**Erika Glam Team shared calendar indicates Erika had a fitting with Marco on May 11th, 2016.**



**Marco Marco co-hosted this event on May 14, 2016.**

271

## INDICTMENT COUNT 5
## TRANSACTION #85
## Continued

### House Nightclub performance, Co-Hosted by Marco Marco
### Miami, FL on May 14, 2016

The image below shared to Erika's Instagram account, @theprettymess, on May 14, 2016, featuring Erika in a Black long sleeve leotard with hematite crystal and black side mesh paneling.



**Ex. 1B-272**

## Transaction 86
## Date: 4/18/2016
## Invoice # 5-1209
## Amount: $8938

**Dancer Order**

## Wardrobe Alteration Service

**Invoice Items:**

12 Dancer White Party Dancer Looks
1.    12 men's suit alterations
2.    12 men's tear away shirt alterations
3.    12 drop crotch pants with leather front panel
4.    12 black elastic harnesses
5.    4  female dancer money print variations
6.    Erika crystal white and Black leotard with peplum skirt
7.    Erika crystal Pink, White and Black leotard with reveal

**Invoice Notes:**

White Party Palm Springs Dancer and Erika Looks



**This order was processed to Erika's American Express card in 4 transactions**

- Transaction #81 - 4/2/16 - Order Invoice 5-1203 - $8400
  - deposit payment on Erika's performance looks
- Transaction #82 -  4/4/16 - $9500 - Order Invoice 5-1205
  - Final payment on Erika Performance looks, balance plus change order
- Transaction #86 - 4/18/16 - $8938 - Order Invoice 5-1209
  - Dancer 2nd look Deposit
- Transaction #87 - 4/19/16 Order Invoice 5-1211 $8938
  - Dancer 2nd look Balance

273

**Ex. 1B-273**

**Transaction 86
Continued**

# Text exchange between Laia and Confirm Erika and Dancers for White Party Palm Springs



On March 3, 2016, Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs.

On March 4, Chis informs Laia Ribatella that a new card needs to be put on file for the following order. When asked if the card expired, Chris explains that he does not keep the card information on file after the new year. She sends over new billing address and credit card information.



On March 7, After reviewing designs, Creative Assistant Michael Minden and Laia Ribatella inform Chris that they would like to move forward with a black and white chevron design but with the addition of AB (Aurora Borealis) crystal. Chris is instructed to

**"make it insane"**

and he complies saying he will

**"completely cover this one,"** alluding to the extreme coverage that will be implemented.

## Transaction 86
## Continued



Laia establishes due dates with Chris:
Look 1 - March 25
Look 2 - April 8

On March 17, Laia requests that the white fringe be taken off and replaced with black.



On March 28, Erika, Michael, and Laia come to the Marco Marco studio for a final fitting on a newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered.

275

**Transaction 86**
**Continued**



Erika employed 12 Male Backup dancers and 4 female backup dancers.

Youtube Performance Video: https://www.youtube.com/watch?v=nBDUv21zIOo



On April 11, 2016, Erika and 10 dancers perform live at White Party Palm Springs wearing custom Marco Marco. An Instagram post was shared to @Theprettymess on April 12, 2016.



276

**Transaction 87**

**Date: 4/19/2016**

**Invoice # 5-1211**

**Amount: $8938**

### Dancer Order

### Wardrobe Alteration Service

**Invoice Items:**

12 Dancer White Party Dancer Looks

1.  12 men's suit alterations
2.  12 men's tear away shirt alterations
3.  12 drop crotch pants with leather front panel
4.  12 black elastic harnesses
5.  4  female dancer money print variations
6.  Erika crystal white and Black leotard with peplum skirt
7.  Erika crystal Pink, White and Black leotard with reveal

**Invoice Notes:**

White Party Palm Springs Dancer and Erika Looks



**This invoice was processed to Erika's American Express card in 4 transactions**

- Transaction #81 - 4/2/16 - Order Invoice 5-1203 - $8400
    - deposit payment on Erika's performance looks
- Transaction #82 -  4/4/16 - $9500 - Order Invoice 5-1205
    - Final payment on Erika Performance looks, balance plus change order
- Transaction #86 - 4/18/16 - $8938 - Order Invoice 5-1209
    - Dancer 2nd look Deposit
- Transaction #87 - 4/19/16 Order Invoice 5-1211 $8938
    - Dancer 2nd look Balance



277

**Transaction 87**
**Continued**

# Text exchange between Laia and Confirm Erika and Dancers for White Party Palm Springs



On March 3, 2016, Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs.

On March 4, Chis informs Laia Ribatella that a new card needs to be put on file for the following order. When asked if the card expired, Chris explains that he does not keep the card information on file after the new year. She sends over new billing address and credit card information.



On March 7, After reviewing designs, Creative Assistant Michael Minden and Laia Ribatella inform Chris that they would like to move forward with a black and white chevron design but with the addition of AB (Aurora Borealis) crystal. Chris is instructed to

**"make it insane"**

and he complies saying he will

**"completely cover this one,"** alluding to the extreme coverage that will be implemented.

## Transaction 87
## Continued



Laia establishes due dates with Chris:
Look 1 - March 25
Look 2 - April 8

On March 17, Laia requests that the white fringe be taken off and replaced with black.



On March 28, Erika, Michael, and Laia come to the Marco Marco studio for a final fitting on a newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered.

**Ex. 1B-279**

**Transaction 87**
**Continued**



Erika employed 12 Male Backup dancers and 4 female backup dancers.

Youtube Performance Video: https://www.youtube.com/watch?v=nBDUv21zIOo





April 11, 2016, Erika and 10 dancers perform live at White Party Palm Springs wearing custom Marco Marco.  Instagram post shared to @Theprettymess on April 12, 2016



280

**Ex. 1B-280**

## Transaction 88
## Date: 4/26/2016
## Invoice # 5-1212
## Amount: $8938

**Invoice Items:**
1.  Stretch denim hooded romper with Gold crystal embellishments and Metallic Gold Chain

**Invoice Notes:**

In early April 2016, Mikey spoke with Marco about creating looks in anticipation of Erika asking for them. Mikey wanted to stay ahead of the performance timeline and have garments started or completed for the performance gigs that kept getting booked.



Mikey presented Marco with various creative directions and asked Marco to begin illustrating all of them to create a rolling approval method of ordering. The first set of illustrations was based on her "Party People" music video looks and showcased A denim and Gold look.

Once illustrations were presented, Mikey requested Marco to move forward with the Denim Romper option rather than create the 2 piece options. The Marco Marco staff began construction on this garment, and because it hadn't been assigned to a performance date yet, Marco Marco finally had an opportunity to create without a rush.

**Ex. 1B-281**

**Transaction 88**

**Date: 4/26/2016**

**Invoice # 5-1212**

**Amount: $8938**

**Stretch Denim and Gold Chain Illustration options by Marco.
Presented and approved by Mikey.**



The first wave of illustrations drew inspiration from Erika's "Party People" music video with denim and gold.

Having presented these illustrated concepts, Mikey approved to proceed with the Denim Romper option, opting against creating a two-piece look. For once, the absence of an immediate performance date provided Marco Marco with the rare gift of time—a precious resource in the entertainment industry, allowing them to create without the looming feeling of haste.

Erika fit this garment at her early June fitting with Marco Marco as it was near completion.

Ex. 1B-282

## Transaction 88
## Continued

Mikey's new approach of pre-ordering outfits for Erika's upcoming shows seemed to work well and made the production process smoother for the Marco Marco team. However, things took a turn just after Erika's fitting.

Although Erika liked the outfits that had been created for her, she didn't think they would fit with her upcoming show plans. She had a different creative vision in mind.

On June 7, 2016, Chris received a call from Laia, who informed him about this change in Erika's creative direction. She instructed him to put the outfits ordered by Mikey (as detailed in Transactions 88 and 89) on hold. Laia communicated through text message that the team had decided to keep the outfits in their current state and not finish them for the time being.

As a result, no final payment was processed for this particular order.



**Ex. 1B-283**

## Transaction 89
## Date: 4/28/2016
## Invoice # 5-1216
## Amount: $5940

**Invoice Items:**
1. Black scuba neoprene and Black stretch vinyl high waisted short embellished with Gold Chain and Crystal detail
2. Black stretch vinyl long sleeved crop top with Gold Chain and Crystal detail.

**Invoice Notes:**

In early April 2016, Mikey and Marco spoke about making outfits for Erika, who would probably ask for them soon. They wanted to be ready ahead of time because Erika had a lot of performances lined up.



Mikey had some creative ideas and asked Marco to draw them out. They wanted to have a system where they could easily get the designs approved. The first ideas were inspired by Erika's music video, "Party People," and included a cool black outfit with gold chains and sparkly crystals.

After looking at the illustrations, Mikey approved the 2 piece instead of a leotard. Marco Marco's team got to work making the shorts and cropped top.

284

**Ex. 1B-284**

## Transaction 89
## Continued

The initial set of illustrations took cues from Erika's "Party People" music video, capturing the essence of gold chain on Black Vinyl.

Upon presenting these creative concepts, Mikey decided to move forward with crafting the two-piece Vinyl outfit. Surprisingly, the lack of an imminent performance date gave Marco Marco the luxury of time, which is quite rare in the fast-paced entertainment industry.

Erika had a fitting for this outfit in early June when it was nearly finished, making sure it fit perfectly.



285

**Ex. 1B-285**

## Transaction 89
## Continued

Mikey's new approach of pre-ordering outfits for Erika's upcoming shows seemed to work well and made the production process smoother for the Marco Marco team. However, things took a turn just after Erika's fitting.

Although Erika liked the outfits that had been created for her, she didn't think they would fit with her upcoming show plans. She had a different creative vision in mind.

On June 7, 2016, Chris received a call from Laia, who informed him about this change in Erika's creative direction. She instructed him to put the outfits ordered by Mikey (as detailed in Transactions 88 and 89) on hold. Laia communicated through text message that the team had decided to keep the outfits in their current state and not finish them for the time being.

As a result, no final payment was processed for this particular order.



Laia:
June 7, 2016
"I think we r going to leave it as is."

286

**Ex. 1B-286**

**Transaction 90**

**Date: 5/3/2016**

**Invoice # 6-1024**

**Amount: $8938**

Wardrobe Alteration Service

**Invoice Items:**

1.  Repair and maintenance on Pink leotard with Black paneling and Pink beaded fringe

**Invoice Notes:**

As part of Erika and the team's operations, Laia was responsible for overseeing the repair and maintenance of Erika's tour wardrobe. As a part of these responsibilities, Laia would regularly assess the condition of the costumes and outfits that Erika and the dancers used during her performances.

When garments showed signs of wear and tear, especially from stage performances where they endured significant stress, Laia would hand them off to Chris.
Chris performed the necessary repairs, cleaning and ensuring the outfits were pristine, which often involved time-intensive work, such as replacing crystals, which were essential for the aesthetic appeal and crucial for Erika's stage presence.

The communications between Laia and Chris regarding repair work exemplified the commitment to upholding the high standards of Erika's stage wardrobe.
 It ensured that each outfit was not only visually striking but also fully functional, allowing Erika to deliver her performances with confidence and style.

This behind-the-scenes teamwork was integral to maintaining Erika's tour wardrobe's overall quality and visual impact.



287

**Ex. 1B-287**

## Transaction 90
## Continued

**On May 3, 2016 Laia informs Chris she can pick up the next day. Chris processes service repair payment to Erika's American Express card**



**On May 7, 2016 an image shared to Erika Jaynes Instagram profile @theprettymess feature Erika in the pink repaired leotard detailed in invoice #6-1024**



288

**Ex. 1B-288**

**Transaction 91**

**Date: 5/4/2016**

**Invoice # 6-1025**

**Amount: $8175**

> Wardrobe Alteration Service

**Invoice Items:**

1.  Repair and maintenance on Erika bodysuits

**Invoice Notes:**

When these garments inevitably displayed wear and tear, routine from the rigorous demands of stage shows, Laia would then deliver them to Chris. Chris executed the repairs, cleaning, and rejuvenation processes to restore these outfits to impeccable condition.

This often entailed tasks such as the replacement of crystals, which contributed to the outfits' aesthetic appeal and held substantial importance for Erika's commanding stage presence.

The communication and collaboration between Laia and Chris in managing these routine repairs and maintenance underscored their unwavering dedication to upholding the standards Erika demanded of her team. Their collective efforts ensured that each costume not only possessed the "Rich" factor but also functioned flawlessly.



289

**Ex. 1B-289**

## Transaction 91
## Continued

**Text message from Laiah asking if she can drop off Erika looks to have more rhinestones added.**

**Laia:**
**May 2, 2016**
**"Hey!! I'll stop by tomorrow and drop off a couple onsies (bodysuits) that need some bling (crystal) love."**



With a custom garment order from Marco Marco, a change order takes on a particular significance when it comes to re-embellishing with crystal rhinestones. A change order in this context represents a request or directive for alterations to the original design of the garment, specifically focused on the addition or adjustment of crystal rhinestones.

When commissioning a custom garment that involves the exquisite art of crystal embellishment, it is not uncommon for clients to envision enhancements or refinements as the project unfolds.

This is where the change order is added to the balance price.

**Transaction 92**

**Date: 5/9/2016**

**Invoice # 5-1293**

**Amount: $8938**

**Invoice Items:**
1.  Black mesh bodysuit with hematite crystal detail

**Invoice Notes:**

**House Nightclub - Miami, Florida (Hosted by Marco Marco)**

Balance Payment (inclusive of new dancer looks) - This was a unique event because the promoter had booked both Erika and Marco to appear. Because it was a special type of talent booking, all the dancers had new looks ordered, and Erika commissioned 2 new pieces for herself.

This event was processed in 3 transactions - Transaction 92, $8938 on 5/9/16, $9210.50 on 5/10/16, and $9210.50 on 5/12/16 as approvals came in separately for dancers.



**The House Nightclub, Miami Performance was processed in 3 transactions**
-   **4/12/2016 Inv. #51206**
-   **4/14/2016 Inv. #51208**
-   **5/9/2016 Inv. #51293**

**Ex. 1B-291**

## Transaction 92
## Continued

**Text exchange between Laia and Chris discussing Rush Order, Fitting at Centerstaging and hand delivery to Laia**

Laia requests we hold hold the fitting at Centerstaging Studios in Burbank, CA on May 11, 2016.

Chris and Marco are in Miami in for Macy's activation, 2 Marco Marco Staff tailors attend in their place.



After fitting the marco Marco staff return to the studio to work into the night.

Marco Marco staff member hand deliver to Laia at 11:53pm, just in time for their private flight.

**Ex. 1B-292**

**Transaction 92**
**Continued**

**Work in progress images from the Marco Marco studio showing detail, quality and craftsmanship**







293

**Ex. 1B-293**

## Transaction 92
## Continued

**House Nightclub Performance - Dancer and Erika custom outfits**
- Crystal and Black Bodysuit and Black harness looks for Dancers

**Erika Glam Team shared calendar indicates Erika had a fitting with Marco on May 11th, 2016.**

**Marco Marco co-hosted this event on May 14, 2016.**



**Ex. 1B-294**

**Transaction 92
Continued**

### House Nightclub performance, Co-Hosted by Marco Marco
### Miami, FL on May 14, 2016

The image below shared to Erika's Instagram account, @theprettymess, on May 14, 2016, featuring Erika in a Black long sleeve leotard with hematite crystal and black side mesh paneling.



Images captured by GettyImages
*not for distribution *Comp License Only

**Ex. 1B-295**

**Transaction 92**
**Continued**

**The images below of Erika performing at House Nightclub in Miami on May 14, 2016 feature Erika in the custom crystal long sleeved leotard detailed  in Invoice #51293**





Images captured by GettyImages
*not for distribution *Comp
License Only

296

**Ex. 1B-296**

## Transaction 93
## Date: 5/10/2016
## Invoice # 5-1294
## Amount: $9210.50

**Invoice Items:**
1.   RUSH FEE Balance - Black mesh bodysuit with hematite crystal detail

**Invoice Notes:**

**House Nightclub - Miami, Florida (Hosted by Marco Marco)**

This was a unique event because the promoter had booked both Erika and Marco to appear. Because it was a special type of talent booking, all the dancers had new looks ordered, and Erika commissioned 2 new pieces for herself.

This event was processed in 3 transactions - $8938 on 5/9/16, $9210.50 on 5/10/16 and $9210.50 on 5/12/16 as approvals came in separately for dancers. Additionally, Marco traveled to Miami for this event as a co-host of Erika's

**House Nightclub Performance - Dancer and Erika custom outfits** - Crystal and Black Bodysuit and Black harness looks for Dancers



**Ex. 1B-297**

**Transaction 93**
**Continued**

**Text exchange between Laia and Chris discussing Rush Order, Fitting at Centerstaging and hand delivery to Laia**

Laia requests we hold hold the fitting at Centerstaging Studios in Burbank, CA on May 11, 2016.

Chris and Marco are in Miami in for Macy's activation, 2 Marco Marco Staff tailors attend in their place.

After fitting the marco Marco staff return to the studio to work into the night.

Marco Marco staff member hand deliver to Laia at 11:53pm, just in time for their private flight.



**Ex. 1B-298**

## Transaction 93
## Continued

**Work in progress images from the Marco Marco studio showing detail, quality and craftsmanship**







299

**Transaction 93
Continued**

**House Nightclub Performance - Dancer and Erika custom outfits**
- Crystal and Black Bodysuit and Black harness looks for Dancers

**Erika Glam Team shared calendar indicates Erika had a fitting with Marco on May 11th, 2016.**

**Marco Marco co-hosted this event on May 14, 2016**







300

**Transaction 93**
**Continued**

## House Nightclub performance, Co-Hosted by Marco Marco
## Miami, FL on May 14, 2016

The image below shared to Erika's Instagram account, @theprettymess, on May 14, 2016, featuring Erika in a Black long sleeve leotard with hematite crystal and black side mesh paneling.



**Ex. 1B-301**

**Transaction 93
Continued**

**The images below of Erika performing at House Nightclub in Miami
on May 14, 2016 feature Erika in the custom crystal
long sleeved leotard detailed  in Invoice #51293**





Images captured by GettyImages
*not for distribution

302

**Ex. 1B-302**

**Transaction 94**
**Date: 5/12/2016**
**Amount: $9210.50**

**Dancer Order**

**Invoice Items:**
1.  Dancer Costumes -  drop crotch pants with vinyl embellishments, Vinyl Harnesses

**Invoice Notes:**

**House Nightclub - Miami, Florida (Hosted by Marco Marco)**

This was a unique event because the promoter had booked both Erika and Marco to appear. Because it was a special type of talent booking, all the dancers had new looks ordered, and Erika commissioned 2 new pieces for herself.

This event was processed in 3 transactions - $8938 on 5/9/16, $9210.50 on 5/10/16 and $9210.50 on 5/12/16 as approvals came in separately for dancers.



**Comp License Approved - Getty Image**

**Ex. 1B-303**

## Transaction 94
## Continued

**Text exchange between Laia and Chris discussing Rush Order, Fitting at Centerstaging and hand delivery to Laia**

Laia requests we hold hold the fitting at Centerstaging Studios in Burbank, CA on May 11, 2016.

Chris and Marco are in Miami in for Macy's activation, 2 Marco Marco Staff tailors attend in their place.



After fitting the marco Marco staff return to the studio to work into the night.

Marco Marco staff member hand deliver to Laia at 11:53pm, just in time for their private flight.

304

**Ex. 1B-304**

**Transaction 95**
**Date: 5/18/2016**
**Amount: $8753.27**

**Invoice Items:**
1. Long sleeve red sportivo with black mesh paneling and embellished with Swarovski hematite crystal

**Invoice Notes:**
In advance of the Parliament House Performance in Orlando, Florida, taking place on June 3, 2016, a notable shift occurred in Erika's costume preferences. It marked a period where she began requesting garments that were decidedly "over the top," with both Mikey and Laia consistently advocating for increasingly extravagant embellishments.



Instagram posts shared to Erika's profile @Theprettymess on June 2, 2016, and June 3, 2016, show "Erika Jayne in Concert" on the Parliament House Marquee.



Erika marks her arrival in Orlando for her performance with a post captioned, "Orlando… I'm here."

305

**Ex. 1B-305**

**TRANSACTION #95**
**Continued.**

**May 28, 2016, Chris lets Laia know the bodysuit is ready for pick up and she retrieves from him on May 29, 2016**





An image shared on Erika Jaynes Instagram account @theprettymess, wearing the red and black bodysuit at Parliament House in Orlando, just as intended.

**Transaction # 96**
**Date: 5/20/2016**
**Amount: $9256**

**Invoice Items:**

1. Black fishnet mesh halter top leotard embellished with clear crystal in chevron pattern

**Invoice Notes:**

This invoice details a halter top leotard that was only worn once. The halter top cut was not a preferred style.

Below, an image posted by Laia to her Instagram profile @laia_r, on July 10, 2016 in a custom Marco Marco halter top. Left, Marco's approved design illustration.





307

**Ex. 1B-307**

## INDICTMENT COUNT 6
## TRANSACTION #97
## Date: 5/23/2016
## Amount: $9256.37

**Invoice Items:**

1. Long sleeve red sportivo with black mesh paneling and embellished with Swarovski hematite crystal

**Invoice Notes:**

In advance of the Parliament House Performance in Orlando, Florida, taking place on June 3, 2016, a notable shift occurred in Erika's costume preferences. It marked a period where she began requesting garments that were decidedly "over the top," with both Mikey and Laia consistently advocating for increasingly extravagant embellishments.

On May 23, 2016, A newly filed card is charged. Constant contact is maintained with the team from this point through fittings, completion, and performance. There are no disputes regarding this look or this charge, and both Erika and her staff continue to order costumes in duplicate and triplicate.



**Ex. 1B-308**

**INDICTMENT COUNT 6**
**TRANSACTION #97**
**Continued.**

## Text exchange between Laia, Chris, and Marco on May 3, 2016

- Laia sends reference images she would like Marco to use when illustrating the new look
- Chris confirms he understands and Marco states that he'll start sketches that day



May 3, 2016
Laia and Mikey send reference photos for new order designs to both Marco and Chris, as well as a design directive, **"Some references we like, maybe we can do a onesie with arms this time. Not heavy on the shoulder like Kylie, but something interesting :)"**

May 3. 2016
Marco:
"I'm working on sketches today"

309

**Ex. 1B-309**

**INDICTMENT COUNT 6**
**TRANSACTION #97**
**Continued.**

## Laia expresses June 1, 2016 due date for Red Bodysuit

On May 16, 2016, Confused on due dates caused by the haphazard ordering patterns, Chris asks Laia if he needs the Black and Red bodysuit from transaction 97, Indictment Count 6 completed the next day.

Laia responds saying "We wore the black this weekend. We need red by June 1st."

May 16, 2016
Chris requests updated Due date for Red and Black Leotard

Laia informs Chris, **"We need Red by June 1, [2016]"**



310

**Ex. 1B-310**

**INDICTMENT COUNT 6**
**TRANSACTION #97**
**Continued.**

## On May 26. 2016 Laia reiterates Due date of June 1, 2016
- Chris acknowledges they are are track to meet due date





A work in progress photo of the Red and Black garment is shared with Mikey



311

**Ex. 1B-311**

**INDICTMENT COUNT 6**
**TRANSACTION #97**
**Continued.**

**May 28, 2016, Chris lets Laia know the bodysuit is ready for pick up and she retrieves from him on May 29, 2016**





An image shared on Erika Jaynes Instagram account @theprettymess, wearing the red and black bodysuit at Parliament House in Orlando, just as intended.

312

**Ex. 1B-312**

**Transaction 99**
**Date: 5/25/2016**
**Invoice # 6-1034**
**Amount: $11719.68**

**Invoice Items:**
1.    Meet & Greet Looks - June Pride Engagements

**Invoice Notes:**
Meet & greet looks provide an opportunity to showcase a garment that aligns with your "brand" or "known character."





**Ex. 1B-313**

## Transaction 100
## Date: 6/6/2016
## Amount: $9548.26

**Invoice Items:**
1. Dancer wardrobe
2. Marco travel fitting

**Invoice Notes:**

**Parliament House Orlando - Gay Days Performance**

Marco and Chris were in attendance for this show. It was an hour long set with 3 outfit changes and 4 male dancers



Instagram posts shared to Erika's profile @Theprettymess on June 2, 2016, show "Erika Jayne in Concert," on the Parliament House Marquee.



Erika's dancers mark their arrival in Orlando for the performance with a post in front of Erika's Jet.

314

**Ex. 1B-314**

## Transaction 101
## Date: 6/6/2016
## Invoice # 6-1039-F1
## Amount: $8765

**Invoice Items:**

1. Custom Long sleeved with glove "money print" leotard embellished with crystal

**Invoice Notes:**

**OVERNIGHT RUSH ORDER placed by Laia with Chris. Updated with progress photos throughout and hand delivered to the London Hotel in Los Angeles by Marco Marco Staff member.**



315

**Transaction 101
Continued**




Received from Leah Mikey Minden Assist on Jun 9, 2016 3:45:29 PM



On June 9, 2016, Laia brings up the money print in text message conversations because another set is being ordered. These garments, both for Erika and her dances, were made multiple times over the course of this year.

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:45:43 PM



Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:47:01 PM

 Should I do white zipper on the skirt? 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:47:13 PM

 Yea 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:47:20 PM

 All the way down

Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:47:36 PM

 Ok cool. We've got the zipper already so it will be quick. 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:48:21 PM

 Great! Should i drop in the am (9.30ish) and then u guys can drop at London by 1pm?

Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:48:52 PM

 Yah that works

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:49:04 PM

 Perf

316

## Transaction 101
## Continued

# Text exchange between Chris and Laia re: Overnight Rush Order

Text message exchange between Laia, Erika's assistant and Chris. Laia asks Chris for an emergency favor on last minute performance costume. Job was completed expeditiously and delivered to Erika at the London hotel in Los Angeles on June 11, 2016.



On June 10, 2016, Marco's assistant delivers garments to Erika at a hotel downtown

317

**Ex. 1B-317**

**Transaction 101
Continued**

**The image below shared to Erikas Instagram account
@theprettymess on June 11, 2016, shows Erika and Dancers
on stage at Catch One in Los Angeles.**



**June 11, 2016**

**Marco Marco Hand
delivers to London Hotel
in Los Angeles**

318

**Ex. 1B-318**

## INDICTMENT COUNT 7
## TRANSACTION #102
## Date: 6/8/2016
## Order Invoice: 6-1040
## Amount: 10300.50

**Invoice Items:**

1. Black crystal on back diamond cutout leotard
2. Money print Leotards with skirt
3. Money Print leotard without skirt
4. Alter and adjust Original black diamond cutout leotard with hematite crystal

**Invoice Notes:**

**Erika's Mini Pride month tour, Minneapolis, Denver, Dallas**



**On June 8, 2016**, On file card is run for multiple upcoming shows, comprising a small US tour during the months of gay pride. Items include but are not limited to, a black crystal on black diamond cut-out leotard, a "money print" set for Erika and dancers, and re-stoning and altering the original black diamond cut-out leotard with hematite crystal.

Invoice received by EG at December 14, 2016 meeting

**INDICTMENT COUNT 7**
**TRANSACTION #102**
**Continued**



**Minneapolis Pride Festival June 24, 2016:**

**Crystal on Black Diamond Cutout Leotard**



320

## INDICTMENT COUNT 7
## TRANSACTION #102
## Continued

**Denver Pride Tracks Nightclub on September 30, 2016**
**Black diamond Leotard with Hematite Crystal in Interlacing Pattern**



321

**INDICTMENT COUNT 7**
**TRANSACTION #102**
**Continued**

## Dallas Pride, September 18, 2016
Alter and Repair Original Black with white embellishment

Image shared to Erikas Instagram profile @Theprettymess on September 18, 2016



**Ex. 1B-322**

# INDICTMENT COUNT 7
# TRANSACTION #102
## Continued



June 20th, 2016, Laia and Chris coordinate costume pickup

## Transaction 103
## Date: 6/14/2016
## Amount: $9200

**Invoice Details:**
1. Lt. Blue Silk Kimono Sleeve Robe with matching Lt. Blue Marabou feather trim and tie waist
2. 2x White cropped "boyfriend" tank tops
3. 2x White spandex panty
4. White Spandex and scuba full swim cut leotard
5. Lt. Blue Lingerie embellishments and alterations
6. Lt. Blue Silk headwrap

**Invoice Notes**:

Xxpen$ive Music Video Filmed for RHOBH Season 7, Episode 7 Titled - Expensive to Be Me

- Dani thanks Chris for finding the perfect Marabou feathers for one of Erika's custom music video looks
- This scene from the music video was filmed earlier than the remaining scenes from the video in order for it to be a storyline on RHOBH. The remainder of the music video was filmed in August 2016
- Footage of this scene and of the custom garments is featured on **RHOBH Season 7, Episode 7**

**Text Exchange Between Chris and Dani - June 17, 2016**

Dani:
June 17, 2016
"U killed it! Super cute and perfect. Thanks for finding the right marabou!!!"



**Ex. 1B-324**

## Transaction 103
## Continued.





These images are extracted from Erika Jayne's "XXpen$ive" music video, depicting Erika wearing the silk robe referenced by Dani Michelle, Erika's music video stylist in the previous page text.





Ex. 1B-325

**Transaction 104**

**Date: 6/14/2016**

**Invoice #6-1041**

**Amount: $9543**

**Invoice Details:**
1. Lt. Blue Silk Kimono Sleeve Robe with matching Lt. Blue Marabou feather trim and tie waist
2. 2x White cropped "boyfriend" tank tops
3. 2x White spandex panty
4. White Spandex and scuba full swim cut leotard
5. Lt. Blue Lingerie embellishments and alterations
6. Lt. Blue Silk headwrap

**Invoice Notes**:

Xxpen$ive Music Video Filmed for RHOBH Season 7, Episode 7 Titled - Expensive to Be Me





**Xxpen$ive Music Video Filmed for RHOBH Season 7, Episode 7 Titled - Expensive to Be Me**

**Ex. 1B-326**

**Transaction 105**

**Date: 6/18/2016**

**Invoice #6-1045**

**Amount: $9500**

Wardrobe Alteration Service

**Invoice Items:**

1. Reconstruct and replace sheer panel on Black "Onesie" bodysuit and embellish with crystal

**Invoice Notes:**

After accepting the original delivery of this garment and then wearing it, Laia asks Chris if they can "get rid of the sheer panel on the side, either black fabric or fully rhinestone. Whichever is easier."  Laia presented added pressure with a deadline of the next day.



**Ex. 1B-327**

**Transaction 105**
**Continued**

# Text exchange confirming details of Order Request
# June 16, 2016

In the text message below between Chris and Laia, Laia informs Chris she'll be returning a "black long sleeve onesie (bodysuit)" Marco Marco recently created for an order.

Laia continues the text with "We wanna get rid of the sheer panel on the side, either with black fabric or fully rhinestone. Whatever makes more sense."

With added pressure Laia needs it completed for the following day, prompting Chris to ask if Laia is she can drop early to have a full day to work on it.

**To assist in the understanding of this process, the Marco Marco team must:**
1. Remove all crystal embellishment within two inches from panel perimeter
2. Unpick sewing stick to remove sheer panel
3. Cut identical panel pattern piece and re-sew back into the bodysuit
4. Re-apply individually placed crystal rhinestone embellishments.



**Ex. 1B-328**

**Transaction 106**

**Date: 6/21/2016**

**Invoice #6-1050**

**Amount: $7085**

**Invoice Items:**

1. Black spandex bodysuit with clear Crystal embellishment gradiating into silver hematite with nude mesh cutout on chest

**Invoice Notes:**

**Prohibition Bar Minneapolis Performance**



329

**Ex. 1B-329**

**Transaction 106**

**Date: 6/21/2016**

**Invoice #6-1050**

**Amount: $7085**

**Invoice Items:**

1. Alternate "Money print" look for upcoming shows embellished with Swarovski crystal

**Invoice Notes:**

**Upcoming nightclub tour set**

**Text messages from Laiah requesting a meeting to discuss new looks with Mikey and Hoza (stylist)**





**Transaction 107**

**Date: 6/22/2016**

**Invoice #6-1053**

**Amount: $5123**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
1. Dancer bodysuits x4
2. Male dancer harness and button down alterations

**Invoice Notes:**

**Oklahoma City Pride Performance**



331

**Ex. 1B-331**

**Transaction 108**

**Date: 6/28/2016**

**Amount: $9500**

**Invoice Items:**
1. Diamond mesh cutout in black scuba, long sleeved leotard

**Invoice Notes:**
This custom leotard was intended for use in the Bravo's filmed tv performance.



**Erika's shared GLAM calendar shows fitting at Marco Marco June 27th, 2016.**



Marco shares work in progress photo with Laia for feedback. Laia requests for embellishments around waist and hips.

**Ex. 1B-332**

## Transaction 109
## Date: 6/29/2016
## Amount: $9200

**Invoice Items:**
1.  Crystal rainbow gradient leotard

**Invoice Notes:**

Invoice was paid in 2 transactions and covered new options for pride tour as well as Dancer look. All of which had a pride theme.

- Transaction #109- 6/29 - $9200 EJ Reveal Look
- Transaction #110 - 6/30 - $8393 Dancers

**Dancer recap of multi-city Pride tour with Erika Jayne**
https://www.youtube.com/watch?v=8hPoMl CLKkc

Erika Glam Team shared calendar indicates Erika had a fitting with Marco on June 27th 2016.



## Transaction 110
## Date: 6/30/2016
## Invoice #6-1054
## Amount: $8393

**Invoice Items:**
1. Crystal rainbow gradient leotard

**Invoice Notes:**
Invoice was paid in 2 transactions and covered new options for pride tour as well as Dancer look. All of which had a pride theme.
- Transaction #108 - 6/29 - $9200 EJ Reveal Look
- Transaction #110 - 6/30 - $8393 Dancers



## Transaction 111
## Date: 7/2/2016
## Invoice #6-1055
## Amount: $9483.00

**Invoice Items:**
1. Long sleeve bodysuit with heat transfer vinyl lettering
2. Gloves with heat transfer vinyl lettering

**Invoice Notes:**

Ordered by Dani Michelle, Erika's stylist and intended for use in a video shoot for screen content



**Ex. 1B-335**

**Transaction 112**

**Date: 7/15/2016**

**Amount: $9600**

**Invoice Items:**
1.   Deposit payment on black crystal catsuit with nude mesh diamond front panel

**Invoice Notes:**

**The Bravo Awards Performance**

**Featured on RHOBH**

**Processed in 3 transactions**

- Transaction #112 - 7/15 - $9600 - crystal catsuit Deposit Payment
- Transaction #113 - 7/15 - $9250 - 6 Male dancers, 2 female dancers
- Transaction #114 - 7/19 - $4800 - balance payment on crystal catsuits



**Ex. 1B-336**

## Transaction 112
## Continued

**Text exchange between Marco and Laia,
Approved & Delivered**



Marco sends a video of the progress, and Laia asks for **"Maybe a few more [Rhinestones]"**

She continues and asks to see the back



Marco sends image of the back of the garment.

Laia suggests adding crystal in a pattern to **"give a tiny waist to the eyes"** in the design pattern.

**Ex. 1B-337**

## Transaction 112
## Continued

**Text exchange between Marco and Laia, Approved & Delivered**



Marco send another progress video

Laia responds:
**"Perfect!! Let it dry and bring it over"**

**Transaction 112**
**Continue**



Above, Title of Clip from Bravo's "Watch What Happens Live" show's YouTube Channel Below, a post to Erika's Instagram account @theprettymess on July 26, 2016, of the performance, freeze frames, and photo still of performance, in Marco Marco-made costumes.







339

Ex. 1B-339

**Transaction 113**

**Date: 7/15/2016**

**Invoice #12-1003**

**Amount: $9250**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**
1. 6x mens jersey shirts
2. 6x Mens pants altered with gussets
3. 6x Mens mesh cap sleeve t's
4. 4x Womens "money print" leotards
5. 4x Womens "money print" 2 piece swim cut

**Invoice Notes:**

**The Bravo Awards Performance, Featured on RHOBH**

**Processed in 3 transactions:**

- **Transaction #112 - 7/15 - $9600** - Deposit Payment Crystal catsuit
- **Transaction #113 - 7/15 - $9250** - 6 Male dancers, 2 female dancers
- **Transaction #114 - 7/19 - $4800** - balance payment on crystal catsuits



340

**Ex. 1B-340**

## Transaction 113
## Continued

-

Posts to Erika's Instagram account @theprettymess on July 26, 2016, of the performance, freeze frames, and photo still of performance, in Marco Marco-made costumes.





## Transaction 113
## Continued

**Text exchange between Marco and Laia, Approved & Delivered**



Marco sends a video of the progress, and Laia asks for **"Maybe a few more [Rhinestones]"**

She continues and asks to see the back



Marco sends image of the back of the garment.

Laia suggests adding crystal in a pattern to **"give a tiny waist to the eyes"** in the design pattern.

342

**Ex. 1B-342**

## Transaction 113
## Continued

**Text exchange between Marco and Laia, Approved & Delivered**



Marco send another progress video

Laia responds:
**"Perfect!! Let it dry and bring it over"**

343

**Ex. 1B-343**

**Transaction 113**
**Continue**



Above, Title of Clip from Bravo's "Watch What Happens Live" show's YouTube Channel
Below, a post to Erika's Instagram account @theprettymess on July 26, 2016, of the
performance, freeze frames, and photo still of performance, in Marco Marco-made
costumes.







344

Exh. 1B-344

**Transaction 114**
**Date: 7/19/2016**
**Amount: $4800**

**Invoice Items:**
   1.    balance payment on black crystal catsuit with nude mesh diamond front panel
**Invoice Notes:**

**The Bravo Awards Performance, Featured on RHOBH**

**Processed in 3 transactions**

-    **Transaction #112 - 7/15 - $9600** - crystal catsuit Deposit Payment
-    **Transaction #113 - 7/15 - $9250** - 6 Male dancers, 2 female dancers
-    **Transaction #114 - 7/19 - $4800** - balance payment on crystal catsuits



## Transaction 114
## Continued

**Text exchange between Marco and Laia,
Approved & Delivered**
**Text exchange between Marco and Laia, Approved & Delivered**



Marco sends a video of the progress, and Laia asks for **"Maybe a few more [Rhinestones]"**

She continues and asks to see the back

Marco sends image of the back of the garment.

Laia suggests adding crystal in a pattern to **"give a tiny waist to the eyes"** in the design pattern.

346

**Ex. 1B-346**

**Transaction 114**
**Continued**

## Text exchange between Marco and Laia, Approved & Delivered



Marco send another progress video

Laia responds:
**"Perfect!! Let it dry and bring it over"**

**Ex. 1B-347**

**Transaction 114
Continued**



Above, Title of Clip from Bravo's "Watch What Happens Live" show's YouTube Channel
Below, a post to Erika's Instagram account @theprettymess on July 26, 2016, of the
performance, freeze frames, and photo still of performance, in Marco Marco-made
costumes.







348

Exh. B-348

**Transaction 114
Continued**

## Erika Jayne performing on BRAVO TV at The Bravos awards show in custom a Marco Marco leotard

Screenshot of Erika Jayne's Instagram post on her official @Theprettymess account with a promo of the performance, in custom Marco Marco leotard.



Below, a freeze frame from a video of the crystal bodysuits from Transaction 113 and 114 can be found in this video on Bravo.com as well as on youtube:
https://www.youtube.com/watch?v=Emd9WicaTx0



349

**Ex. 1B-349**

**Transaction 115**

**Date: 7/19/2016**

**Invoice #12-1004**

**Amount: $4750**

**Dancer Order**

**Invoice Items:**

1. Revised money print looks for female Dancers
2. 2 Piece money print look with tear away peplum for Erika

**Invoice Notes:**

Andy Cohen shows Real Housewives of Beverly Hills star Erika Jayne's live performance of her single "How Many F**ks" in the Clubhouse via satellite from Los Angeles.



350

**Ex. 1B-350**

**Transaction 115
Continued**

**Erika performs on Watch what happens live with Andy Cohen**
Performing in the new "clubhouse" for the first time Erika performs "How Many Fucks" wearing a money print leotard embellished with Swarovski crystals



**Ex. 1B-351**

## Transaction 116
## Date: 7/25/2016
## Amount: $9480

**Invoice Items:**
1. Revised money print looks for female Dancers
2. 2 Piece money print look with tear away peplum for Erika

**Invoice Notes:**
Andy Cohen shows Real Housewives of Beverly Hills star Erika Jayne's live performance of her single "How Many F**ks" in the Clubhouse via satellite from Los Angeles.



Marco:
July 25, 2016
"Chris said you need a new look?"

Mikey:
"Yes! Call u in a bit to discuss"

**Ex. 1B-352**

# Transaction 117
# Date: 7/26/2016
# Amount: $9240

**Invoice Items:**

1. Revised money print looks for female Dancers
2. Male Dancer updated Black looks with leather and vinyl details
3. 2 Piece money print look with tear away peplum for Erika
4. Cheetah print swim and cover-up

**Invoice Notes:**

Mykonos Greece - Filmed by RHOBH

Reference images provided by Mikey of 80's rhinestone look

Email from Mikey Minden to Marco asking him to call and discuss Mykonos looks

**Email from Mikey Minden to Michael, Marco's assistant, saying he needs a new costume for Erika for a show in Mykonos that RHOBH will be filming**



**Ex. 1B-353**

## Transaction 118
## Date: 7/29/2016
## Amount: $9350

**Invoice Items:**

1. Black and pink diamond shaped crystal gradient  with beaded tear away peplum

**Invoice Notes:**

Replica of a repeated silhouette with a gradient crystal design





In the image above shared to Erika's Instagram profile on July 31, 2016 she is seen wearing a custom Marco Marco Black and pink diamond shaped crystal gradient leotard with long sleeves.

**Ex. 1B-354**

**Transaction 119**

**Date: 8/1/2016**

**Invoice #12-1014**

**Amount: $9700**

**Dancer Order**

**Invoice Items:**

1. 2 White cropped t-shirts
2. White jersey leotard with lining
3. White neoprene bodysuit with White Fishnet detail
4. Silk Marabou trim robe

**Invoice Notes:**

"Xxpensive" (stylized as "XXPEN$IVE") is a song recorded by Erika Jayne for her second studio album. The music video for "Xxpen$ive" was released on February 14, 2017, and was directed by Mikey Minden. Erika has described the vibe for the music video as "'80s Miami Scarface meets '80s Playboy meets strip clubs meets '80s Ferraris meets everything fabulous in the '80s - pink, lilac, baby blue!"



**Ex. 1B-355**

## Transaction 119
## Continued

The image below is extracted from **Erika Jayne's "XXpen$ive" music video**, depicting Erika and two female dancers adorned in custom Marco Marco outfits that correspond to transaction 119. Below that is an article and an Instagram post from Erika's official Instagram account @Theprettymess in the looks delivered by Marco Marco.





**Ex. 1B-356**

## Transaction 119
## Continued

The first image below was shared to Mikey's Instagram profile @MikeyMinden on August 12th, 2016, and confirms Erika's Xxpen$ive music video began filming in August 2016.

Erika's "Exxpen$ive" Music Video was Directed by Mikey Minden, styled by Dani Michelle, and paid for by Tom Girardi as documented on RHOBH Season 6, Episode 17, titled "Lymes in the Sand"

The image below, shared on Mikey Minden's Instagram page on March 19, 2017, features Erika and dancers wearing looks created by Marco Marco.





## Transaction 120
## Date: 8/3/2016
## Amount: $9476.00

**Invoice Items:**

1. Silver swarovski crystal Bustier leotard
2. Silver Swarovski crystal head wrap

**Invoice Notes:**

"Xxpensive" (stylized as "XXPEN$IVE") is a song recorded by Erika Jayne for her second studio album. The music video for "Xxpen$ive" was released on February 14, 2017 and was directed by Mikey Minden. Erika has described the vibe for the music video as, "'80s Miami Scarface meets '80s Playboy meets strip clubs meets '80s Ferraris meets everything fabulous in the '80s - pink, lilac, baby blue!"



358

Ex. 1B-358

## Transaction 120
## Continued

**Marco Marco completed alterations on the fit of lace lingerie**





**Erika wearing custom Marco Marco crystal leotard featured in "Xxpen$ive music video"**



**Ex. 1B-359**

**Transaction 121**

**Date: 8/6/2016**

**Amount: $8647**

Wardrobe Alteration Service

**Invoice Items:**

1. Light Blue nightgown
2. Light blue bustier
3. Red leotard with tie waist
4. Alteration on red boot
5. Alteration - added gussets to underarms of white suits

**Invoice Notes:**

"Xxpensive" (stylized as "XXPEN$IVE") is a song recorded by Erika Jayne for her second studio album. The music video for "Xxpen$ive" was released on February 14, 2017 and was directed by Mikey Minden. Erika has described the vibe for the music video as, "'80s Miami Scarface meets '80s Playboy meets strip clubs meets '80s Ferraris meets everything fabulous in the '80s - pink, lilac, baby blue!"



**Ex. 1B-360**

## Transaction 121
## Continued

**Images taken from "Xxpen$ive" music video featuring Erika while wearing
custom made Garments by Marco Marco ordered in transaction 121.**





## Transaction 122
## Date: 8/9/2016
## Amount: $9627

**Invoice Items:**

1. Deposit Payment - Pink (Magenta) metallic leotard with nude mesh inserts and black front paneling, embellished with Swarovski crystal

**Transaction 122 is a deposit payment for a custom leotard in Pink and was included in the sketch options presented to Mikey on August 2, 2016. Erika and Mikey selected a blue option Transaction 123, Indictment count 8**



Text message on July 16, 2016 from Marco to Mikey

Marco asks Mikey about creative for new look

Marco and Mikey discuss the pink leotard by phone

362

**Ex. 1B-362**

**Transaction 122**

**Date: 8/9/2016**

**Amount: $9627**

On August 2, 2016, Marco sends Mikey and Laia illustrations with options showing a pink and black leotard. It's clear that Marco and Mikey had begun creative conversations regarding this look for some time as Marco apologizes for taking so long in sending them. Mikey says he'll discuss with Erika the following day



**Transaction 122**

**Date: 8/9/2016**

**Amount: $9627**

**On August 3, 2016, Mikey messages Marco with 3 selections from the illustration options Marco had presented him the following day.**
Mikey tells Marco he'll be showing Erika the 3 selects that day. Mikey also requests for Marco to re-illustrate the 3 selects in a "baby ice blue" instead of magenta so he can show Erika those as well. Marco says yes.



364

**Ex. 1B-364**

**Transaction 122**

**Date: 8/9/2016**

**Amount: $9627**

**The August 4, 2016 texts continue between Mikey Minden, Erika's creative assistant and Marco.**

Marco submits blue options to supplement the "magenta" looks sent the prior day. Mikey and Marco discuss another project they are working on not related to Ms. Girardi



**Ex. 1B-365**

## Transaction 122
## Date: 8/9/2016
## Amount: $9627

After Mikey and Erika decided to move forward with the pink teotard. Mikey called Marco and asked for the Blue as well.



**Fitting with Erika and team on August 11, 2016**
Chris and Laia arrange delivery on August 16, 2016



366

**Ex. 1B-366**

**Transaction 122**

**Date: 8/9/2016**

**Amount: $9627**

On August 10th, 2016 Erika filmed at the Marco Marco studio in Hollywood with Bravo TV.
The Pink leotard can be seen on rack in video.



## The Real Housewives of Beverly Hills/Marco Marco/Wednesday, August 10th

5 messages

To: chris ███████████████████                                    Tue, Aug 9, 2016 at 11:36 AM

Hey Chris,

It was a pleasure chatting with you this morning. We are looking forward to filming Erika meeting with Marco tomorrow, **Wednesday, August 10th**. Tentatively, our crew will arrive at 4:30PM to set up and we will film the fitting from 5:00-6:30PM.

Just like last season, we ask for a location agreement from the business owner as well as one from the building's landlord. I've attached both below. I've also included a COI for ████████████████ based on their requests last season. Let me know if they need anymore info on the COI.

Please feel free to fax or scan and email them back to us once they are signed.

I have a few questions -

- Who will be the contact at Marco Marco for the crew tomorrow?

- Are there any specific parking/loading in instructions?

- Are there any specific notes we should give to the crew and producer about filming at your location tomorrow?

Thank you so much. We look forward to working with you guys again!

Kind regards,

████████████████

**Bravo TV video filmed at The Marco Marco Studio features Erika showing off the Pink and Blue leotards as they are being worked on and embellished.**



https://www.bravotv.com/the-real-housewives-of-beverly-hills/season-7/videos/erika-jayne-shows-off-her-new-costume

367

**Ex. 1B-367**

# INDICTMENT COUNT 8
# TRANSACTION # 123
# Date: 8/10/2016
# Order Invoice #12-1018
# Amount: 10355

**Invoice Items:**

1. Deposit Payment- Baby blue metallic leotard with nude mesh inserts and black front paneling, embellished with Swarovski crystal

**Invoice Notes:**

The below invoice is the deposit payment for a custom leotard to be used at a performance in Mykonos, Greece. The performance was filmed RHOBH, Additionally, Erika filmed a segment for BravoTV.com at Marco Marco features these two leotards.



**Ex. 1B-368**

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued



On July 25, 2016, Michael Minden emails Chris, and cc's Laia, requesting a new costume for her upcoming live performance in Mykonos, which will be filmed for RHOBH.

**Laia messages Chris asking him to remind Marco to send sketches.**

**Chris tells Laia he will and that he saw Marco working on them the day prior.**



369

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued

On August 2, 2016, Marco sends Mikey and Laia illustrations with options showing a pink and black leotard. It's clear that Marco and Mikey had begun creative conversations regarding this look for some time as Marco apologizes for taking so long in sending them. Mikey says he'll discuss with Erika the following day.



370

**Ex. 1B-370**

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued

**On August 3, 2016, Mikey messages Marco with 3 selections from the illustration options Marco had presented him the following day**

Mikey tells Marco he'll be showing Erika the 3 selects that day. Mikey also requests for Marco to re-illustrate the 3 selects in a "baby ice blue" instead of magenta so he can show Erika those as well. Marco says yes.



**Ex. 1B-371**

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued

**The August 4, 2016 texts continue between Mikey Minden, Erika's creative assistant and Marco.**

Marco submits blue options to supplement the "magenta" looks sent the prior day. Mikey and Marco discuss another project they are working on not related to Ms. Girardi.



**Ex. 1B-372**

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued

**The text message exchange continues between Mikey Minden and Marco.**
Mikey makes his selection from the blue options Marco sent and gives approval to move forward with the selected blue leotard with a phone call. Mikey requests fabric swatches for color confirmation so Marco sends someone downtown for sample fabrics (swatches). Mikey tells Marco he will come by the Marco Marco studio on August 5th 2016 at 12:00pm to review swatches.



**Ex. 1B-373**

# INDICTMENT COUNT 8
# TRANSACTION # 123
## Continued



> On August 10th, 2016 Erika filmed at the Marco Marco studio in Hollywood with Bravo TV "showing off the Blue Leotard"

## The Real Housewives of Beverly Hills/Marco Marco/Wednesday, August 10th
5 messages

To: chris@                                              Tue, Aug 9, 2016 at 11:36 AM

Hey Chris,

It was a pleasure chatting with you this morning. We are looking forward to filming Erika meeting with Marco tomorrow, **Wednesday, August 10th**. Tentatively, our crew will arrive at 4:30PM to set up and we will film the fitting from 5:00-6:30PM.

Just like last season, we ask for a location agreement from the business owner as well as one from the building's landlord. I've attached both below. I've also included a COI for ▇▇▇▇▇▇▇ based on their requests last season. Let me know if they need anymore info on the COI.

Please feel free to fax or scan and email them back to us once they are signed.

I have a few questions -

- Who will be the contact at Marco Marco for the crew tomorrow?

- Are there any specific parking/loading in instructions?

- Are there any specific notes we should give to the crew and producer about filming at your location tomorrow?

Thank you so much. We look forward to working with you guys again!

Kind regards,

**Bravo TV video filmed at The Marco Marco Studio features Erika showing off the Pink and Blue leotards as they are being worked on and embellished.**



https://www.bravotv.com/the-real-housewives-of-beverly-hills/season-7/videos/erika-jayne-shows-off-her-new-costume

374

**Ex. 1B-374**

## INDICTMENT COUNT 8
## TRANSACTION # 123
## Continued

**The custom blue crystal leotard can be seen on RHOBH Season 7, Episode 7, titled "It's Expensive to Be Me"** when Ms. Girardi performs in Mykonos, Greece. They are also featured on Bravo.com as a digital content feature titled "Erika Jayne Shows Off Her New Costume." This video was filmed on location at the Marco Marco Studio on August 10, 2016 and aired on Sept 7, 2016.



375

**Transaction 124**
**Date: 8/12/2016**
**Invoice #12-1020**
**Amount: $9483**

**Dancer Order**

**Wardrobe Alteration Service**

**Invoice Items:**

1. DANCERS - 4x Gusset added to Mens Black pants
2. DANCERS - 4x Black Elastic Harnesses
3. DANCERS - 4x Sleeveless mesh shirts
4. DANCERS - 4x Quick Change Button down Black shirts

**Invoice Notes:**

The Custom and Altered dancer wardrobe can be seen on RHOBH Season 7, Episode 7, titled "It's Expensive to Be Me" when Ms. Girardi performs in Mykonos, Greece.



376

**Ex. 1B-376**

## Transaction 124
## Continued



## Transaction 124
## Continued

1. Screen shot from the RHOBH segment of Mykonos trip and performance

2. Erika's dancers in Mykonos, posted on Erika's official Instagram account @Theprettymess





**Ex. 1B-378**

**Transaction 125**

**Date: 8/15/2016**

**Amount: $9600**

**Invoice Items:**

1. Dancer "Jersey" shirts in black with white ribbed trim x 4
2. Repair and replace crystals on Erika Black and gold with nude mesh leotard with Silver Hematite crystal coverage

**Invoice Notes:**

**Market Days Chicago 2016**

**Erika Jayne performing at Market Days Chicago on August 14th 2016**

https://www.youtube.com/watch?v=uDZHEvU3cxY



**Ex. 1B-379**

**Transaction 125**
**Continued**

Erika Jayne backstage at Market Days in Chicago in 2016, posted on Instagram by her
hair stylist one day after the performance, which took place on August 14, 2016



**Ex. 1B-380**

**Transaction 126**

**Date: 8/16/2016**

**Invoice #12-1025**

**Amount: $6758**

**Invoice Items:**

1. Balance Payment- Baby blue metallic leotard with nude mesh inserts and black front paneling, embellished with Swarovski crystal
2. Balance Payment- Pink (Magenta) leotard with nude mesh inserts and black front paneling, embellished with Swarovski crystal

**Invoice Notes:**

**The below invoice is the Balance payment for a custom leotard to be used at a performance in Mykonos, Greece. The performance was filmed RHOBH, Additionally, Erika filmed a segment for BravoTV.com at Marco Marco features these two leotards.**



**Ex. 1B-381**

## Transaction 126
## Continued

**Invoice Items:**

1.  Deposit Payment - Pink (Magenta) metallic leotard with nude mesh inserts and black front paneling, embellished with Swarovski crystal

**Transaction 122 is a deposit payment for a custom leotard in Pink and was included in the sketch options presented to Mikey on August 2, 2016. Erika and Mikey selected a blue option <mark>Transaction 123, Indictment count 8</mark>**



Text message on July 16, 2016 from Marco to Mikey

Marco asks Mikey about creative for new look

Marco and Mikey discuss the pink leotard by phone

382

**Ex. 1B-382**

## Transaction 126
## Continued

On August 2, 2016, Marco sends Mikey and Laia illustrations with options showing a pink and black leotard. It's clear that Marco and Mikey had begun creative conversations regarding this look for some time as Marco apologizes for taking so long in sending them. Mikey says he'll discuss with Erika the following day.



383

**Transaction 126
Continued**

**On August 3, 2016, Mikey messages Marco with 3 selections from the illustration options Marco had presented him the following day**

Mikey tells Marco he'll be showing Erika the 3 selects that day. Mikey also requests for Marco to re-illustrate the 3 selects in a "baby ice blue" instead of magenta so he can show Erika those as well. Marco says yes.



384

**Ex. 1B-384**

**Transaction 126
Continued**

**The August 4, 2016 texts continue between Mikey Minden, Erika's creative assistant and Marco.**  Marco submits blue options to supplement the "magenta" looks sent the prior day. Mikey and Marco discuss another project they are working on not related to Ms. Girardi.



**Ex. 1B-385**

## Transaction 126 Continued

After Mikey and Erika decided to move forward with the pink teotard. Mikey called Marco and asked for the Blue as well



**Fitting with Erika and team on August 11, 2016**

Chris and Laia arrange delivery on August 16, 2016



386

**Ex. 1B-386**

**Transaction 126**
**Continued**

> On August 10th, 2016 Erika filmed at the Marco Marco studio in Hollywood with Bravo TV. The Pink leotard can be seen on rack in video.



## The Real Housewives of Beverly Hills/Marco Marco/Wednesday, August 10th

5 messages

Tue, Aug 9, 2016 at 11:36 AM

To: chris@marcomarco.net

Hey Chris,

It was a pleasure chatting with you this morning. We are looking forward to filming Erika meeting with Marco tomorrow, **Wednesday, August 10th**. Tentatively, our crew will arrive at 4:30PM to set up and we will film the fitting from 5:00-6:30PM.

Just like last season, we ask for a location agreement from the business owner as well as one from the building's landlord. I've attached both below. I've also included a COI for ▮▮▮▮▮▮▮▮ based on their requests last season. Let me know if they need anymore info on the COI.

Please feel free to fax or scan and email them back to us once they are signed.

I have a few questions -

- Who will be the contact at Marco Marco for the crew tomorrow?

- Are there any specific parking/loading in instructions?

- Are there any specific notes we should give to the crew and producer about filming at your location tomorrow?

Thank you so much. We look forward to working with you guys again!

Kind regards,



**Bravo TV video filmed at The Marco Marco Studio features Erika showing off the Pink and Blue leotards as they are being worked on and embellished.**

EXCLUSIVE
Erika Jayne Shows Off Her New Costume

https://www.bravotv.com/the-real-housewives-of-beverly-hills/season-7/videos/erika-jayne-shows-off-her-new-costume

387

**Ex. 1B-387**

**Transaction 127**

**Date: 8/18/2016**

**Invoice #12-1026**

**Amount: $9014.30**

**Invoice Items:**

1. Red Swarovski Lt. Siam crystal leotard, long sleeved with tear away peplum.

**Invoice Notes:**

The leotard's form-fitting silhouette would accentuate Erika's figure, while the long sleeves provide added coverage which Erika preferred.






388

**Ex. 1B-388**

## Transaction 128
## Date: 8/29/2016
## Amount: $9500

**Invoice Items:**

1. Nude Fishnet mesh with neon crystal gradient in pink and yellow

Invoice Notes:

Mikey conducted a conversation with Marco to explore some neon options with a nude illusion and a Crystal crystal spandex base. Marco presented illustrations and proceded after approval a selection of each.



**Ex. 1B-389**

**Transaction 129**

**Date: 8/29/2016**

**Invoice #12-1028**

**Amount: $10355**

**Invoice Items:**

1. Multi color spandex and scuba based leotard embellished with Rainbow Crystal Gradient

**Invoice Notes:**

Mikey conducted a conversation with Marco to explore some neon options with a nude illusion and a Crystal crystal spandex base. Marco presented illustrations and proceded after approval a selection of each.





390

**Ex. 1B-390**

**Transaction 130**

**Date: 9/8/2016**

**Invoice #12-1036**

**Amount: $9200**

Wardrobe Alteration Service

**Invoice Items:**

1.    Maintenance and repair on Erika bodysuits

**Invoice Notes:**

Maintenance drop off by Laia, requesting to have crystals replaced and mending on mesh holes. This bodysuit had significant repair as it had been worn for over a year. Laia asked Marco Marco to make it look new. The fact that the bodysuit had been worn for over a year and needed significant repair highlights the wear and tear associated with Erika Jayne's performance outfits, adding an element of authenticity to her stage persona.





**Ex. 1B-391**

**Transaction 130**

**Date: 9/8/2016**

**Invoice #12-1036**

**Amount: $9200**

Wardrobe Alteration Service

## Crystal Embellished Bodysuit Repair

The below image is of a black mesh bodysuit with crystal design detail. Which has been fully restored to NEW. This bodysuit was never picked up by Mikey or Laia and remains in possession of Marco Marco.



**Ex. 1B-392**

**Transaction 131**
**Date: 9/15/2016**
**Invoice #12-1037**
**Amount: $9019.76**

**Invoice Items:**

1. Performance Double Pink (Magenta) leotard with crystal embellishment
2. Performance Double Baby Blue leotard with crystal embellishment

**Invoice Notes:**

The following invoice pertains to a reorder placed with Marco by Mikey in September 2016 intended for use on tour. Because the pattern and style was already established and leftover materials could be used for production, we could offer these garments at a reduced rate compared to the originals.

On September 19, 2016, Chris received a call from Mikey in regards to the balance payment on invoice #12-1037.

On Mr. Minden's phone call to me on September 19, 2016 he said Ms. Girardi was "surprised by the charge" and that she thought the price was too high for the remake of the leotards. I did not agree with Mr. Minden, but I told him that if Ms. Girardi was unhappy, we would discuss it with Marco at her upcoming fitting. I expressed that if Ms. Girardi had any issue we would certainly resolve or issue a refund.

The issue of price raised on the phone call was not brought up again by any of them. I decided to refund transaction order 12-1038 for the balance on the outfit until we could have a conversation with Mr. Morante about the leotards. I did this to ensure there was no misunderstanding regarding the price and in an attempt to keep Ms. Girardi happy. Mr. Minden and Ms. Ribatallada both, by text message delayed scheduling fittings for the garments. Mr. Minden, Ms. Ribatallada and Ms. Girardi never made any effort to fit or pick up the costumes and are still in possession of Marco Marco.

**Ex. 1B-393**

**Transaction 131**
**Continued**

**The below Invoice reflects the deposit payment for the pink and blue leotard doubles. These garments are originally identified Transaction #123, Indictment Count 8 on August 10, 2016.**





**Ex. 1B-394**

**Transaction 131 Continued**



A refund was issued to Erika's American Express card in good faith to resolve this business dispute amicably.

It quickly became apparent the Erika, Mikey and Laia had no intention of discussing further.

395

**Transaction 131**
**Continued**

Below are images the Pink and Blue leotards being duplicated. Still unfinished, unworn and in the possession of Marco Marco.

Neither Mikey, Laia, or Erika have made any effort to pick these up or step foot in the Marco Marco studio ever again.




## Transaction 132
## Date: 11/30/2016
## Invoice #1093
## Amount: $4500

**Invoice Items:**
1. Deposit on Black crystal bodysuit

**Invoice Notes:**
- Outfit still in possession of Marco Marco due to Erika and team never picking up
- Marco Marco disputed the chargeback with Shopify who then presented materials to AMEX, showing images of completed look, and materials receipts.
- Outfit ordered and approved by Mikey Minden
- $4500 deposit processed
- Erika then reported fraudulent use on the deposit and processed a chargeback
- 12/1/16 $5000 balance was charged and then refunded





**Ex. 1B-397**

**Transaction 132**
**Continued**

## November 30, 2016 Text Exchanges between Laia, Mikey, Chris, Marco

Text message from Laia to Chris asking about sketches of look. Although Laia was fully aware of the custom garment when reaching out on November 30, 2016, she told the Secret service the item had not been received.





On November 30th, Marco forwarded Mikey the requested illustrations of the black crystal bodysuit.

Mikey responded by stating, "Let me show EJ," and subsequently, shortly thereafter, received Erika's approval to proceed with the production of her garment.

Mikey calls marco by phone and approves the black leotard

**Ex. 1B-398**

## Transaction 132
## Continued

**On December 1st, 2016, Marco shared an in-progress image of the garment, illustrating the leotard fit.**

At this point, the embellishments for the outfit had also been purchased. On December 7th, Mikey informed Marco that they would no longer require this particular outfit for Erika's upcoming performance. Marco subsequently sent a couple of follow-up messages and extended holiday greetings, but received no further communication from them. In the end, Erika initiated a chargeback for this transaction, resulting in Marco Marco's loss of the dispute.



**On December 1, 2016, Knowing what had been ordered and purchased and built, Mikey took the side of Erika and threatened legal action and claimed the charge was not approved.**

399

**Ex. 1B-399**

**Transaction 132
Continued**

**Erika, Laia and Mikey, assisted by the United States Secret Service processed a chargeback against Marco Marco**

- The chargeback shut down all payouts for sales from all clients including online sales, leaving the company paralyzed.
- This is the only transaction American Express processed a chargeback on
- Marco Marco lost the dispute despite providing an incredible amount of evidence

**All of the items requested by the payment processor to dispute the chargeback were sent and received.**

On Jan 01 13:05 EDT, Kevin wrote:
Hi Chris,

We're reaching out to you regarding a recent chargeback received on ____ account,
https://marcomarcounderwear.myshopify.com/admin/orders/465026_____

We're currently working with our payment gateway provider to better understand this chargeback. As this appears to be a repeat customer, we're looking for your help so we can assist with the dispute. Would you be able to provide the following:

- All communication with the customer going as far back as possible, including emails, text messages and records of phone calls
- Sketches of designs the customer requested/purchased, receipts for materials and proof of labor - Images of the final product
- The customer's agreement to your terms of service
- Delivery or tracking information

Finally, as you've noticed we've placed a temporary transfer hold on your account. This hold has no impact on your clients and their checkout experience as they'll still be able to complete their purchases. Once we can provide this additional information to our payment gateway partner, we'll be able to lift the hold.

If you have any questions, please let me know and I'd be happy to help.

Best,

Kevin
Risk Analyst | [Shopify](https://docs.shopify.com/support)

**Ex. 1B-400**

**Transaction 132
Continued**

## A work-in-progress image of the black crystal bodysuit is provided. To American Express for Dispute

- This garment was submitted as evidence to American Express in response to the chargeback initiated by Erika.
- Marco Marco was unsuccessful in contesting the chargeback dispute despite overwhelming support

**Unfinished leotard
Never claimed by
Erika or Team**

**Chargeback
dispute lost**



**Ex. 1B-401**

## Transaction 132 Continued

## Chris Psaila Response to Chargeback

**Chris Psaila** ⬛⬛⬛⬛⬛⬛⬛⬛⬛   Mon, Jan 30, 2017 at 10:24 AM To: Shopify Pixels <support@shopify.com>

Hi Kevin,

Thanks for your email. This is obviously very urgent for us to resolve so we can begin receiving our payouts again. This is a celebrity client that we have been working with for the last 3 years. Doing large amounts of highly laborious costumes for her tours, music videos and photo shoots. I have included a few press links here so you can see our company and designer Marco mentioned, photographed and sometimes appearing on tv with the client.

http://popcrush.com/erika-jayrie-real-housewives-beverly-hills-music-queen-dance-pop/

http://www.bravotv.com/the-real-housewives-of-beverly-hills/season-6/blogs/erika-girardi/erika-girardi-its-quite-obviou

s https://tamaratattles.com/2015/12/23/real-housewives-of-beverly-hills-recap-pony-shows-and-marital-woes/

https://mail.google.com/mail/u/1/?ik=2b1ed5103c&view=pt&search=a...simpl=msg-f.1559243005730277111&simpl=msg-f.1559324910210731216 Page 3 of 26
MarcoSquared, LLC Mail - [URGENT] Your Shopify Payments Account - Documents Required 7/13/23, 5:35 PM

At the end of last Nov the client ordered a custom look for an upcoming performance. We then illustrated 5 options for her to chose from before moving forward. 1 look of the 5 was selected and approved by client via text message of her assistant Michael Minden. We then proceeded to purchase materials, construct the look and embellish the look by hand with crystals. These clients looks are always very detail oriented and require many hours to construct. As we have been working with this client for 3 years this is all very routine for us. The average outfit cost for this client is between 7k and 10k with this particular outfit being 9500.00. We charged the clients credit card as we normally do in 2 increments. The first for a deposit and then the balance upon completion.. We had this clients card on file as requested by her and her team in order to make the process quicker.

We charged the client 4500.00 on Nov 30th which is the chargeback in dispute. Then because we had to rush to complete the look we processed the balance on Dec. 1st in the amount of 5,000. Upon charging the clients card for the balance she called us and had discrepancies in the pricing, even though this has been the process and pricing on all outfits for the last 3 years. Because the client had an issue with the price I immediately refunded the 5,000 that was processed that day back to the client until we could discuss further and come to a resolution. I reached out to the client after this happened and asked her to come in so we could discuss and figure this out. She became irate and asked for backup of all projects we had done with her over the last 3 years. When she came in to our meeting I presented her with a stack of invoices covering all projects we had done for her. She refused to take the outfit we had recently completed and did not wish to move forward. Typically at that point in our process we would fit the outfit on her and make any adjustments needed. Any time we do a custom outfit for her we schedule 2-3 fitting appointments.( I have included text correspondences below documenting fitting scheduling with her assistant *fitting text 1-5)

We have not since corresponded with the client. On January 10th we had 15 members of the Secret Service come to our studio with a warrant on behalf of American Express. They took all documentation of these transactions as well as our cell phones, computers and ipad's where we run our POS purchases. Apparently the secret service came because the client is high profile and her husband is as well. The case agent said that the client was disputing charges and that they would be doing an investigation in to these disputes. I have pulled the case file with our attorney and neither myself nor the company is named on the case however until they complete their investigation I do not have the text message approval of garment, or illustrations of garment because they were on our company computer. I do have some things requested and have put calls in to our cell phone provider to attempt to pull text messages, calls in to our vendors to reprint receipt backup for materials etc.

The case agents name is Kenneth Henderson and has said he can be reached out to with questions as well. His number is 213-905-0812 and his email is Kenneth.Henderson@usss.dhs.gov

I have also attached images of the garment ordered up to near completion. (Completed look 1-3) You can see on the garment the crystal detailing that was started and done by hand. This outfit upon actual completion would be entirely covered with these crystals. However, the process was stopped when the client said to not move forward anymore.

You will also see attached 4 files containing time log information for employees. The employees that worked on this project from the days on NOV. 30 through Dec 7TH are ⬛⬛⬛⬛⬛⬛⬛⬛⬛ they are the employees that constructed, patterned and sewed the garment.⬛⬛⬛⬛⬛⬛⬛⬛⬛ did the embellishments. ⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ is a temp worker through Palo Alto staffing and you will see the invoices for his time attached as well.

I will be sending you another email shortly with receipts of materials purchased as soon as these companies can reprint and send. I am also hoping we are able to pull the text message approval with the client from ATT.

Like I said in my previous email. With our daily payouts being held we are not able to conduct business at all. We do not have funds to cover even shipping to our customers who purchase from our site without these payouts. We had to give everyone the day off today because of this occurance so whatever we can do to get the hold lifted would be greatly appreciated.

Thanks,
Chris Psaila

402

**Ex. 1B-402**

**Transaction 132**
**Continued**

## Chargeback Response from American Express
## Chargeback Reason: Fraudulent

### Chargeback

**Chargeback evidence for payment of $4,500.00 USD on January 18, 2017 at 08:38 AM**

**Chargeback reason: fraudulent.**

What follows is compelling evidence, and a valid remedy for this chargeback.

**Merchant details**

Business name          Marco Marco Underwear

**Payment details**

Credit card            American Express

Payment amount         $4,500.00 USD

**Customer details**

Name

Email

Customer IP

**Order details**

Product description

**Shipping details**

Address

**Additional comments**

Items: Erika girardi x1 * Shipping company: * Tracking: * Fulfilled: 2016-11-30 15:22:38 -0800 -- Order placed: 2016-11-30 15:22:38 -0800 Customer IP country: () -- Additional comments: This is a deposit on a custom clothing order. This order was illustrated by our designer then sent to the client for

approval. Upon approval by the client, we purchased the materials to complete the job then constructed the garment up to completion. Please provide an email or phone contact for the disputing credit card company so I can send all correspondences. Including but not limited to: sketches, text message approval, materials receipts, employee timecard hours worked on project and images of completed garment.

**Additional comments**

Items: Erika girardi x1 * Shipping company: * Tracking: * Fulfilled: 2016-11-30 15:22:38 -0800 -- Order placed: 2016-11-30 15:22:38 -0800 Customer IP country: () -- Additional comments: This is a deposit on a custom clothing order. This order was illustrated by our designer then sent to the client for

approval. Upon approval by the client, we purchased the materials to complete the job then constructed the garment up to completion. Please provide an email or phone contact for the disputing credit card company so I can send all correspondences. Including but not limited to: sketches, text message approval, materials receipts, employee timecard hours worked on project and images of completed garment.

**Transaction 132**
**Continued**

## April 19, 2017 Follow Up - American Express

- Shopify support knew the payment processing history of Marco Marco and "pushed American Express" to hurry up and review.
- American Express ignored all evidence presented to them by Shopify and our payment processor
- American Express never reach out to Chris or Marco to conduct their investigation



**Chris Psaila <chris@marcomarco.net>**

**[Shopify Risk Operations Support] Follow-up Regarding Your Shopify Payments Account**
3 messages

Kevin <support@shopify.com>                                    Wed, Apr 19, 2017 at 1:03 PM
Reply-To: support@shopify.com
To: chris

A Support Ticket has been created on your behalf. For reference the ti... ... To add additional comments you can just reply to this email.

> **Kevin** (Shopify)
> Apr 19, 16:03 EDT
>
> Hi Chris,
>
> Hope you're doing well.
>
> It's been a few months since we last reached out regarding the charg...ck filed against your shop by Erika Girardi and I wanted to know if you had any updates for ..., whether it be with the Secret Service or legal filings?
>
> Over on our end, our payment gateway partner has been pushing American Express for updates, urging them to expedite their review so we can close this case.
>
> Regards,
>
> Kevin
> Risk Analyst | Shopify

**No one from from American Express or the United States Secret Service ever conducted a proper investigation**

404

**Ex. 1B-404**

**Transaction 132 Continued**

## The timestamped order history reflects a refund to Erikas American Express card on December 1, 2016



**Ex. 1B-405**

**Transaction 132**
**Continued**

Both Laia and Mikey were aware of this order being placed and did nothing in support of Marco Marco. Instead, they went to the United States Secret Service and told them Chris was a criminal.

> 12        36. On December 7, 2016, Erika, Mikey, and I went to the downtown Los
>
> 13    Angeles office of the United States Secret Service ("Secret Service"). I understood
>
> 14    that I was attending as Erika's assistant to help explain her Amex credit card

American Express did not call Chris or Marco to conduct a proper investigation. Chris fought the chargeback with hard evidence that American Express refused to look at. After 22 years as an American Express merchant with no history of chargebacks, they couldn't even afford us an opportunity to dispute the claim. A standard protocol typically offered to merchants.



Kevin (Shopify)

Hi Chris,

We regret the delay in responding and greatly appreciate the detailed response you've provided.

This is definetely in the right direction. We've lifted the temporary hold from your account. We've also provided your email and all attachments to our payment gateway partner who is handling this matter with Amex.

A few additional questions for you:

    Were your cell phones, computers and iPads returned? If not, any expectations when they would be? And have you had further communication with Mr. Henderson?

    Do you have any details regarding earlier previous orders with this client? Or are they all on the computers that were taken?

    Can you forward the case number and related documents?

If you find additional information to support your dispute, please forward them to me directly. Should you have further questions or concerns, please don't hesitate to reach out to us. Best,

Kevin

Risk Analyst | Shopify

**Ex. 1B-406**

## Custom Garments designed by Marco Marco
## and worn by Ms. Girardi Prior to 2015
## Continued

The collaborative relationship between Marco Marco and Ms. Girardi commenced in 2011, marking the start of a creative partnership that would create many incredible custom garments in the years to come. The first commission by a member of Ms. Girardi's staff was creating for her music video "Party People," where she and her dancers wore an array of Marco Marco designs. This inaugural venture laid the foundation for a seamless and enduring working relationship that spanned several years, characterized by the commissioning of custom costumes designed exclusively for the stage, music videos, and magazine editorial photo shoots.

Of particular significance are the costumes conceived and tailored in the years leading up to 2015, a period that significantly contributed to the iconic image of pop sensation Erika Jayne. While these order were never in question by Ms. Girardi, American Express or the United States Secret Service, these sartorial creations, crafted with meticulous attention to detail, played an instrumental role in shaping the visual identity of the artist.

In the year 2014 alone, the collaboration between Marco Marco and Ms. Girardi, or her dedicated team, resulted in a total of 49 custom orders. This represents a testament to the seamless and trouble-free nature of their professional engagement. Throughout this period, there were no reported issues, complaints, or discrepancies, attesting to the high level of satisfaction and efficiency that defined their partnership.

The following pages document these orders with compelling social proof.

407

**Ex. 1B-407**

**Custom Garments designed by Marco Marco and worn by Ms. Girardi Prior to 2015 Continued**



AUGUST 21, 2012



DECEMBER 10, 2014



DECEMBER 28, 2014



DECEMBER 3, 2014



DECEMBER 10, 2014



NOVEMBER 30, 2014



NOVEMBER 15, 2014



NOVEMBER 14, 2014

**Custom Garments designed by Marco Marco and worn by Ms. Girardi Prior to 2015 Continued**



OCTOBER 25, 2014

OCTOBER 20, 2014

OCTOBER 7, 2014

SEPTEMBER 29, 2014

SEPTEMBER 27, 2014

SEPTEMBER 27, 2014

SEPTEMBER 27, 2014

SEPTEMBER 26, 2014

**Custom Garments designed by Marco Marco
and worn by Ms. Girardi Prior to 2015
Continued**



SEPTEMBER 11, 2014



AUGUST 29, 2014



AUGUST 26, 2014



AUGUST 18, 2014



JULY 20, 2014



JUNE 4, 2014



MAY 8, 2014



APRIL 17, 2014

410

**Ex. 1B-410**

**Custom Garments designed by Marco Marco
and worn by Ms. Girardi Prior to 2015
Continued**



NOVEMBER 1, 2013



NOVEMBER 1, 2013



OCTOBER 17, 2013



MAY 31, 2013



APRIL 4, 2013



FEBRUARY 28, 2013

**Ex. 1B-411**

## Marco Marco Designs After 2016

After thoroughly examining the substantial amount of evidence presented in this document, it's important to acknowledge that Ms. Girardi persisted on wearing custom costumes onstage, in photo shoots and for self promotional marketing that had been designed and created by Marco Marco, even after their working relationship had ended in December 2016.

Ms. Girardi, despite refusing every opportunity to review these documents with her, instead endured an unwarranted investigation initiated by the United States Secret Service.

Ms. Girardi continued to wear the very garments she had just told the Secret Service she had never received.

Ms. Girardi also continued to feature these garments on her social media accounts. Many of the social media posts being used for marketing and self promotion.

The following pages provide a documentation of these instances.

**Ex. 1B-412**

# Custom Garments designed by Marco Marco and worn by Ms. Girardi Prior to 2015 Continued



AUGUST 21, 2012



DECEMBER 10, 2014



DECEMBER 28, 2014



DECEMBER 3, 2014



DECEMBER 10, 2014



NOVEMBER 30, 2014



NOVEMBER 15, 2014



NOVEMBER 14, 2014

**Ex. 1B-413**

## Custom Garments designed by Marco Marco and worn by Ms. Girardi Prior to 2015
## Continued



OCTOBER 25, 2014



OCTOBER 20, 2014



OCTOBER 7, 2014



SEPTEMBER 29, 2014



SEPTEMBER 27, 2014



SEPTEMBER 27, 2014



SEPTEMBER 27, 2014



SEPTEMBER 26, 2014

## Custom Garments designed by Marco Marco and worn by Ms. Girardi Prior to 2015 Continued



SEPTEMBER 11, 2014



AUGUST 29, 2014



AUGUST 26, 2014



AUGUST 18, 2014



JULY 20, 2014



JUNE 4, 2014



MAY 8, 2014



APRIL 17, 2014

**Ex. 1B-415**

## Custom Garments designed by Marco Marco
## and worn by Ms. Girardi Prior to 2015



NOVEMBER 1, 2013



NOVEMBER 1, 2013



OCTOBER 17, 2013



MAY 31, 2013



APRIL 4, 2013



FEBRUARY 28, 2013

**Ex. 1B-416**