BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

BRUCE BERNARD BEALKE
(pro hac vice)
(Illinois SBN 6200543)
77 West Wacker Drive, Ste. 45001
Chicago, IL 60601
Tel: (312) 216-7177
Fax: (312) 741-1010
Email: bealkelaw@protonmail.com

STANLEY I. GREENBERG, SBN 53649
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel: (424) 248-6600
Fax: (424) 248-6601
Email: Stanmanlaw@aol.com

*Attorneys for Plaintiff* CHRISTOPHER PSAILA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case no.: 2:23-cv-07120-MWF (SKx)<br><br>**DECLARATION OF MARILYN BEDNARSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECIAL MOTION TO STRIKE COMPLAINT PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE (C.C.P. § 425.16, ET SEQ.) BY DEFENDANTS ERIKA GIRARDI, LAIA RIBATALLADA, AND MICHAEL MINDEN**<br><br>Hrg. Date: December 18, 2023<br>Time: 10:00 a.m.<br>Crtrm: 5A |

## **DECLARATION OF MARILYN E. BEDNARSKI**

I, Marilyn E. Bednarski, hereby declare the following:

1.  I am an attorney licensed to practice in the State of California and a partner at the firm McLane, Bednarski & Litt, LLP, attorneys of record for Plaintiff in this action. This declaration is submitted in support of Plaintiff's Opposition to Special Motion to Strike Complaint Pursuant to California Anti-SLAPP Statute (C.C.P. § 425.16, et seq.) by Defendants Erika Girardi, Laia Ribatallada, and Michael Minden. The facts set forth herein are within my personal knowledge or knowledge gained from review of the pertinent documents. If called upon, I could and would testify competently thereto.

2.  I prepared and concurrently file with this Opposition a request for judicial notice to be taken of Exhibits 5 (Indictment), 6 (Motion to Dismiss) and 7 (Order granting motion to dismiss) in *U.S. v. Christopher Psaila*, 17-cr-257-FMO (CDCLA) which are publicly available and were downloaded from PACER, the public website for federal court documents.

3.  I accessed PACER and found that Thomas Girardi, Erika Girardi's husband of twenty years (until 2020), has been indicted in two cases alleging misappropriation of client settlement funds: one case in the Central District of California and another case in the Northern District of Illinois. Both cases in which Mr. Girardi has been indicted, are found in public court documents on PACER. See *United States v. Thomas Vincent Girardi, et al.*, 2:23-cr-00047-JLS (C.D. Cal.) (misappropriating millions from clients between 2010 and 2020, prior to the false fraud report of 2016); *United States v. Thomas Vincent Girardi, et al.*, 1:23-cr-00054-RAG (N.D. Ill.) (accused of scheming to misappropriate settlement funds for clients).

4.  In addition, I accessed PACER and found that Thomas Girardi was forced into involuntary bankruptcy in late December 2021, and formally placed into Chapter 7

DECLARATION OF MARILYN BEDNARSKI ISO OPPOSITION TO ANTI-SLAPP MOTION
1

1  bankruptcy January 13, 2021. The bankruptcy case is also found in public court
2  documents on PACER. See *In re: Girardi Keese*, 2:20-bk-21022-BR (C.D. Cal).

3     5.    Exhibit 1A attached to the Psaila Declaration and filed concurrently with
4  the Opposition to the Defendants' Motion to Strike Complaint pursuant to California
5  anti-SLAPP statute to the Complaint is the same exhibit as Exhibit 1 that was attached
6  to the Complaint filed in this case.

8    I declare under penalty of perjury that the foregoing is true and correct.
9  Executed this November 20, 2023, at Pasadena, California.

                   */s/ Marilyn E. Bednarski*
                   Marilyn E. Bednarski

DECLARATION OF MARILYN BEDNARSKI ISO OPPOSITION TO ANTI-SLAPP MOTION
2