BARRETT S. LITT, SBN 45527
Email: blitt@mbllegal.com
DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

STANLEY I. GREENBERG, SBN 53649
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel: (424) 248-6600
Fax: (424) 248-6601
Email: Stanmanlaw@aol.com

BRUCE BERNARD BEALKE
(pro hac vice)
(Illinois SBN 6200543)
77 West Wacker Drive, Ste. 45001
Chicago, IL 60601
Tel: (312) 216-7177
Fax: (312) 741-1010
Email: bealkelaw@protonmail.com

*Attorneys for Plaintiff* CHRISTOPHER PSAILA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case no.: 2:23-cv-07120-MWF (SKx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE GIRARDI DEFENDANTS' ANTI-SLAPP MOTION; EXHIBITS 5-7**<br><br>[Filed concurrently with Opposition and Declarations]<br><br>**Hrg. Date: December 18, 2023**<br>**Time: 10:00 a.m.**<br>**Crtrm: 5A** |

REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO GIRARDI DEFS' ANTI-SLAPP MOTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Christopher Psaila, hereby requests the Court to take judicial notice pursuant to Federal Rules of Evidence 201 of the following documents:

- **Exhibit 5:** April 28, 2017 Indictment in *U.S. v. Christopher Psaila*, USDC Case No. 17-cr-00257-FMO (ECF 1);
- **Exhibit 6:** September 28, 2021 Government's Motion to Dismiss Indictment Pursuant to Federal Rule of Criminal Procedure 48(a) *U.S. v. Christopher Psaila*, USDC Case No. 17-cr-00257-FMO (ECF 71); and
- **Exhibit 7:** September 29, 2021 Order dismissing the indictment in *U.S. v. Christopher Psaila*, USDC Case No. 17-cr-00257-FMO (ECF 72).

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Exhibits 5 through 7 meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, and therefore, the Court should take judicial notice of them pursuant to Rule 201(c)(2) of the Federal Rules of Evidence. *See, e.g., United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases."); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (noting that a court may "take judicial notice of court filings and other matters of public record").

/ / /

/ / /

/ / /

/ / /

REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO GIRARDI DEFS' ANTI-SLAPP MOTION

1

| | | |
|---|---|---|
| 1 | DATED: November 20, 2023 | MCLANE, BEDNARSKI & LITT, LLP |
| 2 | | By: */s/ Marilyn E. Bednarski* |
| 3 | | David S. McLane |
| 4 | | Barrett S. Litt |
| | | Marilyn E. Bednarski |
| 5 | | |
| 6 | | Bruce Bealke (Pro Hac Vice) |
| | | Stanley Greenberg |
| 7 | | |
| 8 | | Attorneys for Plaintiff |
| 9 | | CHRISTOPHER PSAILA |

REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO GIRARDI DEFS' ANTI-SLAPP MOTION

2

# EXHIBIT 5

FILED
2017 APR 28 PM 2:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 17CR0257 |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1029(a)(2): Use of an Unauthorized Access Device; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| CHRISTOPHER PSAILA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(a)(2)]

Beginning on or about December 1, 2015, and ending on or about November 30, 2016, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER PSAILA ("PSAILA") knowingly and with intent to defraud, used an unauthorized access device (as defined in Title 18, United States Code, Section 1029(e)(1) and (3)), namely, an American Express credit card, and by such conduct obtained things of value aggregating at least $1,000 during that period, with said use affecting interstate and foreign commerce.

Ex. 5-1

## COUNTS TWO THROUGH EIGHT

[18 U.S.C. § 1343]

A. **INTRODUCTORY ALLEGATIONS**

1. At all times relevant to this Indictment:

    a. Defendant PSAILA and others known and unknown to the grand jury, operated two companies, Marco Marco LLC and MarcoSquared, LLC (collectively, "Marco Marco"). The business of Marco Marco LLC was to design and sell custom-made costumes. The business of MarcoSquared, LLC was to design and sell underwear.

    b. American Express ("AmEx") processed all credit card charges made in the western United States by wire through a server in Phoenix, Arizona.

B. **THE SCHEME TO DEFRAUD**

2. Beginning at an unknown date but no later than January 26, 2015, and continuing through on or about November 30, 2016, in Los Angeles County, within the Central District of California, defendant CHRISTOPER PSAILA ("PSAILA"), knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud victim E.G. ("E.G."), as to material matters, and to obtain money and property from victim E.G. by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. The scheme to defraud victim E.G. operated, in substance, in the following manner:

    a. Victim E.G. provided Marco Marco with the account number for her AmEx credit card ending in 63516 to facilitate her purchase of costumes.

      b.    Defendant PSAILA, knowingly and with the intent to defraud, caused charges to be made on victim E.G.'s AmEx credit card ending in 63516 without victim E.G.'s authorization.

      c.    As a result of defendant PSAILA's scheme, AmEx suffered losses in excess of $700,000.

C.    USE OF THE WIRES

4.    On or about the following dates, in Los Angeles County, within the Central District of California, defendant PSAILA, for the purpose of executing the above-described scheme to defraud, caused the transmission by means of wire communication in interstate and foreign commerce, by charging victim E.G.'s AmEx card ending in 63516 without authorization:

| COUNT | DATE | AMOUNT CHARGED |
|---|---|---|
| 2 | October 21, 2015 | $7,500 |
| 3 | December 28, 2015 | $8,500 |
| 4 | March 29, 2016 | $7,600 |
| 5 | April 14, 2016 | $9,156 |
| 6 | May 23, 2016 | $9,256.37 |
| 7 | June 8, 2016 | $10,300.50 |
| 8 | August 10, 2016 | $10,355 |

## COUNT NINE

[18 U.S.C. § 1028A(a)(1)]

Beginning on or about December 1, 2015, and ending on or about November 30, 2016, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER PSAILA ("PSAILA") knowingly possessed and used, without lawful authority, a means of identification that defendant PSAILA knew belonged to another person, namely, the name and American Express account number of victim E.G., during and in relation to the offense of use of an unauthorized access device, a felony violation of Title 18, United States Code, Section 1029(a)(2), as charged in Count One of this Indictment.

A TRUE BILL

/s/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

GEORGE E. PENCE
Assistant United States Attorney
General Crimes Section

# EXHIBIT 6

```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  CHRISTOPHER D. GRIGG
    Assistant United States Attorney
 3  Chief, National Security Division
    LAUREN RESTREPO (Cal. Bar No. 319873)
 4  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3825
 7       Facsimile: (213) 894-0141
         E-mail:    lauren.restrepo@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-257-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| CHRISTOPHER PSAILA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Lauren Restrepo, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the indictment in the above-captioned matter without prejudice. The United States further

///

///

///

Ex. 6-1

1  requests that all hearings and deadlines in this case be vacated,
2  that defendant's bond be exonerated, and that his terms and
3  conditions of pre-trial release be terminated.

4  Dated: September 28, 2021          Respectfully submitted,

                                      TRACY L. WILKISON
                                      Acting United States Attorney

                                      CHRISTOPHER D. GRIGG
                                      Assistant United States Attorney
                                      Chief, National Security Division


                                      _____/s/_____
                                      LAUREN RESTREPO
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

```
 1 │ TRACY L. WILKISON
   │ Acting United States Attorney
 2 │ CHRISTOPHER D. GRIGG
   │ Assistant United States Attorney
 3 │ Chief, National Security Division
   │ LAUREN RESTREPO (Cal. Bar No. 319873)
 4 │ Assistant United States Attorney
   │ Cyber & Intellectual Property Crimes Section
 5 │      1500 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-3825
 7 │      Facsimile: (213) 894-0141
   │      E-mail:    lauren.restrepo@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ UNITED STATES OF AMERICA
10 │                  UNITED STATES DISTRICT COURT
11 │             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │ UNITED STATES OF AMERICA,          No. CR 17-257-FMO
13 │           Plaintiff,               [PROPOSED] ORDER
14 │      v.
15 │ CHRISTOPHER PSAILA,
16 │           Defendant.
17 │
18 │
19 │      Upon motion of the United States of America pursuant to Rule
20 │ 48(a) of the Federal Rules of Criminal Procedure, the Court hereby
21 │ orders that the indictment in the above-captioned matter is
22 │ ///
23 │ ///
24 │ ///
25 │
26 │
27 │
28 │
```

Ex. 6-3

1 | dismissed without prejudice.  All further hearings and deadlines are
2 | vacated, defendant's bond is exonerated, and the terms and
3 | conditions of defendant's pretrial release are terminated.
4 |     IT IS SO ORDERED.
5 |
6 | _____      _____
   DATE                            HONORABLE FERNANDO M. OLGUIN
7 |                                                UNITED STATES DISTRICT JUDGE
8 | Presented by:
9 | _____/s/_____
10 | LAUREN RESTREPO
    Assistant United States Attorney

2

**Ex. 6-4**

# EXHIBIT 7

JS - 3

cc: PSA

TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Facsimile: (213) 894-0141
     E-mail:    lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-257-FMO |
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER PSAILA, | |
| Defendant. | |

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby orders that the indictment in the above-captioned matter is

///

///

///

Ex. 7-1

dismissed without prejudice.  All further hearings and deadlines are vacated, defendant's bond is exonerated, and the terms and conditions of defendant's pretrial release are terminated.

IT IS SO ORDERED.

September 29, 2021
DATE

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
LAUREN RESTREPO
Assistant United States Attorney