| | |
|---|---|
| BARRETT S. LITT, SBN 45527<br>Email: blitt@mbllegal.com<br>DAVID S. McLANE, SBN 124952<br>Email: dmclane@mbllegal.com<br>MARILYN E. BEDNARSKI, SBN 105322<br>Email: mbednarski@mbllegal.com<br>McLANE, BEDNARSKI & LITT, LLP<br>975 East Green Street<br>Pasadena, California 91106<br>Tel: (626) 844-7660<br>Fax: (626) 844-7670 | BRUCE BERNARD BEALKE<br>(pro hac vice)<br>(Illinois SBN 6200543)<br>77 West Wacker Drive, Ste. 45001<br>Chicago, IL 60601<br>Tel: (312) 216-7177<br>Fax: (312) 741-1010<br>Email: bealkelaw@protonmail.com |

STANLEY I. GREENBERG, SBN 53649
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel: (424) 248-6600
Fax: (424) 248-6601
Email: Stanmanlaw@aol.com

*Attorneys for Plaintiff* CHRISTOPHER PSAILA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>  Plaintiff,<br><br>   v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>  Defendants. | Case no.: 2:23-cv-07120-MWF (SKx)<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT ROBERT SAVAGE'S MOTION TO DISMISS**<br><br>Complaint filed: 8/29/2023 |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT ROBERT SAVAGE'S MOTION TO DISMISS

# STIPULATION

Plaintiff, Christopher Psaila ("Plaintiff") and Defendant Lorenzo Roberto Savage II, sued herein as Robert Savage ("Defendant"), hereby enter the following stipulation:

WHEREAS, Plaintiff filed a complaint on August 29, 2023 (ECF 1);

WHEREAS, Defendant's response to the complaint was originally due on December 26, 2023;

WHEREAS, pursuant to L.R. 8-3 the parties stipulated on December 26, 2023 to extend Defendant's response deadline to January 25, 2024 (ECF 58);

WHEREAS, the parties entered into a second stipulation on January 23, 2024 to extend Defendant's response deadline to February 9, 2024 (ECF 63) which was approved by the Court on January 24, 2024 (ECF 65);

WHEREAS, Defendant's response to the complaint is currently due on February 9, 2023;

WHEREAS, Defendant intends to file a motion to dismiss, and the parties met and conferred on the motion on February 2, 2024.

NOW THEREFORE, the parties by and through their respective undersigned counsel, hereby stipulate, agree, and respectfully request the Court enter the following briefing schedule:

1. Defendant will file his motion to dismiss on February 9, 2024;
2. Plaintiff will file his opposition to Defendant's motion to dismiss on March 8, 2024;
3. Defendant will file his reply on March 22, 2024;
4. The hearing on Defendant's motion to dismiss will be set for April 8, 2024 at 10:00 a.m., subject to the Court's availability, or such later date as

may be convenient to the Court.

IT IS SO STIPULATED.

Dated: February 2, 2024          McLANE, BEDNARSKI & LITT, LLP

By: */s/ David S. McLane*
    BARRETT S. LITT
    MARILYN E. BEDNARSKI
    DAVID S. McLANE

    Attorneys for Plaintiff Christopher Psaila

Dated: February 2, 2024          ANAND LAW GROUP, P.C.

By: */s/ Harvinder S. Anand*
    HARVINDER S. ANAND

    Attorneys for Defendant Lorenzo Robert Savage III

## ATTESTATION PURSUANT TO L.R. 5-4.3.4

I, David S. McLane, attest that all signatories listed and on whose behalf this filing is submitted concur with the content of this filing and have authorized this filing and affixing of their electronic signatures.

Dated: February 2, 2024          McLANE, BEDNARSKI & LITT, LLP

By: */s/ David S. McLane*
    DAVID S. McLANE
    Attorneys for Plaintiff Christopher Psaila