HARVINDER S. ANAND (SBN 243913)
ANAND LAW GROUP, P.C.
301 N. Lake Avenue, Suite 600
Pasadena, California 91101
Phone: (626) 239-7250
Fax: (626) 239-7150
Email: harv@anandlawgroup.com

Attorneys for Defendant
LORENZO ROBERT SAVAGE III

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-07120 MWF (SKx)<br><br>Honorable Michael W. Fitzgerald<br><br>**DEFENDANT ROBERT SAVAGE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Complaint served: 9/12/2023<br><br><u>Hearing:</u><br>Date: April 8, 2024<br>Time: 10:00 a.m.<br>Courtroom: 5A |

-1-

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Lorenzo Robert Savage III, sued herein as Robert Savage, respectfully requests that the Court take judicial notice of the following documents from Plaintiff's criminal case, in connection with his concurrently filed Motion to Dismiss Complaint:

| Exh. No. | Description |
|---|---|
| 1. | Case Management Order (Dkt. No. 24) in *United States v. Psaila*, Case No. CR 17-00257-FMO (Cent. Dist. Calif.) (hereinafter, "*Psaila*"), filed May 25, 2017. |
| 2. | Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant To Speedy Trial Act (Dkt. No. 38) in *Psaila*, filed June 5, 2018. |
| 3. | Court's Docket in *Psaila*. |
| 4. | Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant To Speedy Trial Act (Dkt. No. 56) in *Psaila*, filed January 6, 2020. |
| 5. | Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant To the Speedy Trial Act (Dkt. No. 64) in *Psaila*, filed April 6, 2021. |

The Court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court

"must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). "A court's official records are considered reliable public records not subject to reasonable dispute under the Federal Rules of Evidence." *Eliott v. Lions Gate Ent. Corp.*, 639 F. Supp. 3d 1012, 1021 (C.D. Cal. 2022).

"A court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001)). Mr. Savage respectfully requests that the Court take judicial notice of the attached records from Plaintiff's criminal case in this district, the accuracy of which cannot reasonably be questioned.

Dated: January 23, 2024                    Respectfully submitted,

                                           ANAND LAW GROUP, P.C.

                                           By: /s/ Harvinder S. Anand
                                           HARVINDER S. ANAND

                                           Attorneys for Defendant
                                           Lorenzo Robert Savage III