# PROOF OF SERVICE

**Christopher Psaila v. Erika Girardi, et al.**
**Case No. 2:23-cv-07120-MWF (SKx)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On March 8, 2024, I served true copies of the following document(s) described as **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT BY DEFENDANTS ERIKA GIRARDI, LAIA RIBATALLADA, AND MICHAEL MINDEN** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2024, at Costa Mesa, California.

_____
Cheryl Winsten

**SERVICE LIST**
**Christopher Psaila v. Erika Girardi, et al.**
**Case No. 2:23-cv-07120-MWF (SKx)**

| | |
|---|---|
| Barrett S. Litt<br>David S. McLane<br>Marilyn E. Bednarski<br>McLANE, BEDNARSKI & LITT, LLP<br>975 East Green Street<br>Pasadena, California 91106<br>Tel:   (626) 844-7660<br>Fax:  (626) 844-7670<br>Email:        blitt@mbllegal.com<br>Email:        dmclane@mbllegal.com<br>Email:        mbednarski@mbllegal.com | Attorneys for Plaintiff<br>Christopher Psaila |
| Stanley I. Greenberg<br>11845 W. Olympic Blvd., Ste. 1000<br>Los Angeles, CA 90064<br>Tel:   (424) 248-6600<br>Fax:  (424) 248-6601<br>Email:        stanmanlaw@aol.com | |
| Bruce Bernard Bealke<br>77 West Wacker Drive, Ste. 45001<br>Chicago, IL 60601<br>Tel:   (312) 216-7177<br>Fax:  (312) 741-1010<br>Email:        bealkelaw@protonmail.com | |
| Amy M. Ross<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel:   (415) 773-5700<br>Fax:  (415) 773-5759<br>Email:        aross@orrick.com | Attorneys for Defendants<br>American Express Company and<br>Peter Grimm |
| Ben Au<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>631 Wilshire Blvd., Suite 2C<br>Santa Monica, CA 90401<br>Tel:   (310) 633-2800<br>Fax:  (310) 633-3849<br>Email: ben.au@orrick.com | |

|   |   |   |
|---|---|---|
| 1 | Brian M. Boynton<br>Principal Deputy Assistant Attorney General | Attorneys for United States of America (Defendants Robert Savage, Kenneth Henderson, and Steven Scarince) |
| 2 | U.S. Department of Justice, Civil Division<br>C. Salvatore D'Alessio, Jr. | |
| 3 | Director, Torts Branch, Civil Division<br>Richard Montague | |
| 4 | Senior Trial Counsel, Torts Branch<br>Connor J. Hackert | |
| 5 | Trial Attorney<br>P.O. Box 7146, Ben Franklin Station | |
| 6 | Washington, DC 20044<br>Tel: (202) 616-4332 | |
| 7 | Fax: (202) 616-4314<br>E-mail: Connor.Hackert@usdoj.gov | |