1  EVAN C. BORGES, State Bar No. 128706
     *EBorges@GGTrialLaw.com*
2  HEEJIN H. HWANG, State Bar No. 349455
     *HHwang@GGTrialLaw.com*
3  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Telephone: (949) 383-2800
5  Facsimile: (949) 383-2801

6  Attorneys for Defendants Erika Girardi,
   Laia Ribatallada, and Michael Minden

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  CHRISTOPHER PSAILA, | Case No. 2:23-cv-07120-MWF (SKx) |
| 13           Plaintiff, | **REPRESENTATION STATEMENT BY DEFENDANTS ERIKA GIRARDI, LAIA RIBATALLADA, AND MICHAEL MINDEN** |
| 14        v. | |
| 15  ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, | Filed Concurrently with Notice of Appeal to the United States Court of Appeals for the Ninth Circuit by Defendants Erika Girardi, Laia Ribatallada, and Michael Minden |
| 16  ROBERT SAVAGE,  KENNETH HENDERSON, STEVE  SCARINCE, | |
| 17  PETER GRIMM, LAIA RIBATALLADA, MICHAEL | |
| 18  MINDEN, and DOES 1 TO 10, Inclusive, | |
| 19           Defendants. | Action Filed:  August 29, 2023 Trial Date:  Not Assigned |
| 20 | |

21

22

23

24

25

26

27

28

Pursuant to Ninth Circuit Rule 3-2, and in compliance with Rule 12(b) of the Federal Rules of Appellate Procedure, Defendants Erika Girardi, Laia Ribatallada, and Michael Minden file this Representation Statement identifying all parties to the action and contact information of their counsel, concurrently with their Notice of Appeal.

Defendants and Appellants Erika Girardi, Laia Ribatallada, and Michael Minden are represented by:

| | |
|---|---|
| Evan C. Borges (CA State Bar No. 128706)[1]<br>Heejin H. Hwang (CA State Bar No. 349455)<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California 92626<br>Tel:    (949) 383-2800<br>Fax:    (949) 383-2801<br>Email:        EBorges@GGTrialLaw.com<br>Email:        HHwang@GGTrialLaw.com | Attorneys for Defendants Erika Girardi, Laia Ribatallada, and Michael Minden |

Plaintiff and Appellee Christopher Psaila is represented by:

| | |
|---|---|
| Barrett S. Litt (CA State Bar No. 45527)<br>David S. McLane (CA State Bar No. 124952)<br>Marilyn E. Bednarski (CA State Bar No. 105322)<br>McLANE, BEDNARSKI & LITT, LLP<br>975 East Green Street<br>Pasadena, California 91106<br>Tel:    (626) 844-7660<br>Fax:    (626) 844-7670<br>Email:        blitt@mbllegal.com<br>Email:        dmclane@mbllegal.com<br>Email:        mbednarski@mbllegal.com | Attorneys for Plaintiff Christopher Psaila |

Stanley I. Greenberg (CA State Bar No. 53649)
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel:    (424) 248-6600
Fax:    (424) 248-6601
Email:        stanmanlaw@aol.com

---

[1] Mr. Borges is registered for Electronic Filing in the Ninth Circuit.

1  Bruce Bernard Bealke (IL State Bar No. 6200543)
2  77 West Wacker Drive, Ste. 45001
   Chicago, IL 60601
3  Tel:   (312) 216-7177
   Fax:   (312) 741-1010
4  Email:      bealkelaw@protonmail.com

5

6  DATED:  March 8, 2024            GREENBERG GROSS LLP
7

8

9  By: _____
10                                  Evan C. Borges
11                                  Heejin H. Hwang
                                    Attorneys for Defendants Erika Girardi,
12                                  Laia Ribatallada, and Michael Minden

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

### Christopher Psaila v. Erika Girardi, et al.
### Case No. 2:23-cv-07120-MWF (SKx)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On March 8, 2024, I served true copies of the following document(s) described as **REPRESENTATION STATEMENT BY DEFENDANTS ERIKA GIRARDI, LAIA RIBATALLADA, AND MICHAEL MINDEN** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2024, at Costa Mesa, California.

_____
Cheryl Winsten

**SERVICE LIST**
**Christopher Psaila v. Erika Girardi, et al.**
**Case No. 2:23-cv-07120-MWF (SKx)**

Barrett S. Litt
David S. McLane
Marilyn E. Bednarski
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel:   (626) 844-7660
Fax:   (626) 844-7670
Email:       blitt@mbllegal.com
Email:       dmclane@mbllegal.com
Email:       mbednarski@mbllegal.com

Attorneys for Plaintiff
Christopher Psaila

Stanley I. Greenberg
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel:   (424) 248-6600
Fax:   (424) 248-6601
Email:       stanmanlaw@aol.com

Bruce Bernard Bealke
77 West Wacker Drive, Ste. 45001
Chicago, IL 60601
Tel:   (312) 216-7177
Fax:   (312) 741-1010
Email:       bealkelaw@protonmail.com

Amy M. Ross
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:   (415) 773-5700
Fax:   (415) 773-5759
Email:       aross@orrick.com

Attorneys for Defendants
American Express Company and
Peter Grimm

Ben Au
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2C
Santa Monica, CA 90401
Tel:   (310) 633-2800
Fax:   (310) 633-3849
Email: ben.au@orrick.com

Brian M. Boynton
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
C. Salvatore D'Alessio, Jr.
Director, Torts Branch, Civil Division
Richard Montague
Senior Trial Counsel, Torts Branch
Connor J. Hackert
Trial Attorney
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 616-4332
Fax:  (202) 616-4314
E-mail: Connor.Hackert@usdoj.gov

Attorneys for United States of
America (Defendants Robert
Savage, Kenneth Henderson, and
Steven Scarince)