Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
KENNETH HENDERSON and STEVE SCARINCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07120-MWF-SK<br><br>**STIPULATION BETWEEN DEFENDANTS HENDERSON AND SCARINCE AND PLAINTIFF RE BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Judge:  Hon. Michael W. Fitzgerald |

TO THE HONORABLE MICHAEL W. FITZGERALD

WHEREAS, Plaintiff CHRISTOPHER PSAILA filed a Complaint on August 29, 2023 (Dkt #1).

WHEREAS, the Parties stipulated to the following briefing schedule on Defendants Henderson and Scarince's Motion to Dismiss: Motion to Dismiss to be filed by February 1, 2024; Plaintiff's Opposition to be filed by February 29, 2024, and Defendants' Reply brief to be filed by March 14, 2024, with a hearing date of April 1, 2024 at 10:00 a.m.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4895-3365-1629 v1

1

Case No. 2:23-cv-07120-MWF-SK
STIPULATION EXTENDING TIME FOR DEFS
TO FILE REPLY BRIEF ISO MTD

WHEREAS, defense counsel needs extra time to draft the reply brief due to a close family member in the hospital;

WHEREAS, the Parties represent that this request is not for purposes of delay or to prejudice any other party, but is instead meant to accommodate the schedule(s) of all parties' counsel;

WHEREAS, extending the reply brief deadline to from March 14 to March 18, 2024, will still allow the Court to have briefing completed two weeks before the hearing;

NOW THEREFORE, the Parties hereby agree and stipulate that Defendants KENNETH HENDERSON and STEVE SCARINCE, shall have up to and including March 18, 2024, to file their Reply brief.

IT IS SO STIPULATED.

Dated: March 14, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*[1]
    Susan E. Coleman

Attorneys for Defendants
KENNETH HENDERSON and STEVE SCARINCE

Dated: March 14, 2024          MCLANE, BEDNARSKI & LITT, LLP

By: *David S. McLane*
    Barrett S. Litt
    David S. McLane
    Marilyn E. Bednarski

Attorneys for Plaintiff
Christopher Psaila

---

[1] Pursuant to L.R. 5-4.3.4(2)(i), I attest that the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4895-3365-1629 v1

2

Case No. 2:23-cv-07120-MWF-SK
STIPULATION EXTENDING TIME FOR DEFS
TO FILE REPLY BRIEF ISO MTD