UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:23-cv-07120-MWF-SKx                                         Date: April 8, 2024

Title   Christopher Psaila v. Erika Girardi et al

Present: The Honorable:   Michael W. Fitzgerald

| Daniel Tamayo | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David McLane | Ben Au, Harvinder Anand, Deann Rivard |

**Proceedings: ZOOM - DEFENDANTS HENDERSON AND SCARINCE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES [67]
DEFENDANT ROBERT SAVAGE'S MOTION TO DISMISS COMPLAINT [72]**

Case is called and counsel make their appearances via Zoom. Oral argument is heard. For the reasons stated on the record, the Motions are taken under submission.

:50

**Initials of Preparer**   dta