# EXHIBIT 1

**Indictment count 2**
**TRANSACTION #43**
**DATE :10/21/15**
**Amount: $7500**
*Erika Girardi and Marco Marco worked together for nearly 4 years, and at no time brought up any issue with billing
*American Express statements reveal hotel and travel purchases consisten with the timeline.
*Corresponding texts with Laia Ribatella confirm client's knowledge of transaction
*American Exbress made NO effort at time of transaction or after to contact anyone at Marco Marco
*American Express refunded Erika Jayne $787117.88











Aug 25, 2015 Marco and his team begin designing at the request of Michael Minden and Laia Ribatella, creating several styles for performances on
Sep. 5 (filmed San Diego perf for RHOBH)
Sep. 19 (Las Vegas Perf @ Bellagio)
Oct. 31 (Miami Perf Rock the Troops)
Nov. 8 (Palm Springs Pride)





A design is confirmed and Marco and his team begin the process of creating the new garment. This approval is only starting point. The design can change in any number of ways from this point to delivery, including but not limited to- cut, color, and style or fullness of embellishment
Quantity may vary as Laia generally would have duplicates made after final approval, and throughout the year.

Ex. 1-1

**Oct 21, 2015** As is customary, Marco relays design confirmation to Chris, who in turn runs card on file.
Acknowledging that the payment for the Nov. 8 to begin production, Laia texts Chris to schedule fitting for the following Monday, Oct 26.
Oct.25 2015 Laia moves fitting to Tuesday, Oct 28
Oct 27, 2015 Laia moves fitting to Wednesday, Oct 29.
She then requests to meet about a last minute look this would have been to revamp the black flame catsuit with crystal and to begin design on the gold and black leotard embellished with crystal and beaded fringe referenced in Count 2

Due to EJ being in Miami over the Halloween weekend. for a performance on the Big E for Rock the Troops Fitting is moved to Nov. 3, 2015.
At Laia's request, fitting is moved last minute to CenterStaging in the Valley





Nov.5, 2015 at Michael Minden's request, asks for beaded fringe, the beads used are 60-120$ a yard depending on length of fringe requiring several yards and hours of hand sewing to be added to an already sewn and embellished garment.

Nov. 6, Michael Minden inquires about when Marco will be arriving in Palm Springs with the new garment.
Marco drives up to P.S. on Nov. 7th, to conduct a fitting at EJ's suite.  He makes all final adjustments by hand on site.
Nov. 8, Marco dresses EJ in her new costume, and accompanies her to her performance

116

**Ex. 1-2**

## Indictment Count 3
## TRANSACTION #58
### Date: 12/28/2015
### Amount: $8500

• Erika Girardi and Marco Marco worked together for nearly 4 years, and at no time brought up any issue with billing
• American Express statements reveal hotel and travel purchases consistent with the timeline.
• Corresponding texts with Laia Ribatella confirm client's knowledge of transaction
• American Express made NO effort at time of transaction or after to contact anyone at Marco Marco
• American Express refunded Erika Jayne $787117.88



Nov. 30, 2015 Laia Ribatella contacts Chris Asking for a new costume, Chris asks for clarification as to whether or not this pertains to the photoshoot w EJ that Marco is prepping for Stylist, Dani Michelle. Marco is tasked with creating a new version of one of her favorites in gold crystal with black mesh side panels and gold fringe for a NYE live performance at Denver Gay Bar, Tracks. They will also require 4 Dancer Looks.



Dec. 14, 2015 Michael Minden chooses a gold option with black side panel inserts of powermesh.

63

Ex. 1-3



Dec. 15, 2015 Lala Kibatella schedules a fitting with Chris for Friday, Dec 18, 2015 at 11:30, then 1pm

Dec 15, 2015 Michael Minden and Lala separately inform Marco and Chris, respectively, that Marco will appear on RHOBH with Erika in the following episode.

Dec 22, 2015 Marco delivers refurbished 'black flame' catsuit w whitecrystal for Chicago Christmas show

Dec. 28, 2015 Chris charges card on file for costumes to be delivered prior to NYE

Dec 30, 2015 Marco delivers costumes to Michael Minden's home at 12:25am

Dec 30, 2015 EJ, Michael and Dancers board private jet to perform atTracks Night Club.  Private charter jet was not included in the club booking rate

Ex. 1-4

**INDICTMENT COUNT 4**
**TRANSACTION #79**
**DATE: 3/29/2016**
**ORDER #5-1201**
**AMOUNT: $7600**



## #5-1201 Receipt #5-1201 - March 29, 2016 at 10:54 am from Point of Sale - Hollywood Flagship Store    O Fulfilled

**Fulfilled (1)** #5-1201-F1        Hollywood Flagship Store      **Customer**

| | | | |
|---|---|---|---|
| Erika girardi wholesale | $7,600.00 × 1 | $7,600.00 | No customer |

**CONTACT INFORMATION**

| | | |
|---|---|---|
| Subtotal | 1 item | $7,600.00 |
| Tax | CA State Tax 7.5% | $0.00 |
| | Los Angeles County Tax 1.5% | $0.00 |
| **Total** | | **$7,600.00** |

No email address

**SHIPPING ADDRESS**

No shipping address

Paid by customer        $7,600.00

**BILLING ADDRESS**

No billing address

**MARCH 31, 2016**

$7,428.70 USD was added to your Apr 1, 2016 payout.      12:58 am

**MARCH 29, 2016**

$7,428.70 USD will be added to your Apr 1, 2016 payout.      10:54 am

A $7,600.00 USD payment was processed on the American Express ending in 3516. ›       10:54 am

Shopify fulfilled 1 item from Hollywood Flagship Store. ›      10:54 am

Chris Psaila processed this order on Shopify POS. ›      10:54 am



Mar 3, 2016 Laia requests 3 new costumes to be designed for upcoming events, specifically White Party Palm Springs

Mar 4, 2017 Chris informs Laia Ribatella that a new card needs to be put on file for the next order. When asked if the card expired, Chris explains that he does not keep card information after the new year. She sends over new billing info and Credit Card info

Mar 7, 2016 After reviewing designs, Creative Assistant, Michael Minden, and Laia Ribatella inform Chris that they would like to move forward with black and white chevron design but with the addition of AB (Aurora Borealis) crystal.
Chris is instructed to 'Make it insane' and he complies, saying he will 'completely cover this one', alluding to the extreme coverage that will be implemented

Mar 17, 2016, Laia requests that the white fringe be taken off and replaced with black. Michael and Marco speak about saving white for White Party the following month before Apr 9, 2016

Mar 28, 2016 leaves for airport at 1130, EJ, Michael Minden and Laia Ribatella come to studio for final fitting on newly altered costume. Upon final approval, the requisite duplicate is made with white fringe for White Party Palm Springs to be delivered

Mar 29, 2016 Card kept on file is charged for new costumes for EJ and additional dancers.
Laia Ribatella picks up new costumes
Mar 31, 2016 EJ and 4 Dancers perform live in Dallas at the Rosewood Mansion in Turtle Creek
Apr 11, 2016 EJ and 10 dancers perform live at White Party Palm Springs



Received from Leah Mikey Minden Assist on Mar 18, 2016 4:58:34 PM

Hey! Do u have a pic of the fringe status? :)

Sent to Leah Mikey Minden Assist on Mar 18, 2016 5:01:26 PM



Mar 17, 2016, Laia requests that the white fringe
be taken off and replaced with black.  Michael and
Marco speak about saving white for White Party the
following month before Apr 9, 2016





Received from Leah Mikey Minden Assist on Mar 18, 2016 5:02:41 PM

So much better!! 

Received from Leah Mikey Minden Assist on Mar 22, 2016 7:46:14 AM

Maybe we can swing by friday morning to try costumes? Is that ok?

Sent to Leah Mikey Minden Assist on Mar 22, 2016 7:47:24 AM

Yah no problem

Sent to Leah Mikey Minden Assist on Mar 24, 2016 4:20:54 PM

Marco he to leave for airport at 1130 on Monday. We can do it quickly though or maybe fit a little earlier? 

Received from Leah Mikey Minden Assist on Mar 24, 2016 4:22:26 PM

Should b pretty quick, we should be good if I get E there on time...

Received from Leah Mikey Minden Assist on Mar 29, 2016 5:39:26 PM



On my way to pick up

ounds good 

Sent to Leah Mikey Minden Assist on Mar 29, 2016 6:39:41 PM

Ok sounds good

good for 11? 

Received from Leah Mikey Minden Assist on Mar 28, 2016 8:27:04 AM



Yes! Will b right on time :)

Mar 28, 2016 leaves for airport at 1130, EJ, Michael
Minden and Laia Ribatella come to studio for final
fitting on newly altered costume.  Upon final approval,
the requisite duplicate is made with white fringe for
White Party Palm Springs to be delivered

232

INDICTMENT COUNT 5
TRANSACTION #85
Date: 4/14/2016
Order Invoice #5-1208
Amount: 9156











Final garment blended elements from both



Ex. 1-9



**#5-1208**  ● Paid  ● Fulfilled

Receipt #5-1208 - April 14, 2016 at 12:12 pm from 🏠 Point of Sale - Hollywood Flagship Store

#5-1208-F1                                          ...

Location
Hollywood Flagship Store

Fulfilled
April 14, 2016

**Erika girardi**    $8,400.00  ×  1    $8,400.00

| Subtotal | 1 item | $8,400.00 |
|----------|--------|-----------|
| Tax | | $756.00 |
| | CA State Tax (7.5%) | |
| | $630.00 | |
| | Los Angeles County Tax (1.5%) | |
| | $126.00 | |
| **Total** | | **$9,156.00** |

| Paid by customer | $9,156.00 |
|------------------|-----------|



**Customer**

**Contact information** ✎

No email provided
No phone number

**Shipping address** ✎

No shipping address provided

**Billing address**

No billing address provided

**Timeline**

April 15, 2016

$8,949.69 USD was added to your   Apr 17, 2016    11:59 PM
payout.

243

Ex. 1-10



Apr. 4, 2016 Laia Ribatella contacts Marco for a pick up time, Garment is worn Apr. 11, 2016

Apr 14, 2016 On file card is charged well before due date in order to off set materials costs.

May 3, 2016 Pink 'Feb' Diamond Cut Out in Pink is returned for a full refurbish including stones and any stressed seams

May 10, 2016 Laia inquires about an off site fitting at Centerstaging for EJ. Marco is in Florida, so Chris sends two employees on his behalf.

May 11, 2016 Fitting w tailors takes place at CenterStaging

May 12, 2016 Assistant delivers costume to Laia Chris explains it is 'completely covered' but will still need a few hours to be ready for delivery. Laia says that it looks 'amazing'

Erika's Glam Team shared calendar indicates she had a fitting with Marco at Centerstaging Studios

244

Ex. 1-11



Received from Leah Mikey Minden Assist on Mar 30, 2016 2:46:32 PM

**Let me know how the fitting with the girls go ;)**

Sent to Leah Mikey Minden Assist on Mar 30, 2016 2:48:25 PM

**You got it!**

Received from Leah Mikey Minden Assist on Mar 30, 2016 2:49:00 PM

**Thank u!!**

Sent to Leah Mikey Minden Assist on Mar 30, 2016 6:02:03 PM

**All done! Fits great. Just a quick hem and they're done**

Received from Leah Mikey Minden Assist on Mar 30, 2016 6:02:25 PM

**Amazing!!!**

Received from Leah Mikey Minden Assist on Mar 30, 2016 6:02:28 PM

**Thank you**

Received from Leah Mikey Minden Assist on Apr 4, 2016 9:09:00 AM

**Hey there!**
**Question! Did E try the white party costume? If so can we see pics of progress? :)**

Sent to Leah Mikey Minden Assist on Apr 4, 2016 12:18:17 PM

**I'm in Miami. Can you reach out to Marco?**

Received from Leah Mikey Minden Assist on Apr 4, 2016 12:18:30 PM

**I did**

Sent to Leah Mikey Minden Assist on Apr 4, 2016 12:18:36 PM

**Ok thanks**

Received from Leah Mikey Minden Assist on Apr 4, 2016 12:18:45 PM

**Thank you**

Received from Leah Mikey Minden Assist on May 2, 2016 9:02:30 PM

**Heyy!!**
**Ill stop by tmrw and drop off a couple onesies that need some bling love.**

Sent to Leah Mikey Minden Assist on May 2, 2016 9:18:01 PM

**Ok sounds good!**

Received from Leah Mikey Minden Assist on May 3, 2016 12:13:55 PM

245



Received from Leah Mikey Minden Assist on May 9, 2016 11:58:57 AM

Hey!
Are we doing the new costume for this weekend?
If so can we do a fitting wed?..
Have Marco call Mikey when he has a sec.

Sent to Leah Mikey Minden Assist on May 9, 2016 12:01:53 PM

Ok cool. Yes wed works for us.

Received from Leah Mikey Minden Assist on May 9, 2016 12:02:46 PM

Cool!

Sent to Leah Mikey Minden Assist on May 10, 2016 9:05:36 AM

What time would you like to fit tomorrow?

Received from Leah Mikey Minden Assist on May 10, 2016 9:07:54 AM

Is there any way you guys could come up to Centerstaging?
She has a meeting and then rehearsal... Tight day but we gotta fit it tmrw.

Sent to Leah Mikey Minden Assist on May 10, 2016 9:08:34 AM

Yah we can do that. Marco is in Florida but I could send Reina and Daniel.

Sent to Leah Mikey Minden Assist on May 10, 2016 9:08:40 AM

What time is best?

Received from Leah Mikey Minden Assist on May 10, 2016 9:09:52 AM

Yea that would be great! Lets do 1.30PM

Sent to Leah Mikey Minden Assist on May 10, 2016 9:11:52 AM

Great. Sounds good!

Sent to Leah Mikey Minden Assist on May 11, 2016 11:28:20 AM

What's stage number again?

Received from Leah Mikey Minden Assist on May 11, 2016 11:29:56 AM

6

Sent to Leah Mikey Minden Assist on May 11, 2016 1:31:47 PM

Daniel and Reina are out side the door but it's locked

Sent to Leah Mikey Minden Assist on May 12, 2016 6:06:57 PM

Ok cool. Since he is delivering he decided to work on it longer. I'll keep you posted. This one is basically covered in stones. Lol

Received from Leah Mikey Minden Assist on May 12, 2016 6:07:32 PM

Amazing!! Yes no problem :)

Sent to Leah Mikey Minden Assist on May 12, 2016 7:46:26 PM

Sent to Leah Mikey Minden Assist on May 12, 2016 7:46:26 PM

Still going. I hope that's ok with you

Received from Leah Mikey Minden Assist on May 12, 2016 7:47:07 PM

Yes all good! Im home

Received from Leah Mikey Minden Assist on May 12, 2016 7:47:11 PM

Looks amazin!

246

INDICTMENT COUNT 6
TRANSACTION #97
Date: 5/23/2016
Amount: $9256.37



Ex. 1-14



Sent to Leah Mikey Minden Assist on May 16, 2016 3:54:20 PM
**When should we plan to have the red and black done?**

Sent to Leah Mikey Minden Assist on May 16, 2016 3:54:27 PM
**Or was that cut?**

Received from Leah Mikey Minden Assist on May 16, 2016 4:10:15 PM
**Hmm not sure... Lemme ask Mikey**

Received from Leah Mikey Minden Assist on May 16, 2016 5:06:43 PM
**We wore the black this weekend.**
**We need red by June 1st**

Sent to Leah Mikey Minden Assist on May 16, 2016 5:07:05 PM
**Ok**

Received from Leah Mikey Minden Assist on May 26, 2016 9:40:27 AM

Received from Leah Mikey Minden Assist on May 26, 2016 9:40:27 AM
**Hey there!**
**When is the red costume going to be ready? We would need to pick up the 1st at the latest**

Sent to Leah Mikey Minden Assist on May 26, 2016 9:41:49 AM
**No problem. That's what we had been planning. I'll probably have it done on sat**

Received from Leah Mikey Minden Assist on May 26, 2016 3:11:32 PM
**When is marco's bday??**

Sent to Leah Mikey Minden Assist on May 26, 2016 3:18:32 PM
**His actual bday is on the 6th but he's out of town so he's celebrating tonight at the abbey**

Received from Leah Mikey Minden Assist on May 26, 2016 3:18:52 PM
**Gotcha!!!**

Sent to Leah Mikey Minden Assist on May 28, 2016 11:47:56 AM
**Bodysuit is all done**

Received from Leah Mikey Minden Assist on May 28, 2016 12:12:39 PM
**Ok!**

Received from Leah Mikey Minden Assist on May 29, 2016 9:39:48 AM
**You are closed til tuesday right?**

Sent to Leah Mikey Minden Assist on May 29, 2016 9:40:21 AM
**I'll be in all day tomorrow**

Received from Leah Mikey Minden Assist on May 29, 2016 9:40:47 AM
**Ok! Ill swing by tmrw then :)**

---

May 16, 2016 Laia confirms a delivery
date no later than Jun 1, 2016

**May 23, 2016** Newly filed card is charged.
Constant contact is maintained with team from this
point through fittings, completion, and performance.
There are no disputes regarding this look or this char[...]
and the client and her staff continue to order costume[...]
in duplicate and triplicate

May 29, 2016 Laia prepares to pick up
completed red crystal costume





270

Ex. 1-15

INDICTMENT COUNT 7
TRANSACTION #102
Date: 6/8/2016
Order Invoice: 6-1040
Amount: 10300.50





Ex. 1-16



## #6-1040  ● Paid   ● Fulfilled

Receipt #6-1040 - June 8, 2016 at 4:47 pm from 🏬 Point of Sale - Hollywood Flagship Store

#6-1040-F1                                          ...

**Location**
Hollywood Flagship Store

**Fulfilled**
June 8, 2016

| 🖼 | **Quick sale** | $9,450.00 × 1 | $9,450.00 |

| Subtotal | 1 item | $9,450.00 |
| Tax | | $850.50 |
| | CA State Tax (7.5%) | |
| | $708.75 | |
| | Los Angeles County Tax (1.5%) | |
| | $141.75 | |
| **Total** | | **$10,300.50** |
| Paid by customer | | $10,300.50 |



**Customer**

**Contact information**            ✎

No email provided
No phone number

**Shipping address**               ✎

No shipping address provided

**Billing address**

No billing address provided

**Timeline**

June 9, 2016

$10,068.44 USD was added to your payout.     Jun 11, 2016     8:30 PM

**Ex. 1-17**

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:44:53 PM



**Jun 8, 2016** On File Card is Run for Multiple upcoming shows, comprising a small US Tour during the months of Gay Pride. Items include but are not limited to, a black crystal on black Diamond Cut out Leo, Money Print Set for EJ and Dancers, and restoning and altering original black diamond cutout leo with hematite crystal



**Jun 9, 2016**
Laia confirms money print that has been discussed over the past few months. These garments, for both EJ and her dancers, were made multiple times over the course of this year.

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:45:43 PM



**Jun 10, 2016 Assistant delivers garments to EJ at hotel downtown**

Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:47:01 PM

Should i do white zipper on the skirt? 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:47:13 PM

 Yea

 All the way down

Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:47:36 PM

Ok cool. We've got the zipper already so it will be quick. 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:48:21 PM

Great! Should i drop in the am (9.30ish) and then u guys can drop at London by 1pm?

Sent to Leah Mikey Minden Assist on Jun 9, 2016 3:48:52 PM

Yah that works 

Received from Leah Mikey Minden Assist on Jun 9, 2016 3:49:04 PM

 Perf

282

Ex. 1-18

 Received from Leah Mikey Minden Assist on Jun 9, 2016 6:59:21 PM

Can u drop off by noon tmrw at hotel? Wanna make sure it works before we soundcheck ;)

Sent to Leah Mikey Minden Assist on Jun 9, 2016 7:07:54 PM

 Yah that's no problem

 Received from Leah Mikey Minden Assist on Jun 9, 2016 7:08:27 PM

Amazing!

Sent to Leah Mikey Minden Assist on Jun 10, 2016 7:59:42 AM

 I'm at the studio now.

 Received from Leah Mikey Minden Assist on Jun 10, 2016 8:02:59 AM

Perf! Will stop by around 9ish

 Received from Leah Mikey Minden Assist on Jun 10, 2016 11:45:27 AM

Drop off on time?

Sent to Leah Mikey Minden Assist on Jun 10, 2016 11:45:58 AM

 Chase left about 10 minutes ago so he should be there any minute 

 Received from Leah Mikey Minden Assist on Jun 10, 2016 11:48:26 AM

Perfect!!

 Received from Leah Mikey Minden Assist on Jun 10, 2016 12:07:04 PM

Did he make it?

Sent to Leah Mikey Minden Assist on Jun 10, 2016 12:12:54 PM

 He said he's in lobby now dropping 

Received from Leah Mikey Minden Assist on Jun 10, 2016 12:13:06 PM

Ok cool

Received from Leah Mikey Minden Assist on Jun 16,

Hey there!

June 16, 2016 Laia drops off previously made garment for alterations. Sheer panels will be removed and replaced with black panels embellished in crystal

Sent to Leah Mikey Minden Assist on Jun 16, 2016 11:50:24 AM

 Hi

 Received from Leah Mikey Minden Assist on Jun 16, 2016 11:50:57 AM

Im gonna bring the black long sleeve onsesie u guys made recently tmrw, we wanna get rid of the sheer panel on the side, either black fabric or fully rhinestone... Whatever makes more sense.

Received from Leah Mikey Minden Assist on Jun 16, 2016 11:51:05 AM

I would pick up monday

 Received from Leah Mikey Minden Assist on Jun 16, 2016 11:55:21 AM

Cool?

Sent to Leah Mikey Minden Assist on Jun 16, 2016 11:58:26 AM

Ofcourse!! No problem at all. Can you drop early so we have all day to work on it? 

Ex. 1-19



Received from Leah Mikey Minden Assist on Jun 16, 2016 11:59:21 AM

Yes earliest I can drop off is 12-1pm...

Sent to Leah Mikey Minden Assist on Jun 16, 2016 11:59:39 AM


Ok sounds good

Received from Leah Mikey Minden Assist on Jun 16, 2016 11:59:48 AM

Monday I can pick up later in the day

Sent to Leah Mikey Minden Assist on Jun 16, 2016 11:59:54 AM


Perfect



Received from Leah Mikey Minden Assist on Jun 17, 2016 3:02:27 PM

Stopping in a sec

eah Mikey Minden Assist on Jun 17, 2016 3:02:39 PM

**June 20th, 2016  Laia and Chris coordinate pick up of costumes**


Ok sounds good



Received from Leah Mikey Minden Assist on Jun 20, 2016 10:02:39 AM

Hey! What time can I pick up? Is 4-5pm ok?

Sent to Leah Mikey Minden Assist on Jun 20, 2016 10:02:56 AM


Yep. That works

Received from Leah Mikey Minden Assist on Jun 20, 2016 10:03:15 AM



Perf! Thanks


Sent to Leah Mikey Minden Assist on Jun 20, 2016 10:13:15 AM


It will actually be done in an hour if you wanted to come earlier

Received from Leah Mikey Minden Assist on Jun 20, 2016 10:14:02 AM



Later might b better...

Sent to Leah Mikey Minden Assist on Jun 20, 2016 10:14:09 AM


Ok no worries

Sent to Leah Mikey Minden Assist on Jun 20, 2016 4:55:49 PM



Is Marco meeting with Erika today?

Received from Leah Mikey Minden Assist on Jun 20, 2016 4:56:18 PM


No

Received from Leah Mikey Minden Assist on Jun 20, 2016 4:56:24 PM



Me n mikey

Received from Leah Mikey Minden Assist on Jun 20, 2016 4:56:31 PM


And hoza

Sent to Leah Mikey Minden Assist on Jun 20, 2016 4:56:51 PM


Oh ok. He didn't know that

Received from Leah Mikey Minden Assist on Jun 20, 2016 4:57:10 PM



Hoza its just bringing some fabric...

**Ex. 1-20**

INDICTMENT COUNT 8
TRANSACTION # 123
Date: 8/10/2016
Order Invoice #12-1018
Amount: 10355



Jul 25,2016
Creative Assistant, Michael Minden emails Chris, and CCs Laia requesting a new costume for her upcoming live performance in Mykonos, which will be filmed for RHOBH



322

**Ex. 1-21**

Marco Marco Underwear · Orders · #12-1018 · Shopify                                              8/24/23, 5:46 P

# #12-1018  ● Paid  ● Fulfilled

Receipt #12-1018 - August 10, 2016 at 9:43 am from 🛍 Point of Sale - Hollywood Flagship Store

#12-1018-F1                                                          •••

**Location**
Hollywood Flagship Store

**Fulfilled**
August 10, 2016

| | Quick sale | $9,500.00 × 1 | $9,500.00 |
|---|---|---|---|

| Subtotal | 1 item | $9,500.00 |
|---|---|---|
| Tax | | $855.00 |
| | CA State Tax (7.5%) | |
| | $712.50 | |
| | Los Angeles County Tax (1.5%) | |
| | $142.50 | |
| **Total** | | **$10,355.00** |

| Paid by customer | | $10,355.00 |
|---|---|---|

**Customer**

**Contact information**                                              ✎
No email provided
No phone number

**Shipping address**                                                 ✎
No shipping address provided

**Billing address**
No billing address provided

## Timeline

August 11, 2016

$10,121.71 USD was added to your  Aug 13, 2016  payout.                9:27 PM

August 10, 2016

| | |
|---|---|
| A $10,355.00 USD payment was processed using a American Express ending in 3516. | 9:43 AM |
| $10,121.71 USD will be added to your Aug 13, 2016 payout. | 9:43 AM |
| Shopify fulfilled 1 item from Hollywood Flagship Store. | 9:43 AM |
| Chris Psaila processed this order on Shopify POS. | 9:43 AM |

**Mikey & Laía**

Also I don't know much about this how abbey show thing butt heave been hitting me up. I was gonna start designing things for her for that as well?

I could do that today

They Abbey show at this point is out of my hands. EJ is waiting on answer from Bravo to see if they will let her do the E network show.

No worries. I honestly don't have anything to do with it either lol

Thank you! Will discuss with EJ tomorrow and circle back

Ok! Sorry they took so long

Lmk if that's the right blue

I can make it paler

**Aug 2, 2016 Marco sends a first round of designs to Creative Assistant, Michael Minden, and Laía. Michael chooses 3, and asks for more designs in baby blue**

**Aug 4,2016 A light blue design is confirmed by Creative Assistant, Michael Minden**

Let's discuss

Let's discuss

Call me when you can I'm around all day

Hi! We should have swatches in an hour or so, do u know when a good time for u to come by is? Need to schedule my accu but don't wanna miss u

We could stop by tmrw

Ok perf

We will stop by at 12PM

Ok

I'm gonna show her these 3 today

Can you send us these designs in a baby ice blue? Instead of Magenta? Could be really pretty with her eyes and something we have never done before

Yep! Be there in 30 (1 read)

Perfect

Wanna show her both

Sounds good

**Ex. 1-24**



Ex. 1-25

Close up of unfinished garment, the black areas would need to be completely covered as tightly as you see them there, before they were worn.

