AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CHRISTOPHER PSAILA <br><br> *Plaintiff(s)* <br><br> v. <br><br> ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS CORPORATION, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, (See Attachment 1) <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-07120-MWF (SKx) |

**SUMMONS IN A CIVIL ACTION   ON FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)* UNITED STATES OF AMERICA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Barrett S. Litt, SBN 45527 / Email: blitt@mbllegal.com
    Marilyn E. Bednarski, SBN 105322 / Email: mbednarski@mbllegal.com
    David S. McLane, SBN 124952 / Email: dmclane@mbllegal.com
    McLane, Bednarski & Litt, LLP
    975 E. Green Street
    Pasadena, CA 91106    Tel: 626/844-7660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                             *Signature of Clerk or Deputy Clerk*

BARRETT S. LITT, SBN 45527
Email:  blitt@mbllegal.com
DAVID S. McLANE, SBN 124952
Email: dmclane@mbllegal.com
MARILYN E. BEDNARSKI, SBN 105322
Email: mbednarski@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

BRUCE BERNARD BEALKE
(pro hac vice)
(Illinois SBN 6200543)
77 West Wacker Drive, Ste. 45001
Chicago, IL 60601
Tel: (312) 216-7177
Fax: (312) 741-1010
Email: bealkelaw@protonmail.com

STANLEY I. GREENBERG, SBN 53649
11845 W. Olympic Blvd., Ste. 1000
Los Angeles, CA 90064
Tel: (424) 248-6600
Fax: (424) 248-6601
Email:  Stanmanlaw@aol.com

*Attorneys for Plaintiff*  CHRISTOPHER PSAILA

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, UNITED STATES OF AMERICA, and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case No.  2:23-cv-07120-MWF (SKx)<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES:**<br><br>**(1)** ***BIVENS*** **CLAIM - VIOLATION OF CONSTITUTIONAL RIGHTS, (DEFENDANTS SAVAGE, HENDERSON, SCARINCE);**<br>**(2)** ***BIVENS*** **CLAIM – VIOLATION OF CONSTITUTIONAL RIGHTS, SUPERVISORIAL LIABILITY (DEFENDANTS SAVAGE, SCARINCE)** |

FIRST AMENDED COMPLAINT FOR DAMAGES & DEMAND FOR JURY TRIAL
1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-07120-MWF (SKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: