# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff,<br><br>v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, UNITED STATES OF AMERICA, and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-07120-MWF (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT SAVAGE'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**<br><br>First Amended Complaint served: 6/10/2024<br><br><u>Hearing:</u><br>Date: November 4, 2024<br>Time: 10:00 a.m.<br>Courtroom: 5A |

# [PROPOSED] ORDER

The Court has reviewed and considered Defendant Robert Savage's Motion for Sanctions Under Federal Rule of Civil Procedure 11 and all supporting papers filed therewith (the "Motion"); the Opposition to the Motion filed by Plaintiff Christopher Psaila; and the Reply in Support of the Motion filed by Lorenzo Robert Savage III, sued herein as Robert Savage. The Court held a hearing on the Motion on November 4, 2024.

For good cause shown, the Court hereby GRANTS Mr. Savage's Motion and Request for Judicial Notice. The Court awards monetary sanctions totaling $_____, jointly and severally, against Plaintiff Christopher Psaila, attorney David S. McLane, and McLane, Bednarski & Litt, LLP.

Such sanctions shall be paid to Mr. Savage within 14 days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Submitted by:

 /s/ Harvinder S. Anand
HARVINDER S. ANAND
Attorneys for Defendant
Lorenzo Robert Savage III

**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT SAVAGE'S
MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**