UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 23-7120-MW | Date: September 23, 2024 |
| Title | Christopher Psaila v. Erika Girardi, et al | |

Present: The Honorable: Michael W. Fitzgerald, United States District Judge

| Jessica Cortes | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David S. McLane | Harvinder S. Anand |
| Marilyn E. Bednarski | Natalie F. Price |
| Bruce B. Bealke | |
| Stanley I. Greenberg | |

**Proceedings: Defendant's Kenneth Henderson and Steve Scarince's Motion to Dismiss Plaintiff's First Amended Complaint [114]**
**Defendant Robert Savage's Motion to Dismiss First Amended Complaint [116]**

Case is called and counsel make their appearances. A hearing is held.

The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For reasons stated on the record, Defendant's Kenneth Henderson and Steve Scarince's Motion to Dismiss Plaintiff's First Amended Complaint [114] is taken under submission and Defendant Robert Savage's Motion to Dismiss First Amended Complaint [116] is taken under submission.

An order will issue.

1: 07

**Initials of Preparer**   jc