# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, UNITED STATES of AMERICA, and DOES 1 TO 10, Inclusive,<br><br>　　　　　Defendants. | Case no.: 2:23-cv-07120-MWF (SKx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER RE STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON UNITED STATES OF AMERICA'S MOTION TO DISMISS** |

ORDER RE STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON UNITED STATES OF AMERICA'S MOTION TO DISMSS

1  GOOD CAUSE APPEARING, the parties' stipulation to set briefing schedule and
2  hearing date on United States of America's Motion to Dismiss, is hereby GRANTED as
3  follows:
4  • United States of America shall file its Motion to Dismiss no later than December 16, 2024;
6  • Christopher Psaila shall file his Opposition to Motion to Dismiss no later than January 13, 2025;
8  • United States of America shall file its Reply no later than January 27, 2025; and,
10 • Hearing Date of February 10, 2025, at 10:00 a.m.
11 IT IS SO ORDERED.

13 Dated: October 23, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge