UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRISTOPHER PSAILA,

      Plaintiff - Appellee,

  v.

AMERICAN EXPRESS
COMPANY and PETER GRIMM,

      Defendants - Appellants,

and

ERIKA GIRARDI, AKA Erika Jayne; et al.,

      Defendants.

No. 24-2580; No. 24-1433

D.C. No.
2:23-cv-07120-MWF-SK
Central District of California,
Los Angeles

ORDER

Appellants' motion for separate oral argument in No. 24-2580, Dkt. 41, is

GRANTED. Both cases, No. 24-2580 and No. 24-1433, are hereby removed from

the June 5, 2025 Pasadena calendar and will be held in abeyance pending issuance

of the mandate in *Gopher Media LLC, et al. v. Melone, et al.*, No. 24-2626.

Submission in both cases is deferred. The Clerk shall administratively close these

dockets pending further order.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT