EVAN C. BORGES, State Bar No. 128706
  *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Defendants Erika Girardi,
Laia Ribatallada, and Michael Minden

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PSAILA, | Case No. 2:23-cv-07120-MWF (SKx) |
| Plaintiff, | **NOTICE OF MANDATE AND REQUEST FOR STATUS CONFERENCE** |
| v. | |
| ERIKA GIRARDI aka ERIKA JAYNE, AMERICAN EXPRESS COMPANY, ROBERT SAVAGE, KENNETH HENDERSON, STEVE SCARINCE, PETER GRIMM, LAIA RIBATALLADA, MICHAEL MINDEN, and DOES 1 TO 10, Inclusive, | Judge: Hon. Michael W. Fitzgerald |
| Defendants. | Complaint Filed: August 29, 2023 Trial Date: Not Assigned |

**PLEASE TAKE NOTICE** that on May 26, 2026, the United States Court of Appeals for the Ninth Circuit issued its formal Mandate in the above-captioned matter, Ninth Circuit Case No. 24-1433.  A true and correct copy of the Mandate is attached hereto as **Exhibit A**.  Defendants Erika Girardi, Laia Ribatallada, and Michael Minden respectfully request that the Court restore this case to the active docket and schedule a Status Conference.

DATED:  May 27, 2026        Respectfully submitted,

GREENBERG GROSS LLP

By:  _____
Evan C. Borges
Attorneys for Defendants Erika Girardi,
Laia Ribatallada, and Michael Minden

-2-        Case No. 2:23-cv-07120-MWF (SKx)
NOTICE OF MANDATE AND REQUEST FOR STATUS CONFERENCE