# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| CHRISTOPHER PSAILA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ERIKA GIRARDI, AKA Erika Jayne; et al.,<br><br>    Defendants - Appellants. | No. 24-1433<br><br>D.C. No.<br>2:23-cv-07120-MWF-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' stipulated motion to voluntarily dismiss the appeal pursuant to

Federal Rule of Appellate Procedure 42(b) is GRANTED. Dkt. No. 39. The parties

shall bear their own costs. The filing of this order shall serve as the court's

mandate.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

EXHIBIT A
-4-