UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER PSAILA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and PETER GRIMM,<br><br>Defendants - Appellants. | No. 24-2580<br><br>D.C. No.<br>2:23-cv-07120-MWF-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: HURWITZ, MILLER, and SUNG, Circuit Judges.

This case was administratively closed, and submission was deferred pending the issuance of the mandate in *Gopher Media LLC v. Melone*, No. 24-2626. Dkt. No. 42. As the mandate has issued, this case is now administratively reopened.

Within 14 days of the date of this order, the parties may, but are not required to, file supplemental briefs not to exceed 4,000 words addressing the effect, if any, of *Gopher Media LLC v. Melone*, 154 F.4th 696 (9th Cir. 2025) on this appeal.